EXHIBIT A

Zack Dozier
Jack Jenkins
Sean Bewick
Dustin Hamilton
Ashley Cameron
Eric J. Alvarez
Rich Jenkins
George Phillips, M.D.
(Ret. Colonel US Army)



David Dozier
Sam Hart, Jr.
David T. Dorer
James Kurhajian
Travis Tuggle
Lindsay Simmons
Micah J. East
Sean G. Hickey

September 1, 2021

*Via Email:* *kristyn.smith@walmart.com*
*Via Fax Transmittal: 1-877-219-0742*
National Union Fire Insurance Company of Pittsburgh
c/o Walmart Claims Services, Inc.
Attn: Kristyn Smith
P.O. Box 14731
Lexington, KY 40512

|        |             |                     |
|--------|-------------|---------------------|
| Re:    | Claimant:   | Priscilla J. Williams |
|        | Insured:    | Wal-Mart Stores, Inc. |
|        | Claim No:   | 9374999             |
|        | Date of Loss: | October 23, 2020  |

**<u>Initial Demand Letter</u>**

Ms. Smith:

As you are aware, we represent Priscilla J. Williams for various personal injury claims arising from a slip and fall incident that occurred at the Walmart store located at 135 Willow Lane, McDonough, Georgia 30253, on **October 23, 2020**. I am writing in an effort to resolve this claim amicably without the necessity of prolonged and expensive litigation.  I have enclosed for your review the crash report, hospital and medical records, medical bills, and other documentation supporting this demand for settlement. As such, this letter and all its contents are being presented in hopes of settling the case and the information contained herein is not admissible in court pursuant to O.C.G.A. § 24-4-408.  To date, Ms. Williams' medical treatment has been as follows:

| MEDICAL PROVIDER | DATES OF SERVICE | AMOUNT OF BILL |
|---|---|---|
| Emory Hillandale Hospital | 10/25/2020 | $1,729.10 |
| Regional Medical Group | 10/30/2020 – 01/27/2021 | $30,475.01 |
| Onyx Imaging | 11/02/2020 | $4,213.00 |
| Emory Hillandale Hospital | 01/26/2021 | $2,265.30 |
| Piedmont Injury & Rehabilitation Center, LLC | 12/28/2020 – 01/22/2021 | $2,177.00 |
| Advanced Chiropractic of Conyers | 01/27/2021 – 04/12/2021 | $6,045.00 |
| Team Rehabilitation Physical Therapy | 04/02/2021 – 04/26/2021 | $3,115.00 |
|  | **TOTAL** | **$50,019.41** |

**1388 SOUTHLAKE PLAZA DRIVE, P.O. BOX 847, MORROW, GA 30260-1756**   PHONE   (404) 800-0308   FAX   (470) 533-0792

327 THIRD STREET, P.O. BOX 13, MACON, GA 31202-0013   PHONE   (478) 742-8441   FAX   (478) 745-9097
401 MALL BOULEVARD, SUITE 103-E, SAVANNAH, GA 31406-4862   PHONE   (912) 239-4395   FAX   (912) 239-4401
235 W. ROOSEVELT AVENUE, SUITE 100, ALBANY, GA 31701-2374   PHONE   (229) 299-9590   FAX   (229) 299-9610

www.dozierlaw.com

As you can see, Ms. Williams' current medical bills amount to **$50,019.41**. A review of Ms. Williams' records will show that she has suffered a painful injury and, as such, is entitled to both **special damages in the amount of $50,019.41 and general damages for her pain and suffering that followed her injury.**

As such, Ms. Williams has authorized me to make an initial settlement offer of **$125,000.00.**

While Ms. Williams would prefer to bring this matter to a conclusion sooner than later, she is not opposed to litigating this matter in order to reach a fair and reasonable resolution.

Please review Ms. Williams' documentation and contact me to discuss the possibility of settling this case for a fair and reasonable amount that compensates Ms. Williams for her **special damages in the amount of $50,019.41 and general damages for her pain and suffering that followed her injury**.

Thank you for your assistance with this matter.  I look forward to hearing from you at your earliest convenience.

Sincerely,

Rich Jenkins, JD, MBA
Attorney at Law
rich@dozierlaw.com
(404) 800-0308 x 405

cc:     Client File No: # M201371PI

**1388 SOUTHLAKE PLAZA DRIVE, P.O. BOX 847, MORROW, GA 30260-1756**   PHONE   **(404) 800-0308**   FAX   **(470) 533-0792**

327 THIRD STREET, P.O. BOX 13, MACON, GA 31202-0013                     PHONE   (478) 742-8441   FAX   (478) 745-9097
401 MALL BOULEVARD, SUITE 103-E, SAVANNAH, GA 31406-4862                PHONE   (912) 239-4395   FAX   (912) 239-4401
235 W. ROOSEVELT AVENUE, SUITE 100, ALBANY, GA 31701-2374               PHONE   (229) 299-9590   FAX   (229) 299-9610
www.dozierlaw.com

EXHIBIT A

Printed Date: 4/12/2021 4:26 PM

# Advanced Chiropractic of Conyers

1261 Parker Rd South East
Conyers, GA 30094
(770) 761-2181

Williams, Priscilla
4862 ozment trail
Lithonia, GA 30038
(478) 538-2251

## Transaction Listing

| Date | Code | Description | Charges | Credits |
|---|---|---|---|---|
| 4/12/2021 | 97110 | Spinal decompression cervical | $70.00 | - |
| 4/12/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |
| 4/12/2021 | 98940 | Manipulation/1 to 2 Regions | $65.00 | - |
| 4/8/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 4/8/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 4/8/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 4/5/2021 | 97110 | Spinal decompression cervical | $70.00 | - |
| 4/5/2021 | 98940 | Manipulation/1 to 2 Regions | $65.00 | - |
| 4/5/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 4/5/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 4/2/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 4/2/2021 | 98940 | Manipulation/1 to 2 Regions | $65.00 | - |
| 4/2/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 4/2/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 3/29/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 3/29/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 3/29/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 3/29/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 3/24/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 3/24/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 3/24/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 3/24/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 3/22/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 3/22/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 3/22/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 3/22/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 3/19/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 3/19/2021 | 97110 | Spinal decompression cervical | $70.00 | - |
| 3/19/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 3/17/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |

| Date | Code | Description | Amount | |
|------|------|-------------|--------|---|
| 3/17/2021 | 97110 | Spinal decompression cervical | $70.00 | - |
| 3/17/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 3/10/2021 | 97110 | Theraputic Exercise | $70.00 | - |
| 3/10/2021 | 97110 | Theraputic Exercise | $70.00 | - |
| 3/10/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |
| 3/10/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 3/10/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 3/8/2021 | 97110 | Theraputic Exercise | $70.00 | - |
| 3/8/2021 | 97110 | Theraputic Exercise | $70.00 | - |
| 3/8/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 3/8/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 3/8/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 3/3/2021 | 99212 | Established Patient Focused | $65.00 | - |
| 3/3/2021 | 97110 | Theraputic Exercise | $70.00 | - |
| 3/3/2021 | 97110 | Theraputic Exercise | $70.00 | - |
| 3/3/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 3/3/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 3/3/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 3/1/2021 | 97110 | Spinal decompression cervical | $70.00 | - |
| 3/1/2021 | 97110 | Spinal decompression cervical | $70.00 | - |
| 3/1/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 3/1/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 3/1/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 2/24/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 2/24/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 2/24/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 2/24/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 2/22/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 2/22/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 2/22/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 2/22/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 2/18/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 2/18/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |
| 2/18/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 2/18/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 2/18/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 2/18/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 2/18/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |

| | | | | |
|---|---|---|---|---|
| 2/18/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 2/18/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 2/18/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 2/15/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 2/15/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |
| 2/15/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 2/15/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 2/15/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 2/10/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 2/10/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |
| 2/10/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 2/10/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 2/10/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 2/8/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 2/8/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |
| 2/8/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 2/8/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 2/8/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 2/5/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 2/5/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |
| 2/5/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 2/5/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 2/5/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 2/4/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 2/4/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |
| 2/4/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 2/4/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 2/4/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 2/3/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 2/3/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |
| 2/3/2021 | 98941 | Manipulation/3 to 4 Regions | $75.00 | - |
| 2/3/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 2/3/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 1/29/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |

| Date | Code | Description | Amount | |
|---|---|---|---|---|
| 1/29/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |
| 1/29/2021 | 98940 | Manipulation/1 to 2 Regions | $65.00 | - |
| 1/29/2021 | 97012 | Intersegmental/Mechanical Traction | $45.00 | - |
| 1/29/2021 | 97124 | Vibratory Massage | $50.00 | - |
| 1/27/2021 | 99204 | Detailed Exam/New Patient | $225.00 | - |
| 1/27/2021 | 97014 | Electrical Muscle Stimulation | $45.00 | - |
| 1/27/2021 | 97010 | Heat Pack/Cryotherapy | $35.00 | - |

| | |
|---|---|
| Charges | $6,045.00 |
| Credits | $0.00 |
| **Balance** | $6,045.00 |

G47.8 Sleep disturbance, other sleep disorder
M25.562 Pain in left knee
M25.60 Stiffness of Unspecified Joint, Not Elsewhere Classified.
M25.662 Stiffness of left knee, not elsewhere classified
M50.21 Other cervical disc displacement,  high cervical region
M50.220 Other cervical disc displacement, mid-cervical region, unspecified level
M50.221 Other cervical disc displacement at C4-C5 level
M50.222 Other cervical disc displacement at C5-C6 level
M50.223 Other cervical disc displacement at C6-C7 level
M54.16 Radiculopathy, lumbar region
M54.2 Cervicalgia
M54.5 Low back pain
M79.1 Myalgia
M99.01 Segmental and somatic dysfunction of cervical region
M99.03 Segmental and somatic dysfunction of lumbar region
M99.04 Segmental and somatic dysfunction of sacral region
R20.8 Other disturbances of skin sensation
W19.XXXA Unspecified Fall, Initial Encounter


Provider Information
Provider Name:  Clarel Jean-Louis, JR
License: 7022
NPI: 1871653279

EXHIBIT A

```
Patient Name: WILLIAMS PRISCILLA JVT: EAcct: 224270679    Acct Bal:      0.00
AR Per: Entire Account         AS: Z   FC: PARATHON    Per Bal:      0.00

 Service Date:          to      Major Code:      to     Bill CD:
 Posting Date:          to      Trans Type:             Format: CODES 2
 Revenue Code:          to      Selection: VISIT        Summary:

 ------------------------------------------------------------------------
 Posting Service Service                Bill
 Date    Date    Code      Descript     Units     Amt  Phys  RVC CPT4  Mods
 ------------------------------------------------------------------------
 10/27/20 10/25/20 80480130  LEVEL 3 - P    1   1059.00       450 99283 25
 10/25/20 10/25/20 82604851  IBUPROFEN 6    1      3.10       259
 10/25/20 10/25/20 84004423  DHI KNEE 4     1    667.00       320 73564 LT
 10/30/20 10/30/20 9501001   PMMC MCD HM   -1  -1425.30
 11/05/20 11/04/20 1100874   PEACH STATE   -1    -55.95
 12/14/20 12/14/20 1100874   PEACH STATE    1     55.95
 12/14/20 12/14/20 1100874   PEACH STATE   -1   -281.13
 05/04/21 05/02/21 8002009   Small Balan   -1    -22.67

           Totals for select transactions
                          Posted          Unposted

           Charges        1729.10            0.00
           Room Charges       0.00           0.00
           Fees               0.00           0.00
           Adjustments    -1447.97           0.00
           Contractual    -1425.30
           Room Adj           0.00           0.00
           Payments        -281.13
                                                     Grand Total
           Total Selected     0.00           0.00         0.00
```

EXHIBIT A

```
Patient Name: WILLIAMS PRISCILLA JVT: EAcct: 224317628      Acct Bal:     287.11
AR Per: Entire Account        AS: A   FC: PARATHON           Per Bal:      287.11

 Service Date:           to      Major Code:       to        Bill CD:
 Posting Date:           to      Trans Type:                 Format: CODES 2
 Revenue Code:           to      Selection: VISIT            Summary:

--------------------------------------------------------------------------------
 Posting Service Service              Bill
 Date    Date    Code     Descript   Units      Amt   Phys  RVC CPT4  Mods
--------------------------------------------------------------------------------
 02/01/21 01/26/21 80421324  INJECTION I    1    444.00        260 96372
 02/01/21 01/26/21 80480130  LEVEL 3 - P    1   1059.00        450 99283 25
 01/26/21 01/26/21 82610973  KETOROLAC 3    2      4.30        636 J1885
 01/26/21 01/26/21 82643180  ONDANSETRON    1     70.30        250
 01/26/21 01/26/21 82668682  ACETAMIN/OX    1      6.70        259
 01/27/21 01/26/21 84004449  DHI SPINE L    1    681.00        320 72100
 02/09/21 02/08/21 1100874   PEACH STATE    1      0.00
 02/08/21 02/08/21 9501001   PMMC MCD HM   -1  -1922.24
 02/11/21 02/10/21 1100874   PEACH STATE   -1    -55.95
 03/18/21 03/17/21 1100874   PEACH STATE   -1    -55.95
 03/18/21 03/17/21 1100874   PEACH STATE    1     55.95

            Totals for select transactions
                             Posted            Unposted

            Charges          2265.30               0.00
            Room Charges        0.00               0.00
            Fees                0.00               0.00
            Adjustments     -1922.24               0.00
            Contractual     -1922.24
            Room Adj            0.00               0.00
            Payments          -55.95               0.00
                                                            Grand Total
            Total Selected    287.11               0.00        287.11
```

| MAKE CHECKS PAYABLE TO |
| --- |

Onyx Imaging LLC
1365 Rock Quarry Rd. Ste . 101
Stockbridge, GA  30281-5014


ADDRESS SERVICE REQUESTED

PAGE NO. 1

| ADDRESSEE |
| --- |

Dozier Law Firm
327 Third Street
PO Box 13
Macon, GA  31202-0013

Patients Name

Pricilla  Williams

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

| ACCOUNT REVIEW |   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

# ACCOUNT REVIEW THROUGH 11/04/2020

| Date | Procedure | Diagnosis | Doctor | Description | Charges | Adjustments | Payments | Ins. Pen. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/02/20 | 72141 | M54.2 | Hornsby, MD | MRI NECK SPINE W/O DYE | 2,123.00 | 0.00 | 0.00 | |
| 11/02/20 | 73721 | M25.562 | Hornsby, MD | MRI JNT OF LWR EXTRE W/O DYE | 2,090.00 | 0.00 | 0.00 | |

| Total Balance | 4,213.00 |
| --- | --- |
| * Insurance Pending | 0.00 |
| Amount Due Now | 4,213.00 |

| Statement Date | Account Number | Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total Balance | *Ins. Pending |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/04/20 | 42617 | 4,213.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,213.00 | 0.00 |

Make Checks Payable To:

Onyx Imaging LLC
1365 Rock Quarry Rd. Ste . 101
Stockbridge, GA  30281-5014

| Billing Questions |
| --- |

(470) 440-1760

** Payment is due upon receipt. Thank you. **

<span style="color:red">EXHIBIT A</span>

# Statement

**Piedmont Injury and Rehab-Stockbridge**

1550 Rock Quarry Road Suite B

Stockbridge, GA  30281-6326

(678) 782-7246

2/4/2021

**Williams, Priscilla**

4862 Ozment Trail

Lithonia, GA  30038

| Make Checks Payable To: |
|---|
| **Piedmont Injury and Rehab-Lithonia** |
| 1550 Rock Quarry Road |
| Suite B |
| Stockbridge, GA  30281-7439 |
| (678) 782-7246 |

**Tax ID : 901020097**

*Patient*    Williams, Priscilla

| Date Of Service | Code | Description | Amount | Allowed | Ins 1 Paid | Ins 2 Paid | Other Payment | Patient Paid | Adj Amount | Ins Balance | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim: PrWi16895972** | | **Primary Carrier: Self-Pay** | | | | | | Dx Codes: M54.2, M54.6, M54.5, M25.562, S13.4XXA, S16.1XXA, M99.01, S23.3XXA, S29.012A, M99.02, S33.5XXA, S39.012A | | | |
| 12/28/2020 | 97010 | Ice/Heat | 34.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.00 |
| 12/28/2020 | 97012 | Mechanical Traction | 43.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.00 |
| 12/28/2020 | 97014 | Electrical Stimulation-2 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 |
| 12/28/2020 | 97035 | Ultrasound | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| 12/28/2020 | 99203 | Level 3 | 171.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 171.00 |
| 12/28/2020 | A4556 | Stim Pads | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| **Claim: PrWi16902149** | | **Primary Carrier: Self-Pay** | | | | | | Dx Codes: M54.2, M54.6, M54.5, M25.562, S13.4XXA, S16.1XXA, M99.01, S23.3XXA, S29.012A, M99.02, S33.5XXA, S39.012A | | | |
| 1/4/2021 | 97010 | Ice/Heat | 34.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.00 |
| 1/4/2021 | 97012 | Mechanical Traction | 43.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.00 |
| 1/4/2021 | 97014 | Electrical Stimulation-2 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 |
| 1/4/2021 | 97035 | Ultrasound | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| **Claim: PrWi16923291** | | **Primary Carrier: Self-Pay** | | | | | | Dx Codes: M54.2, M54.6, M54.5, M25.562, S13.4XXA, S16.1XXA, M99.01, S23.3XXA, S29.012A, M99.02, S33.5XXA, S39.012A | | | |
| 1/6/2021 | 97010 | Ice/Heat | 34.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.00 |
| 1/6/2021 | 97012 | Mechanical Traction | 43.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.00 |
| 1/6/2021 | 97014 | Electrical Stimulation-2 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 |
| 1/6/2021 | 97035 | Ultrasound | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| 1/6/2021 | 98940 | CMT 1-2 Regions | 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 |

EXHIBIT A

**Claim:** PrWi16939131    **Primary Carrier:** Self-Pay    Dx Codes: M54.2, M54.6, M54.5, M25.562, S13.4XXA, S16.1XXA, M99.01, S23.3XXA, S29.012A, M99.02, S33.5XXA, S39.012A

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/8/2021 | 97010 | Ice/Heat | 34.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.00 |
| 1/8/2021 | 97012 | Mechanical Traction | 43.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.00 |
| 1/8/2021 | 97014 | Electrical Stimulation-2 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 |
| 1/8/2021 | 97035 | Ultrasound | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| 1/8/2021 | 98940 | CMT 1-2 Regions | 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 |

**Claim:** PrWi16975714    **Primary Carrier:** Self-Pay    Dx Codes: M54.2, M54.6, M54.5, M25.562, S13.4XXA, S16.1XXA, M99.01, S23.3XXA, S29.012A, M99.02, S33.5XXA, S39.012A

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/2021 | 97010 | Ice/Heat | 34.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.00 |
| 1/13/2021 | 97012 | Mechanical Traction | 43.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.00 |
| 1/13/2021 | 97014 | Electrical Stimulation-2 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 |
| 1/13/2021 | 97035 | Ultrasound | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| 1/13/2021 | 98941 | CMT 3-4 Regions | 68.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.00 |

**Claim:** PrWi17024858    **Primary Carrier:** Self-Pay    Dx Codes: M54.2, M54.6, M54.5, M25.562, S13.4XXA, S16.1XXA, M99.01, S23.3XXA, S29.012A, M99.02, S33.5XXA, S39.012A

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/15/2021 | 97010 | Ice/Heat | 34.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.00 |
| 1/15/2021 | 97012 | Mechanical Traction | 43.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.00 |
| 1/15/2021 | 97014 | Electrical Stimulation-2 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 |
| 1/15/2021 | 97035 | Ultrasound | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| 1/15/2021 | 98941 | CMT 3-4 Regions | 68.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.00 |

**Claim:** PrWi17045069    **Primary Carrier:** Self-Pay    Dx Codes: M54.2, M54.6, M54.5, M25.562, S13.4XXA, S16.1XXA, M99.01, S23.3XXA, S29.012A, M99.02, S33.5XXA, S39.012A

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/20/2021 | 97010 | Ice/Heat | 34.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.00 |
| 1/20/2021 | 97012 | Mechanical Traction | 43.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.00 |
| 1/20/2021 | 97014 | Electrical Stimulation-2 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 |
| 1/20/2021 | 97035 | Ultrasound | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| 1/20/2021 | 98941 | CMT 3-4 Regions | 68.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.00 |

EXHIBIT A

Claim: PrWi17045418          Primary Carrier: Self-Pay

Dx Codes: M54.2, M54.6, M54.5, M25.562, S13.4XXA, S16.1XXA, M99.01, S23.3XXA, S29.012A, M99.02, S33.5XXA, S39.012A

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2021 | 97010 | Ice/Heat | 34.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.00 |
| 1/22/2021 | 97012 | Mechanical Traction | 43.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.00 |
| 1/22/2021 | 97014 | Electrical Stimulation-2 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 |
| 1/22/2021 | 97035 | Ultrasound | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| 1/22/2021 | 98941 | CMT 3-4 Regions | 68.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.00 |

**Total Balance Due:**          2177.00

**Remainder Aging**

| Past 30 Days | Past 60 Days | Past 90 Days | Past 120 Days | Total |
|---|---|---|---|---|
| 1570.00 | 607.00 | 0.00 | 0.00 | 2177.00 |

EXHIBIT A



**Patient:** WILLIAMS, PRISCILLA
**MedRecNum:** 293-321267
**Clinic Location:** Team Rehabilitation GA12 LLC
1288 Wellbrook Cir NE STE B, Conyers, GA, 300128032
**Diagnosis:** M54.2

| DOS | CPTCode | Units | Charges | Adj | PriPaid | Other InsPaid | Patient Paid | Insurance Due | Patient Due | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2021 | 97110 | 3 | $ 345.00 | $ - | $ - | $ - | $ - | $ 345.00 | $ - | $ 345.00 |
| 04/02/2021 | 97161 | 1 | $ 265.00 | $ - | $ - | $ - | $ - | $ 265.00 | $ - | $ 265.00 |
| 04/05/2021 | 97112 | 4 | $ 480.00 | $ - | $ - | $ - | $ - | $ 480.00 | $ - | $ 480.00 |
| 04/07/2021 | 97112 | 4 | $ 480.00 | $ - | $ - | $ - | $ - | $ 480.00 | $ - | $ 480.00 |
| 04/12/2021 | 97112 | 4 | $ 480.00 | $ - | $ - | $ - | $ - | $ 480.00 | $ - | $ 480.00 |
| 04/14/2021 | 97112 | 4 | $ 480.00 | $ - | $ - | $ - | $ - | $ 480.00 | $ - | $ 480.00 |
| 04/26/2021 | 97112 | 1 | $ 120.00 | $ - | $ - | $ - | $ - | $ 120.00 | $ - | $ 120.00 |
| 04/26/2021 | 97140 | 3 | $ 315.00 | $ - | $ - | $ - | $ - | $ 315.00 | $ - | $ 315.00 |
| 04/26/2021 | 97164 | 1 | $ 150.00 | $ - | $ - | $ - | $ - | $ 150.00 | $ - | $ 150.00 |
| **Grand Total** | | | **$ 3,115.00** | **$ -** | **$ -** | **$ -** | **$ -** | **3,115.00** | **$ -** | **$ 3,115.00** |

RunDate:6/15/2021 12:52:10 PM

EXHIBIT A

| MAKE CHECKS PAYABLE TO |
|---|

Regional Medical Group LLC
1670 Scott Blvd Ste.210
Decatur, GA  30033-5645

ADDRESS SERVICE REQUESTED

PAGE NO. 1

| ADDRESSEE |
|---|

Dozier Law Firm
327 Third Street
PO Box 13
Macon, GA  31202-0013

Patients Name

Priscela  Williams

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

ACCOUNT REVIEW     PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

# ACCOUNT REVIEW THROUGH 02/03/2021

| Date | Ins. Billed | Code | Description | Diag. | Charge | Ins. Pmt. | Pat. Pmt. | Adjust. | Amount | Ins. |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/20 | | 99204 | OFFICE/OUTPATIENT VISIT, NEW | M25.562 | 491.00 | 0.00 | 0.00 | 0.00 | 491.00 | |
| 10/30/20 | | L0120 | CERV FLEXIBLE NON-ADJUSTABLE | M25.562 | 375.00 | 0.00 | 0.00 | 0.00 | 375.00 | |
| 10/30/20 | | L1810 | KO ELASTIC WITH JOINTS | M25.562 | 510.00 | 0.00 | 0.00 | 0.00 | 510.00 | |
| 11/13/20 | | 99214 | OFFICE/OUTPATIENT VISIT, EST | M54.5 | 375.00 | 0.00 | 0.00 | 0.00 | 375.00 | |
| 11/18/20 | | 64479 | INJ FORAMEN EPIDURAL C/T | M54.12 | 3,434.50 | 0.00 | 0.00 | 0.00 | 3,434.50 | |
| 11/18/20 | | 99070,B | EPIDURAL INJECTION TRAY | M54.12 | 207.00 | 0.00 | 0.00 | 0.00 | 207.00 | |
| 11/18/20 | | 77003 | FLUOROGUIDE FOR SPINE INJECT | M54.12 | 575.00 | 0.00 | 0.00 | 0.00 | 575.00 | |
| 11/18/20 | | J2001,B | INJECTION, LIDOCIAINE 2% | M54.12 | 148.00 | 0.00 | 0.00 | 0.00 | 148.00 | |
| 11/18/20 | | Q9967,B | OMNIPAQUE | M54.12 | 450.00 | 0.00 | 0.00 | 0.00 | 450.00 | |
| 11/18/20 | | J3301 | TRIAMCINOLONE ACET INJ NOS | M54.12 | 276.00 | 0.00 | 0.00 | 0.00 | 276.00 | |
| 11/18/20 | | 64479 | INJ FORAMEN EPIDURAL C/T | M54.12 | 3,434.50 | 0.00 | 0.00 | 0.00 | 3,434.50 | |

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total Balance | Ins. Pending | NOW DUE |
|---|---|---|---|---|---|---|---|
| 1,360.00 | 16,683.01 | 11,056.00 | 1,376.00 | 0.00 | 30,475.01 | 0.00 | 30,475.01 |

Make Checks Payable To:

Regional Medical Group LLC
1670 Scott Blvd Ste.210
Decatur, GA  30033-5645

| Account Number |
|---|
| 69486 |

| Statement Date |
|---|
| 02/03/2021 |

| Billing Questions |
|---|
| (404) 943-9996 |

** Balance is overdue. Please remit or contact us immediately. **

EXHIBIT A

**MAKE CHECKS PAYABLE TO**

Regional Medical Group LLC
1670 Scott Blvd Ste.210
Decatur, GA  30033-5645

ADDRESS SERVICE REQUESTED



PAGE NO. 2

**ADDRESSEE**

Dozier Law Firm
327 Third Street
PO Box 13
Macon, GA  31202-0013

Patient's Name

Priscela  Williams

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

**ACCOUNT REVIEW**     PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

# ACCOUNT REVIEW THROUGH 02/03/2021

| Date | Ins. Billed | Code | Description | Diag. | Charge | Ins. Pmt. | Pat. Pmt. | Adjust. | Amount | Ins. |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/20 | | J2795 | ROPIVACAINE HCL INJECTION | M54.12 | 276.00 | 0.00 | 0.00 | 0.00 | 276.00 | |
| 11/18/20 | | 99204 | OFFICE/OUTPATIENT VISIT, NEW | M54.12 | 750.00 | 0.00 | 0.00 | 0.00 | 750.00 | |
| 12/02/20 | | 99214 | OFFICE/OUTPATIENT VISIT, EST | M54.5 | 605.00 | 0.00 | 0.00 | 0.00 | 605.00 | |
| 12/02/20 | | 99072 | PPE related to Public Health E | M54.5 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 | |
| 12/04/20 | | 99214 | OFFICE/OUTPATIENT VISIT, EST | M54.12 | 375.00 | 0.00 | 0.00 | 0.00 | 375.00 | |
| 12/04/20 | | 99072 | PPE related to Public Health E | M54.12 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 | |
| 12/16/20 | | 99214 | OFFICE/OUTPATIENT VISIT, EST | M54.2 | 605.00 | 0.00 | 0.00 | 0.00 | 605.00 | |
| 12/16/20 | | 99072 | PPE related to Public Health E | M54.2 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 | |
| 12/30/20 | | 64493 | INJ PARAVERT F JNT L/S 1 LEV | M54.5 | 5,744.25 | 0.00 | 0.00 | 0.00 | 5,744.25 | |
| 12/30/20 | | 64494 | INJ PARAVERT F JNT L/S 2 LEV | M54.5 | 3,729.63 | 0.00 | 0.00 | 0.00 | 3,729.63 | |
| 12/30/20 | | 99070,F | FACET TRAY | M54.5 | 207.00 | 0.00 | 0.00 | 0.00 | 207.00 | |

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total Balance | Ins. Pending | NOW DUE |
|---|---|---|---|---|---|---|---|
| 1,360.00 | 16,683.01 | 11,056.00 | 1,376.00 | 0.00 | 30,475.01 | 0.00 | 30,475.01 |

Make Checks Payable To:

Regional Medical Group LLC
1670 Scott Blvd Ste.210
Decatur, GA  30033-5645

| Account Number |
|---|
| 69486 |

| Statement Date |
|---|
| 02/03/2021 |

| Billing Questions |
|---|
| (404) 943-9996 |

** Balance is overdue. Please remit or contact us immediately. **

EXHIBIT A

| MAKE CHECKS PAYABLE TO |
|---|

Regional Medical Group LLC
1670 Scott Blvd Ste.210
Decatur, GA  30033-5645

ADDRESS SERVICE REQUESTED

PAGE NO. 3

| ADDRESSEE |
|---|

Dozier Law Firm
327 Third Street
PO Box 13
Macon, GA  31202-0013

Patients Name

Priscela  Williams

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

| ACCOUNT REVIEW | PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT |
|---|---|

# ACCOUNT REVIEW THROUGH 02/03/2021

| Date | Ins. Billed | Code | Description | Diag. | Charge | Ins. Pmt. | Pat. Pmt. | Adjust. | Amount | Ins. |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/20 | | 77003 | FLUOROGUIDE FOR SPINE INJECT | M54.5 | 575.00 | 0.00 | 0.00 | 0.00 | 575.00 | |
| 12/30/20 | | 99203,B | PREINJECTION VISIT | M54.5 | 287.50 | 0.00 | 0.00 | 0.00 | 287.50 | |
| 12/30/20 | | 99214 | OFFICE/OUTPATIENT VISIT, EST | M54.5 | 605.00 | 0.00 | 0.00 | 0.00 | 605.00 | |
| 12/30/20 | | 99072 | PPE related to Public Health E | M54.5 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 | |
| 12/30/20 | | J3301 | TRIAMCINOLONE ACET INJ NOS | M54.5 | 414.00 | 0.00 | 0.00 | 0.00 | 414.00 | |
| 12/30/20 | | J2795 | ROPIVACAINE HCL INJECTION | M54.5 | 414.00 | 0.00 | 0.00 | 0.00 | 414.00 | |
| 12/30/20 | | J2001,B | INJECTION, LIDOCIAINE 2% | M54.5 | 222.00 | 0.00 | 0.00 | 0.00 | 222.00 | |
| 12/30/20 | | 64495 | INJ PARAVERT F JNT L/S 3 LEV | M54.5 | 3,729.63 | 0.00 | 0.00 | 0.00 | 3,729.63 | |
| 01/13/21 | | 99214 | OFFICE/OUTPATIENT VISIT, EST | M54.5 | 605.00 | 0.00 | 0.00 | 0.00 | 605.00 | |
| 01/13/21 | | 99072 | PPE related to Public Health E | M54.5 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 | |
| 01/27/21 | | 99214 | OFFICE/OUTPATIENT VISIT, EST | M47.816 | 605.00 | 0.00 | 0.00 | 0.00 | 605.00 | |
| 01/27/21 | | 99072 | PPE related to Public Health E | M47.816 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 | |

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total Balance | Ins. Pending | NOW DUE |
|---|---|---|---|---|---|---|---|
| 1,360.00 | 16,683.01 | 11,056.00 | 1,376.00 | 0.00 | 30,475.01 | 0.00 | 30,475.01 |

| Account Number |
|---|
| 69486 |

| Statement Date |
|---|
| 02/03/2021 |

Make Checks Payable To:

Regional Medical Group LLC
1670 Scott Blvd Ste.210
Decatur, GA  30033-5645

| Billing Questions |
|---|
| (404) 943-9996 |

** Balance is overdue. Please remit or contact us immediately. **

# CHIROPRACTIC REGISTRATION & HISTORY

EXHIBIT

## PATIENT INFORMATION

Date 1/27/21

SS/HIC/Patient ID #

Patient Name Priscilla Williams
Last Name

Priscilla
First Name                          Middle Initial

Address 4862 Demont Trail

City Lithonia

State Ga.              Zip 30038

E-mail tamcamidie@yahoo.com

Sex ☐ M ☑ F   Age 48

Birthdate 8/18/1972

☐ Married   ☐ Widowed   ☐ Single   ☐ Minor

☑ Separated  ☐ Divorced   ☐ Partnered for ____ years

Occupation Basket Gift Basket Designer

Patient Employer/School Priscilla's Basket Boutique

Employer/School Address _____

Employer/School Phone (478) 538-2251

Spouse's Name _____

Birthdate _____

SS# _____

Spouse's Employer _____

## INSURANCE

Who is responsible for this account? US

Relationship to Patient _____

Insurance Co. _____

Group # _____

Is patient covered by additional insurance? ☐ Yes   ☐ No

Subscriber's Name _____

Birthdate _____   SS# _____

Relationship to Patient _____

Insurance Co. _____

Group # _____

### ASSIGNMENT AND RELEASE

I certify that I, and/or my dependent(s), have insurance coverage with

_____ and assign directly to
Name of Insurance Company(ies)

Dr. _____ all insurance benefits, if any, otherwise payable to me for services rendered. I understand that I am financially responsible for all charges whether or not paid by insurance. I authorize the use of my signature on all insurance submissions.

The above-named doctor may use my health care information and may disclose such information to the above-named Insurance Company(ies) and their agents for the purpose of obtaining payment for services and determining insurance benefits or the benefits payable for related services. This consent will end when my current treatment plan is completed or one year from the date signed below.

_____
Signature of Patient, Parent, Guardian or Personal Representative

_____
Please print name of Patient, Parent, Guardian or Personal Representative

_____
Date                     Relationship to Patient

## PHONE NUMBERS

Home Phone (478) 538-2251   Cell Phone (____) _____

Best time and place to reach you Morning

### IN CASE OF EMERGENCY, CONTACT

Name Shantavius Serrano   Relationship _____

Home Phone (470) 306-9371   Work Phone (____) _____

## ACCIDENT INFORMATION

Is condition due to an accident? ☑ Yes   ☐ No   Date 10/23/20

Type of accident ☐ Auto   ☐ Work   ☐ Home   ☑ Other

To whom have you made a report of your accident?
☐ Auto Insurance   ☐ Employer   ☐ Worker Comp.   ☐ Other

Attorney Name (if applicable) _____

## PATIENT CONDITION

Reason for Visit Neck stiffness/pain   Acute lower back pain

When did your symptoms appear? _____

Is this condition getting progressively worse? ☑ Yes   ☐ No   ☐ Unknown

Mark an X on the picture where you continue to have pain, numbness, or tingling. 10 back 8 neck

Rate the severity of your pain on a scale from 1 (least pain) to 10 (severe pain) ____

Type of pain: ☑ Sharp   ☐ Dull   ☐ Throbbing   ☐ Numbness   ☐ Aching   ☐ Shooting
☑ Burning   ☐ Tingling   ☐ Cramps   ☑ Stiffness   ☐ Swelling   ☐ Other

How often do you have this pain? daily

Is it constant or does it come and go? constant back pain

Does it interfere with your ☐ Work   ☐ Sleep   ☑ Daily Routine   ☑ Recreation

Activities or movements that are painful to perform ☑ Sitting   ☑ Standing   ☐ Walking   ☑ Bending   ☐ Lying Down

(Vers C2SSS04)

**- OVER -**

#21701 – © 2004 Medical Arts Press® 1-800-328-2179

EXHIBIT A



I, the undersigned, hereby authorize **Advanced Chiropractic of Conyers** to furnish the insurance company/ my attorney any medical information requested concerning the condition or treatment of injuries sustained by me, my spouse or children, on (date of accident)_____.

In consideration for **Advanced Chiropractic of Conyers** having agreed to treat me without payment at the time of service and enabling me to obtain treatment for my accident/injury/illness, I give you a lien on any settlement, claim, judgment, verdict or result of said accident/injury/illness and I agree to irrevocably instruct my attorney to pay you in full from any proceeds of settlement, claim or judgment related to this accident/injury/illness. I also instruct all insurance companies involved to pay you directly in full for my bill.

I also understand that if the settlement does not cover the entire bill at this clinic, I am still responsible for the remainder and the payment by me of this bill is not contingent on any settlement, claim, or judgment which I may eventually recover. I am aware that I am responsible for my bill and if collection becomes necessary, I will then become liable for interest at the highest current legal rate and provider's attorney fee and expenses for collection if provider prevails in any action necessary to enforce this agreement.

Furthermore, in consideration for **Advanced Chiropractic of Conyers** refraining from attempting to collect immediate payment for services rendered for my accident/injury/illness, I do hereby waive and toll any applicable statute of limitations on the collection of my account until I notify **Advanced Chiropractic of Conyers** the conclusion of my efforts to obtain a settlement or judgment through the assistance of my attorney and for a period of three months thereafter.

_Priscilla Williams_
Patient Name (Print)

_[signature]_
Patient Signature

_1/27/71_
Date

## INSTRUCTION TO COUNSEL
I do hereby irrevocably instruct you, my attorney, named below, to pay **Advanced Chiropractic of Conyers** in full for services rendered to me for my accident/injury/illness from any proceeds of settlement, claim, or judgment regarding said accident/injury/illness. You are to pay **Advanced Chiropractic of Conyers** prior to distributing any proceeds to me and I instruct you not to reduce by means of negotiation my doctor's bill for the services that have been provided to me for the accident/injury/illness which I have agreed to pay in full.

_Dozier Law Firm_
Firm Name

_Rich Jenkins_
Attorney Name

_[signature]_
Patient Signature

_1/27/21_
Date

## ATTORNEY'S ACCEPTANCE OF LIEN
Being the attorney of record or authorized representative, I acknowledge receipt of my client's instructions to Counsel of Lien and agree to honor the same.

_____
Attorney Signature

_____
Date

1261 Parker Rd. • Conyers, GA 30094 • www.drjeanlouis.com
770-761-2181 • Fax: 770-761-0277

Name: _Priscilla Williams_   Date: _1/27/21_

Please provide your cellphone number and service provider (T-Mobile, AT&T, Metro PCS, etc.) so that you can receive appointment reminders via text message.

Cell # _(478) 538-2251_

Carrier _____

---

ALL Disability AND FMLA PAPERWORK WILL HAVE A $35 FEE FOR EACH OCCURANCE. THIS IS NOT COVERED BY INSURANCE OR ATTORNEYS.

_____          _____
PATIENT SIGNATURE                          DATE

EXHIBIT A

# HIPPA Notice of Privacy Practices

Advanced Chiropractic of Conyers
1261 Parker Drive
Conyers, GA 30094

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION.**
**PLEASE REVIEW IT CAREFULLY.**

This Notice of Privacy Practices describes how we may use and disclose your protected health information (PHI) to carry out treatment, payment or health care operations (TPO) and for other purposes that are permitted or required by law. It also describes your rights to access and control your protected health information. "Protected health information" is information about you, including demographic information, that may identify you and that relates to your past, present or future physical or mental health or condition and related health care services.

**Uses and Disclosures of Protected Information:** Your protected health information may be used and disclosed by our physician, our office staff and others outside of our office that are involved in our care and treatment for the purpose of providing health care services to you, to pay your health care bills, to support the operation of the physician's practice, and any other use required by law.

**Treatment:** We will use and disclose your protected health information to provide, coordinate, or manage your health care and any related services. This includes the coordination or management of our health care with a third party. For example, we would disclose your protected health information, as necessary, to a home health agency that provided care to you. For example, your protected health information may be provided to a physician to whom you have been referred to ensure that the physician has the necessary information to diagnose or treat you.

**Payment:** Your protected health information will be used, as needed, to obtain payment for your health care services. For example, obtaining approval for a hospital stay may require that your relevant protected health information be disclosed to the health plan to obtain approval for the hospital admissions.

**Healthcare Operations:** We may use or disclose, as needed, your protected health information in order to support the business activities of your physician's practice. These activities include, but are not limited to, quality assessment activities, employee review activities, training of medical students, licensing, and conducting or arranging for other business activities. For example, we disclose your protected health information to medical students that see your name and indicate your physician. We may also call you by name in the waiting room when your physician is ready to see you. We may use or disclose your protected health information, as necessary, to contact you to remind you of your appointment.

We may use or disclose your protected health information in the following situations include: as Required By Law, Public Health issues as required by law, Communicable Diseases; Health Oversight; Abuse or Neglect; Food or Drug Administration requirements: Legal Proceedings; Law Enforcement; Coroners; Funeral Directors; and Organ Donation; Research; Criminal Activity; Military Activity and National Security; when required by the Secretary of the Department of Health and Human Services to investigate or determine our compliance with the requirements of Section 164.500.

**Other Permitted and Required Uses and Disclosures** will be made only with your consent, authorization or opportunity to object unless required by law.

**You may revoke this authorization,** at any time, in writing, except to the extent that your physician's practice has taken an action in reliance on the use or disclosure indicated in the authorization.

**Your Rights:** Following is a statement of your rights with respect to your protected health information.

**You have the right to inspect and copy your protected health information.** Under federal law, however, you may not inspect or copy the following records; psychotherapy notes; information compiled in reasonable anticipation of, or use in, a civil, criminal, or administrative action or proceeding, and protected health information that subject to law that prohibits access to protected health information.

EXHIBIT A

**You have the right to request a restriction of our protected health information.** This means you may ask us not to use or disclose any part of your protected health information for the purposes of treatment. Payment or healthcare operations. You may also request that any part of your protected health information not be disclosed to family members or friends who may be involved in your care or for notification purposes as described in this Notice of Privacy Practices. Your request must state the specific restrictions requested and to whom you want the restriction to apply.

Your physician is not required to agree to a restriction that you any request. If the physician believes, it is in your best interest to permit use and disclosure of your protected health information, your protected health information will not be restricted. You then have the right to use another Healthcare Professional.

**You have the right to request to receive confidential communications from us by alternate means or at an alternative location. You have the right to obtain a paper copy of this notice from us,** upon request, even if you have agreed to accept this notice alternatively i.e. electronically.

**You may have the right to have your physician amend your protected health information.** If we deny your request for amendment, you have the right to file a statement of disagreement with us and we may prepare a rebuttal to your statement and will provide you with a copy of any such rebuttal.

**You have the right to receive an accounting of certain disclosures we have made, if any, of your protected health information.** We reserve the right to change the terms of this notice and will inform you by mail of any changes. You then have the right to object or withdraw as provided in this notice.

**Complaints:** You may complain to us or to the Secretary of Health and Human Services if you believe your privacy rights have been violated by us. You may file a complaint with us by notifying our privacy contact of your complaint. **We will not retaliate against you for filing a complaint.**

This notice was published and becomes effective on/or **April 7, 2005.**

We are required by law to maintain the privacy of, and provide individuals with, this notice of our legal duties and privacy practices with respect to protected health information. If you have any objections to this form, please ask to speak with our HIPPA Compliance Officer in person or by phone at our main phone number.

## THE PATIENT IDENTIFIED AUTHORIZES Advanced Chiropractic of Conyers TO USE AND OR DICLOSE PROTECTED HEALTH INFORMATION IN ACCORDANCE WITH THE FOLLOWING:

### SPECIFIC AUTHORIZATIONS

I give permission to Advanced Chiropractic of Conyers to use my address, phone number and clinical records to contact me with birthday card, holiday related cards and information about treatment alternatives or other health related information.

### (OPEN ROOM AUTHORIZATION – OPTIONAL)

I give Advanced Chiropractic of Conyers permission to treat me in an open room where other patients are also being treated. I am aware that other persons in the office may over hear some of my protected health information during the course of care. Should I need to speak with the doctor at any time in private, the doctor will provide a room for these conversations.

By signing this form, you are giving Advanced Chiropractic of Conyers permission to use and disclose your protected health information with the directives listed above.

Priscilla Williams

Patient Name                    Patient Signature                    Date 1/27/21

1261 Parker Rd. • Conyers, GA 30094 • www.drjeanlouis.com
770-761-2181 • Fax: 770-761-0277

EXHIBIT A

# AUTHORIZATION TO
# TRANSFER MEDICAL RECORDS

PATIENT NAME: Priscilla Willoms
ADDRESS: 4862 Dement Trail
DATE OF BIRTH: 8/18/1972                  SSN: _____ - ____ - _____

I hereby authorize Hospital/Medical_____
to release, disclose, and deliver the medical information described below to:

Advanced Chiropractic of Conyers
1261 Parker Drive
Conyers, GA 30094
Tel: 770-761-2181
Fax: 770-761-0277
Email: ca101@drjeanlouis.com

I specifically authorize the release of ALL medical information relating to the above – named patient including but not limited to the following categories posted by state law⊗1) Substance abuse (drug or alcohol) treatment; (2) Mental health treatment; and (3) HIV-AIDS- related information, if such information is contained in the records. This authorization includes reports, correspondence, test results, and any other information in the records, weather generated by the authorized provider or another entity.

This release does not authorize redisclosure of medical information beyond the limits of this consent. The recipient of this information is prohibited from using the information for other than the stated purpose, and from disclosing it to any other party without further authorization. The following written statement should accompany certain disclosures: This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2 and 45 CFR Parts 160 and 164). The Federal rules prohibit you from making any further discloser of this information unless further disclosure is expressly permitted by 42 CFR Par 2 and 45 CFR Parts 160 and 164. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. I specifically understand and agree that the REDISCLOSURE requirements set out above will apply to these records.

I understand that this authorization will automatically expire one year from the date of my signature, and that I may revoke this authorization by sending a written notice to the person or entity authorized to make the disclosure described above. I agree that any release which has been made prior to revocation and which was made in reliance upon this authorization shall not constitute a breach of my rights to confidentiality.

I authorize the release of information as indicated above.

Patient Signature: _____        Date: 1/27/21

# HEALTH HISTORY:

What treatment have you already received for your condition? ☑ Medications ☐ Surgery ☑ Physical Therapy

☑ Chiropractic Services ☐ None ☐ Other _____

Name and address of other doctor(s) who have treated you for your condition Piedmont Injury Lithonia Ga.

Date of Last: Physical Exam _____ Spinal X-Ray _____ Blood Test _____

Spinal Exam _____ Chest X-Ray _____ Urine Test _____

Dental X-Ray _____ MRI, CT-Scan, Bone Scan _____

Place a mark on "Yes" or "No" to indicate if you have had any of the following:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AIDS/HIV | ☐ Yes ☑ No | Diabetes | ☐ Yes ☑ No | Liver Disease | ☐ Yes ☑ No | Rheumatic Fever | ☐ Yes ☑ No |
| Alcoholism | ☐ Yes ☑ No | Emphysema | ☐ Yes ☑ No | Measles | ☐ Yes ☑ No | Scarlet Fever | ☐ Yes ☑ No |
| Allergy Shots | ☐ Yes ☑ No | Epilepsy | ☐ Yes ☑ No | Migraine Headaches | ☐ Yes ☑ No | Sexually Transmitted Disease | ☐ Yes ☑ No |
| Anemia | ☐ Yes ☑ No | Fractures | ☐ Yes ☑ No | Miscarriage | ☐ Yes ☑ No | | |
| Anorexia | ☐ Yes ☑ No | Glaucoma | ☐ Yes ☑ No | Mononucleosis | ☐ Yes ☑ No | Stroke | ☐ Yes ☑ No |
| Appendicitis | ☐ Yes ☑ No | Goiter | ☐ Yes ☑ No | Multiple Sclerosis | ☐ Yes ☑ No | Suicide Attempt | ☐ Yes ☑ No |
| Arthritis | ☐ Yes ☑ No | Gonorrhea | ☐ Yes ☑ No | Mumps | ☐ Yes ☑ No | Thyroid Problems | ☐ Yes ☑ No |
| Asthma | ☐ Yes ☑ No | Gout | ☐ Yes ☑ No | Osteoporosis | ☐ Yes ☑ No | Tonsillitis | ☐ Yes ☑ No |
| Bleeding Disorders | ☐ Yes ☑ No | Heart Disease | ☐ Yes ☑ No | Pacemaker | ☐ Yes ☑ No | Tuberculosis | ☐ Yes ☑ No |
| Breast Lump | ☐ Yes ☑ No | Hepatitis | ☐ Yes ☐ No | Parkinson's Disease | ☐ Yes ☑ No | Tumors, Growths | ☐ Yes ☑ No |
| Bronchitis | ☐ Yes ☑ No | Hernia | ☐ Yes ☑ No | Pinched Nerve | ☐ Yes ☑ No | Typhoid Fever | ☐ Yes ☑ No |
| Bulimia | ☐ Yes ☑ No | Herniated Disk | ☐ Yes ☑ No | Pneumonia | ☐ Yes ☑ No | Ulcers | ☐ Yes ☑ No |
| Cancer | ☐ Yes ☑ No | Herpes | ☐ Yes ☑ No | Polio | ☐ Yes ☑ No | Vaginal Infections | ☐ Yes ☑ No |
| Cataracts | ☐ Yes ☑ No | High Blood Pressure | ☑ Yes ☐ No | Prostate Problem | ☐ Yes ☑ No | Whooping Cough | ☐ Yes ☑ No |
| Chemical Dependency | ☐ Yes ☑ No | High Cholesterol | ☐ Yes ☑ No | Prosthesis | ☐ Yes ☑ No | Other _____ | |
| Chicken Pox | ☐ Yes ☑ No | Kidney Disease | ☐ Yes ☑ No | Psychiatric Care | ☐ Yes ☑ No | | |
| | | | | Rheumatoid Arthritis | ☐ Yes ☑ No | | |

## EXERCISE
☑ None
☐ Moderate
☐ Daily
☐ Heavy

## WORK ACTIVITY
☐ Sitting
☐ Standing
☑ Light Labor
☐ Heavy Labor

## HABITS
☐ Smoking       Packs/Day _____
☐ Alcohol       Drinks/Week _____
☐ Coffee/Caffeine Drinks   Cups/Day _____
☐ High Stress Level   Reason _____

Are you pregnant? ☐ Yes ☐ No   Due Date _____

Injuries/Surgeries you have had        Description Slipped on Grapes of Fell in WalMart   Date 10/23/20
Falls        Slipped on
Head Injuries    N/A
Broken Bones    N/A
Dislocations
Surgeries    Hysterectomy    20/8

## MEDICATIONS
Estradol 0.5 mg

## ALLERGIES

## VITAMINS/HERBS/MINERALS
Apple Cider Vinegar tablets

Pharmacy Name Walmart Farmington Rd
Pharmacy Phone (____)

Advanced Chiropractic of Conyers
1261 Parker Rd South East
Conyers, GA 30094
(770) 761-2181
Fax: (770) 761-0277
Doctor:  Clarel Jean-Louis, JR

Priscilla Williams
4862 ozment trail
Lithonia, GA 30038
Date of Birth: 8/18/1972

Examination Date: 1/27/2021

## Initial Exam

**Chief Complaints**
Ms. Williams reported that her pain is due to the slip and fall accident on 10/23/2020.  She added that her pain is getting worse as time goes by which prevents her from sleeping through the night.  She further stated that her pain has caused her to develop a high pain tolerance, had to go to the emergency room yesterday, has to sleep on a recliner, can't stay in any one position for more than 30 minutes, developed a blister on her lower back from leaving the heat on her lower back too long because she has a numbing sensation on that area and the last chiropractor was not helpful.

1. Posterior Neck
She is complaining of posterior neck pain which began on 10/23/2020.  She rated this pain as an 8 on a scale of 0 to 10 with 10 being the worst.  The pain is frequent according to the patient.  The pain is radiating into the left shoulder, left shoulder blade, right shoulder and right shoulder blade and is expressed as aching, dull, sharp, stabbing and fiery.  Ms. Williams added that there is a burning sensation present.  The pain is reduced by applying heat while neck movement and prolonged sitting aggravates the condition.  As a result of this condition, she also suffers decreased ROM, stiffness and tightness.

2. Lower Back
Constant lower back pain which began on 10/23/2020.  The pain is described as aching, dull, throbbing, fiery and shooting.  Ms. Williams added that there is a burning sensation present.  She rated the pain as a 10 on a scale of 0 to 10 with 10 being the worst.  The pain radiates into the left buttock, left hip and right buttock.  The pain also goes down the left leg.  The pain is reduced by nothing while bending, coughing, sneezing, lying down, lifting, prolonged sitting, prolonged standing, prolonged walking, lateral flexion to the left, lateral flexion to the right, rotation to the left, rotation to the right, moving from a laying position to a sitting position, moving from a laying position to a standing position, moving from a sitting position to a laying position, moving from a sitting position to a standing position, moving from a standing position to a laying position and moving from a standing position to a sitting position aggravates the condition.  She

added that burping also makes the pain worse.  Side effects of this condition are numbness, stiffness and tightness.

3. Left Knee

This symptom consists of left knee pain which began on 10/23/2020.  She rated this pain as a 7 on a scale of 0 to 10 with 10 being the worst.  The pain is occasional according to the patient. The pain is reported as aching and dull.  The pain is aggravated by prolonged standing, prolonged walking, walking downstairs, walking upstairs and weight bearing while applying heat alleviates the condition.  Ms. Williams stated that bending also makes the pain worse.  Further effects of this condition are pain.  Ms. Williams added that stiffness and tightness is also present.

Due to severe pain, Ms. Williams was not able to perform the following tests: Lumbar Ranges of Motion, Kemp's, Straight Leg Raiser, Braggard's, Yeoman's, Heel Walk (L4/L5), Toe Walk (L5/S1), Hibb's, and Fabere Patrick's.

**History**

Ms. Williams stated she had hystectomy in 2019.  Ms. Williams states that she currently has high blood pressure.  She reports a family history of cardiovascular disease and high blood pressure.

**Social History**

Ms. Williams is separated.  She has never smoked and is a non drinker of alcohol.  Priscilla does not consume drinks containing caffeine.

**Physical Examination**

Physical examination revealed an individual who was alert, cooperative and orientated. Minor's sign was positive.

Race:          Black or African American
Sex:           Female
Age:           48
Height:        5ft 3 inches
Weight:        180 pounds
BMI:           31.9
Complexion:    Normal
Size:          Overweight

**Posture**

The patient's head tilt was to the right.  Her shoulder level appeared high on the right.  She had a forward head carriage.  The patient has rounded shoulders.  Left heel walk: UTP.  Right heel walk: UTP.  Left toe walk: UTP.  Right toe walk: UTP.

**Cervical Spine Evaluation**

Cervical spine evaluation provided the following results:

Tenderness is observed in the cervical region bilaterally, mastoid process bilaterally and C1 bilaterally.  There is hypertonicity in the cervical region on both sides, trapezius on both sides and SCMs on both sides.  Ranges of motion in the cervical region are decreased.  The patient reported pain when performing this test.  Distraction test increased pain.  The following cervical orthopedic tests were positive: Cervical compression, Foraminal Compression bilaterally, O'Donoghues on the left, O'Donoghues on the right and Max Compression bilaterally.  Shoulder depression was positive on the left and right.

**Lumbar Spine Evaluation**
Lumbar spine evaluation provided the following results:

Evaluation of the lumbar spinal region reveals tender areas in the lumbar region on both sides and erector spinae on both sides.  Palpation of the lumbar musculature demonstrates hypertonicity in that area in the lumbar region on both sides and erector spinae on both sides. Examination of the lumbar spine revealed the ROM has gotten worse.  The patient indicated that they felt discomfort during the performance of this evaluation.

**Sacroiliac Evaluation**
The following is the results of sacroiliac testing:

There is tenderness present in the sacral spine in the sacroiliac on both sides.  Increased muscle tone is present in the gluteus on both sides.

**Knee Tests**

Palpation revealed tenderness in the tibiofemoral on the left.  Palpation of the left knee revealed tenderness of the fibular head.  Evaluation of the knee(s) show that the range of motion has worsened.  The following orthopedic tests were negative on the left: Drawer AP/PA and Patellar grinding.  The following orthopedic tests were positive on the left: Apley's compression and Apley's distraction.

**Diagnosis**
1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2            Cervicalgia
3.  M54.5            Low back pain
4.  M99.01          Segmental and somatic dysfunction of cervical region
5.  M99.03          Segmental and somatic dysfunction of lumbar region
6.  M99.04          Segmental and somatic dysfunction of sacral region
7.  M54.16          Radiculopathy, lumbar region
8.  M79.1            Myalgia
9.  G47.8            Sleep disturbance, other sleep disorder
10. R20.8            Other disturbances of skin sensation
11. M25.60          Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562        Pain in left knee
13. M25.662        Stiffness of left knee, not elsewhere classified

**Management Plan**
1. hot packs 2x per week/duration of 8-10 weeks
2. Electrical Stimulation 2x per week/duration of 8-10 weeks (to reduce muscle spasms and pain)
3. Spinal Manipulation 2x per week/duration of 8-10 weeks
4. Traction 2x per week/duration of 8-10 weeks

**Today's Treatments**
 Today's treatment consisted of
1. hot packs in the cervical region and in the lumbar region and in the sacrum region
2. Electrical Stimulation in the cervical region and in the lumbar region

EXHIBIT A

3. Activator in the cervical region, in the lumbar region and in the sacrum region.

Should you have further questions regarding the health status of this patient, please do not hesitate to call this office.

_____

Clarel Jean-Louis, JR

Electronically signed on 1/27/2021

Advanced Chiropractic of Conyers
1261 Parker Rd South East
Conyers, GA 30094
(770) 761-2181
Fax: (770) 761-0277
Doctor:  Clarel Jean-Louis, JR

Priscilla Williams
4862 ozment trail
Lithonia, GA 30038
Date of Birth: 8/18/1972

## SOAP Notes with exam

**1/29/2021**

**Subjective Complaint**
Ms. Williams was evaluated today to assess her response to care.  During today's visit, the patient reported that her posterior neck, lower back and left knee showed no change since the last visit.  On a scale of 0 to 10 with 10 being the worst, she rated her posterior neck as an 8, lower back as a 10 and left knee as a 7.

**Objective**
Tenderness is observed in the cervical region bilaterally, mastoid process bilaterally and C1 bilaterally.  Palpation of the spine reveals increased muscle tone in the cervical region bilaterally, trapezius bilaterally and SCM bilaterally.  Cervical spine evaluation shows that the range of motion remains the same.  The patient reported pain during the performance of this test.  Palpation of the lumbar spine reveals tenderness in the lumbar region bilaterally and erector spinae bilaterally.  There is hypertonicity in the lumbar spine in the lumbar region bilaterally and erector spinae bilaterally.  The lumbar ranges of motion continue to be unchanged.  There is pain during the execution of this test.  Palpation of the sacrum reveals tenderness of the sacroiliac bilaterally.  Hypertonicity of the sacral region is found in the gluteus bilaterally.  Left knee palpation elicited tenderness in the left tibiofemoral joint.  Examination of the knee indicates the presence of discomfort and pain in the head of the fibula on the left.  Range of motion in the knee has remained unchanged.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be unchanged.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.   It is to be noted that Ms. Williams is already under the care of an orthopedic doctor.
Diagnosis consisted of:
1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2             Cervicalgia
3.  M54.5             Low back pain
4.  M99.01           Segmental and somatic dysfunction of cervical region
5.  M99.03           Segmental and somatic dysfunction of lumbar region
6.  M99.04           Segmental and somatic dysfunction of sacral region

EXHIBIT A

| | | |
|---|---|---|
| 7. | M54.16 | Radiculopathy, lumbar region |
| 8. | M79.1 | Myalgia |
| 9. | G47.8 | Sleep disturbance, other sleep disorder |
| 10. | R20.8 | Other disturbances of skin sensation |
| 11. | M25.60 | Stiffness of Unspecified Joint, Not Elsewhere Classified. |
| 12. | M25.562 | Pain in left knee |
| 13. | M25.662 | Stiffness of left knee, not elsewhere classified |
| 14. | M50.21 | Other cervical disc displacement,  high cervical region |
| 15. | M50.220 | Other cervical disc displacement, mid-cervical region, unspecified level |
| 16. | M50.221 | Other cervical disc displacement at C4-C5 level |
| 17. | M50.222 | Other cervical disc displacement at C5-C6 level |
| 18. | M50.223 | Other cervical disc displacement at C6-C7 level |

**Plan**
Therapy should continue as directed.

**Today's Treatment**
1. hot packs in the cervical region and in the lumbar region and in the sacrum region
2. Electrical Stimulation in the sacrum region and in the cervical region and in the lumbar region
3. Traction in the lumbar region and in the cervical region
4. Massage in the cervical region and in the lumbar region and in the sacrum region
5. Activator in the cervical region, in the lumbar region and in the sacrum region

Dr. Avis Peek

Electronically signed on 1/29/2021

**2/3/2021**

**Subjective Complaint**
Ms. Williams was evaluated today for progress and response to treatment.  The following are the patient's subjective response to questions regarding her pain levels: Overall pain level today on a scale of 0 (no pain) to 10 (excruciating pain) is considered a 9.  The patient reported that the following complaints have not changed since the last visit: left knee.  Also, the patient revealed her posterior neck and lower back deteriorated since the last visit.

**Objective**
Evaluation of the cervical spine reveals tenderness along the both sides of the cervical region, both sides of the mastoid process and C1 vertebra on both sides.  Examination of the cervical spine region indicates the presence of increased tonus in the cervical region on both sides, trapezius on both sides and SCMs on the both sides.  Ranges of motion in the cervical region remain unchanged.  The patient experienced pain while performing this test.  There is tenderness in the lumbar region bilaterally and erector spinae bilaterally.  Examination of the lumbar spine region indicates the presence of increased tonus in the lumbar region on both sides and erector spinae on both sides.  Ranges of motion in the lumbar region continue to be unchanged.  The patient complained of pain during testing.  There is tenderness of the sacroiliac on both sides.  Examination of the sacral region reveals hypertonicity of the gluteus on both sides.  Palpation of the knee revealed tenderness in the left tibiofemoral joint.  Palpation of the left knee revealed tenderness in the fibular head.  Ranges of motion in Examination of the knee indicates that the ROM has not changed.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be unchanged.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.   It is to be noted that Ms. Williams is already under the care of an orthopedic doctor.
Diagnosis consisted of:
1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2          Cervicalgia
3.  M54.5          Low back pain
4.  M99.01         Segmental and somatic dysfunction of cervical region
5.  M99.03         Segmental and somatic dysfunction of lumbar region
6.  M99.04         Segmental and somatic dysfunction of sacral region
7.  M54.16         Radiculopathy, lumbar region
8.  M79.1          Myalgia
9.  G47.8          Sleep disturbance, other sleep disorder
10. R20.8          Other disturbances of skin sensation
11. M25.60         Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562        Pain in left knee
13. M25.662        Stiffness of left knee, not elsewhere classified
14. M50.21         Other cervical disc displacement,  high cervical region
15. M50.220        Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221        Other cervical disc displacement at C4-C5 level
17. M50.222        Other cervical disc displacement at C5-C6 level
18. M50.223        Other cervical disc displacement at C6-C7 level

**Plan**
After today's visit, Priscilla should continue with therapy as directed.

**Today's Treatment**
1. hot packs in the cervical region and in the lumbar region and in the sacrum region
2. Electrical Stimulation in the sacrum region and in the cervical region and in the lumbar region
3. Traction in the lumbar region and in the cervical region
4. Massage in the cervical region and in the lumbar region and in the sacrum region
5. Activator in the cervical region, in the lumbar region and in the sacrum region


Dr. Avis Peek

Electronically signed on 2/3/2021

**2/4/2021**

**Subjective Complaint**
Ms. Williams was evaluated today for progress and response to treatment.  The following are the patient's subjective response to questions regarding her pain levels: Overall pain level today on a scale of 0 (no pain) to 10 (excruciating pain) is considered a 8.  The patient reported that the following complaints have not changed since the last visit: posterior neck, lower back and left knee.

**Objective**
Evaluation of the cervical spine reveals tenderness along the both sides of the cervical region, both sides of the mastoid process and C1 vertebra on both sides.  Hypertonicity is palpable in the cervical region bilaterally, trapezius bilaterally and SCMs bilaterally.  Ranges of motion in the cervical region remain unchanged.  The patient experienced pain while performing this test.  There is tenderness in the lumbar region bilaterally and erector spinae bilaterally.  Examination of the lumbar spine region indicates the presence of increased tonus in the lumbar region on both sides and erector spinae on both sides.  Ranges of motion in the lumbar region continue to be unchanged.  The patient complained of pain during testing.  There is tenderness of the sacroiliac on both sides.  Examination of the sacral region reveals hypertonicity of the gluteus on both sides.  Palpation of the knee revealed tenderness in the left tibiofemoral joint.  Palpation of the left knee revealed tenderness in the fibular head.  Ranges of motion in Examination of the knee indicates that the ROM has not changed.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be unchanged.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.   It is to be noted that Ms. Williams is already under the care of an orthopedic doctor.
Diagnosis consisted of:

| | | |
|---|---|---|
| 1. | W19.XXXA | Unspecified Fall, Initial Encounter |
| 2. | M54.2 | Cervicalgia |
| 3. | M54.5 | Low back pain |
| 4. | M99.01 | Segmental and somatic dysfunction of cervical region |
| 5. | M99.03 | Segmental and somatic dysfunction of lumbar region |
| 6. | M99.04 | Segmental and somatic dysfunction of sacral region |
| 7. | M54.16 | Radiculopathy, lumbar region |
| 8. | M79.1 | Myalgia |
| 9. | G47.8 | Sleep disturbance, other sleep disorder |
| 10. | R20.8 | Other disturbances of skin sensation |
| 11. | M25.60 | Stiffness of Unspecified Joint, Not Elsewhere Classified. |
| 12. | M25.562 | Pain in left knee |
| 13. | M25.662 | Stiffness of left knee, not elsewhere classified |
| 14. | M50.21 | Other cervical disc displacement,  high cervical region |
| 15. | M50.220 | Other cervical disc displacement, mid-cervical region, unspecified level |
| 16. | M50.221 | Other cervical disc displacement at C4-C5 level |
| 17. | M50.222 | Other cervical disc displacement at C5-C6 level |
| 18. | M50.223 | Other cervical disc displacement at C6-C7 level |

**Plan**
After today's visit, Priscilla should continue with therapy as directed.

**Today's Treatment**
1. hot packs in the cervical region and in the sacrum region
2. Electrical Stimulation in the sacrum region and in the cervical region and in the lumbar region
3. Traction in the lumbar region and in the cervical region
4. Massage in the cervical region and in the lumbar region and in the sacrum region
5. Activator in the cervical region, in the lumbar region and in the sacrum region

Dr. Avis Peek

Electronically signed on 2/4/2021

**2/5/2021**

**Subjective Complaint**
Ms. Williams was evaluated today to determine progress and response to the current treatment plan.  The patient's subjective response to question in regards to pain levels: Current pain level today on a scale of 0 (no pain) to 10 (unbearable pain) is considered a 8.  Her posterior neck, lower back and left knee has not changed since the last visit.

**Objective**
Cervical tenderness is present in the cervical region bilaterally, mastoid process bilaterally and C1 vertebra bilaterally.  Examination of the cervical spine region indicates the presence of increased tonus in the cervical region on both sides, trapezius on both sides and SCMs on the both sides.  Cervical region ranges of motion remain unchanged.  The patient complained of pain during testing.  Palpated tenderness is present in the lumbar region on both sides and erector spinae on both sides.  There is hypertonicity of the lumbar spinal area in the lumbar region bilaterally and erector spinae bialterally.  Ranges of motion in the lumbar region have remained unchanged.   Pain was elicited during the execution of this test.  Examination of the sacral area indicates the presence of discomfort and pain in the sacroiliac bilaterally.  Palpation over the sacrum exhibits hypertonicity of the gluteus bilaterally.  Evaluation of the knee region elicited tender points in the left tibialfemoral region.  Left fibular head tenderness was palpated.  Ranges of motion in the knee have remain unchanged.

**Assessment**
Posterior neck and lower back assessment is determined to be improved.  Left knee assessment is determined to be unchanged.  MRI  shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.   It is to be noted that Ms. Williams is already under the care of an orthopedic doctor.
Diagnosis consisted of:

1.  W19.XXXA     Unspecified Fall, Initial Encounter
2.  M54.2          Cervicalgia
3.  M54.5          Low back pain
4.  M99.01         Segmental and somatic dysfunction of cervical region
5.  M99.03         Segmental and somatic dysfunction of lumbar region
6.  M99.04         Segmental and somatic dysfunction of sacral region
7.  M54.16         Radiculopathy, lumbar region
8.  M79.1           Myalgia
9.  G47.8           Sleep disturbance, other sleep disorder
10. R20.8          Other disturbances of skin sensation
11. M25.60        Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562      Pain in left knee
13. M25.662      Stiffness of left knee, not elsewhere classified
14. M50.21        Other cervical disc displacement,  high cervical region
15. M50.220      Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221      Other cervical disc displacement at C4-C5 level
17. M50.222      Other cervical disc displacement at C5-C6 level
18. M50.223      Other cervical disc displacement at C6-C7 level

**Plan**
Today's visit indicates that Priscilla should proceed with therapy as directed.

EXHIBIT A

**Today's Treatment**
1. hot packs in the cervical region and in the sacrum region
2. Electrical Stimulation in the sacrum region and in the cervical region and in the lumbar region
3. Traction in the lumbar region and in the cervical region
4. Massage in the cervical region and in the lumbar region and in the sacrum region
5. Activator in the cervical region, in the lumbar region and in the sacrum region

Dr. Avis Peek

Electronically signed on 2/5/2021

**2/8/2021**

**Subjective Complaint**
Ms. Williams was assessed today for progress and response to the plan of care.  The patient rated her overall pain level today on a scale of 0 (no pain) to 10 (excruciating pain).  The patient said her pain level can be considered a 10.  Her posterior neck, lower back and left knee showed no change since the last visit.  Ms. Williams reported that she had a rough weekend due to pain.  She added that her lower back pain is worse than usual causing her to limp, radiates down her legs and experiences weakness.

**Objective**
There is discomfort and pain in the cervical region bilaterally, mastoid process bilaterally and C1 vertebra on both sides.  There is hypertonicity in the cervical region on both sides, trapezius on both sides and SCMs on both sides.  Cervical ranges of motion have increased.  The patient reported pain when performing this test.  Evaluation of the lumbar spinal region reveals tender areas in the lumbar region on both sides and erector spinae on both sides.  Palpation of the lumbar musculature demonstrates hypertonicity in that area in the lumbar region on both sides and erector spinae on both sides.  Ranges of motion in the lumbar region have remained unchanged.  The patient indicated that they felt discomfort during the performance of this evaluation.  There is tenderness present in the sacral spine in the sacroiliac on both sides.  Increased muscle tone is present in the gluteus on both sides.  Palpation revealed tenderness in the tibiofemoral on the left.  Palpation of the left knee revealed tenderness of the fibular head.  The knee displayed increased range of motion.

**Assessment**
Posterior neck and left knee assessment is determined to be improved.  Lower back assessment is determined to be unchanged.  MRI  shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.   It is to be noted that Ms. Williams is told to follow up with her orthopedic doctor.
Diagnosis consisted of:
1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2             Cervicalgia
3.  M54.5             Low back pain
4.  M99.01            Segmental and somatic dysfunction of cervical region
5.  M99.03            Segmental and somatic dysfunction of lumbar region
6.  M99.04            Segmental and somatic dysfunction of sacral region
7.  M54.16            Radiculopathy, lumbar region
8.  M79.1             Myalgia
9.  G47.8             Sleep disturbance, other sleep disorder
10. R20.8             Other disturbances of skin sensation
11. M25.60           Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562         Pain in left knee
13. M25.662         Stiffness of left knee, not elsewhere classified
14. M50.21           Other cervical disc displacement,  high cervical region
15. M50.220         Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221         Other cervical disc displacement at C4-C5 level
17. M50.222         Other cervical disc displacement at C5-C6 level
18. M50.223         Other cervical disc displacement at C6-C7 level

**Plan**

EXHIBIT A

At this time, therapies will proceed as directed.

**Today's Treatment**
1. hot packs in the cervical region and in the sacrum region
2. Electrical Stimulation in the lumbar region and in the cervical region and on the knee
3. Traction in the cervical region and in the lumbar region
4. Massage in the sacrum region and in the cervical region and in the lumbar region
5. Activator in the cervical region, in the lumbar region and in the sacrum region

Clarel Jean-Louis, JR

Electronically signed on 2/8/2021

EXHIBIT A

**2/10/2021**

**Subjective Complaint**
Ms. Williams was assessed today for progress and response to the plan of care.  The patient was asked about her pain levels which she rated as follows:  Overall pain level today on a scale of 0 (no pain) to 10 (unbearable pain) is considered a 9.  Today the patient says there are improvements in her posterior neck, lower back and left knee.  Ms. Williams reported that she continues to experience severe pain.  However, the pain is not longer constant since she started treatment here at this office.

**Objective**
Tenderness is observed in the cervical region bilaterally, mastoid process bilaterally and C1 bilaterally.  There is hypertonicity in the cervical region on both sides and trapezius on both sides.  Cervical spine evaluation shows that the range of motion has improved.  The patient reported pain during the performance of this test.  Evaluation of the lumbar spinal region reveals tender areas in the lumbar region on both sides and erector spinae on both sides.  Palpation of the lumbar musculature demonstrates hypertonicity in that area in the lumbar region on both sides and erector spinae on both sides.  The lumbar ranges of motion have increased.  The patient indicated that they felt discomfort during the performance of this evaluation.  Palpation of the sacrum reveals tenderness of the sacroiliac bilaterally.  Increased muscle tone is present in the gluteus on both sides.  Palpation revealed tenderness in the tibiofemoral on the left.  Palpation of the left knee revealed tenderness of the fibular head.  The knee displayed increased range of motion.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be improved.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee. Diagnosis consisted of:

1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2           Cervicalgia
3.  M54.5           Low back pain
4.  M99.01          Segmental and somatic dysfunction of cervical region
5.  M99.03          Segmental and somatic dysfunction of lumbar region
6.  M99.04          Segmental and somatic dysfunction of sacral region
7.  M54.16          Radiculopathy, lumbar region
8.  M79.1           Myalgia
9.  G47.8           Sleep disturbance, other sleep disorder
10. R20.8           Other disturbances of skin sensation
11. M25.60          Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562         Pain in left knee
13. M25.662         Stiffness of left knee, not elsewhere classified
14. M50.21          Other cervical disc displacement,  high cervical region
15. M50.220         Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221         Other cervical disc displacement at C4-C5 level
17. M50.222         Other cervical disc displacement at C5-C6 level
18. M50.223         Other cervical disc displacement at C6-C7 level

**Plan**
At this time, therapies will proceed as directed.

EXHIBIT A

**Today's Treatment**
1. hot packs in the cervical region and in the sacrum region
2. Electrical Stimulation in the lumbar region and in the cervical region and on the knee
3. Traction in the cervical region and in the lumbar region
4. Massage in the sacrum region and in the cervical region and in the lumbar region
5. Activator in the cervical region, in the lumbar region and in the sacrum region

Clarel Jean-Louis, JR

Electronically signed on 2/10/2021

**2/15/2021**

**Subjective Complaint**
Ms. Williams was assessed today for progress and response to the plan of care.  The patient was questioned about her pain scale: General pain level today, on a scale of 0 (no pain) to 10 (unbearable pain), is evaluated as 10.  Today the patient said that she felt improvements in her left knee.  In addition, the patient reported that her posterior neck and lower back deteriorated since the last visit.  Ms. Williams reported that she had a rough weekend due to pain.

**Objective**
Palpation of the cervical spine reveals tenderness in the cervical region bilaterally, mastoid process bilaterally and C1 vertebra bilaterally.  Hypertonicity is palpable in the cervical region bilaterally and trapezius bilaterally.  Ranges of motion in the cervical spine have increased.  The patient indicated that they felt discomfort and pain during the performance of this exam. Tenderness is notable in the lumbar spine in the lumbar region bilaterally and erector spinae bilaterally.  Hypertonicity of the lumbar spine is palpable in the lumbar region bilaterally and erector spinae bilaterally.  Ranges of motion in the lumbar region have increased.  The patient complained of pain during testing.  Palpation of the sacrum elicits tenderness of the sacroiliac bilaterally.  Examination of the knee indicates the presence of discomfort and pain in the tibiofemoral junction on the left.  Palpation of the left knee revealed tenderness in the fibular head.  Ranges of motion in the knee(s) have increased.

**Assessment**
Left knee assessment is determined to be improved.  Posterior neck and lower back assessment is determined to be unchanged.  MRI  shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.
Diagnosis consisted of:
1. W19.XXXA     Unspecified Fall, Initial Encounter
2. M54.2         Cervicalgia
3. M54.5         Low back pain
4. M99.01        Segmental and somatic dysfunction of cervical region
5. M99.03        Segmental and somatic dysfunction of lumbar region
6. M99.04        Segmental and somatic dysfunction of sacral region
7. M54.16        Radiculopathy, lumbar region
8. M79.1         Myalgia
9. G47.8         Sleep disturbance, other sleep disorder
10. R20.8         Other disturbances of skin sensation
11. M25.60        Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562       Pain in left knee
13. M25.662       Stiffness of left knee, not elsewhere classified
14. M50.21        Other cervical disc displacement,  high cervical region
15. M50.220       Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221       Other cervical disc displacement at C4-C5 level
17. M50.222       Other cervical disc displacement at C5-C6 level
18. M50.223       Other cervical disc displacement at C6-C7 level

**Plan**
Priscilla should proceed with therapies as directed.

**Today's Treatment**

1. hot packs in the cervical region and in the sacrum region
2. Electrical Stimulation in the lumbar region and in the cervical region and on the knee
3. Traction in the cervical region and in the lumbar region
4. Massage in the sacrum region and in the cervical region and in the lumbar region
5. Activator in the cervical region, in the lumbar region and in the sacrum region

_____
  Clarel Jean-Louis, JR

Electronically signed on 2/15/2021

EXHIBIT A

**2/18/2021**

**Subjective Complaint**
Ms. Williams was evaluated today for progress and response to treatment.  The following are the patient's subjective response to questions regarding her pain levels: Overall pain level today on a scale of 0 (no pain) to 10 (excruciating pain) is considered a 10.  The patient reported that she felt improvements in her posterior neck and left knee.  Also, the patient revealed her lower back deteriorated since the last visit.  Ms. Williams reported that she is experiencing increased lower back pain today. Furthermore, she stated that she recently fell while in her kitchen due to weakness in her knee. However, Ms. Williams reported that she is now doing knee exercises while at home. The exercises has helped ease the achy pain but there continues to be stiffness. Ms. Williams also admitted that the exercises has helped to decrease the need to constantly use her brace. Ms. Williams reported that she has noticed that since her accident performing normal daily activities has proven to be a chore with the use of her left shoulder.

**Objective**
Evaluation of the cervical spine reveals tenderness along the both sides of the cervical region and C1 vertebra on both sides.  Examination of the cervical spine region indicates the presence of increased tonus in the cervical region on both sides and trapezius on both sides.  Ranges of motion in the cervical region have increased.  The patient experienced pain while performing this test.  There is tenderness in the lumbar region bilaterally and erector spinae bilaterally.  There is hypertonicity of the lumbar spinal area in the lumbar region bilaterally and erector spinae bialterally.  Ranges of motion in the lumbar region continue to be unchanged.   Pain was elicited during the execution of this test.  There is tenderness of the sacroiliac on both sides.  Palpation of the knee revealed tenderness in the left tibiofemoral joint.  Left fibular head tenderness was palpated.  Examination of the knee indicated that the ROM has improved.

**Assessment**
Posterior neck and left knee assessment is determined to be improved.  Lower back assessment is determined to be unchanged.  MRI  shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.
Diagnosis consisted of:

1.  W19.XXXA       Unspecified Fall, Initial Encounter
2.  M54.2          Cervicalgia
3.  M54.5          Low back pain
4.  M99.01         Segmental and somatic dysfunction of cervical region
5.  M99.03         Segmental and somatic dysfunction of lumbar region
6.  M99.04         Segmental and somatic dysfunction of sacral region
7.  M54.16         Radiculopathy, lumbar region
8.  M79.1          Myalgia
9.  G47.8          Sleep disturbance, other sleep disorder
10. R20.8          Other disturbances of skin sensation
11. M25.60         Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562        Pain in left knee
13. M25.662        Stiffness of left knee, not elsewhere classified
14. M50.21         Other cervical disc displacement,  high cervical region
15. M50.220        Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221        Other cervical disc displacement at C4-C5 level
17. M50.222        Other cervical disc displacement at C5-C6 level
18. M50.223        Other cervical disc displacement at C6-C7 level

**Plan**
After today's visit, Priscilla should continue with therapy as directed.

**Today's Treatment**
1. hot packs in the cervical region and in the sacrum region
2. Electrical Stimulation in the lumbar region and in the cervical region and on the knee
3. Traction in the cervical region and in the lumbar region
4. Massage in the sacrum region and in the cervical region and in the lumbar region
5. Activator in the cervical region, in the lumbar region and in the sacrum region

Dr. Avis Peek

Electronically signed on 2/18/2021

**2/22/2021**

**Subjective Complaint**
Ms. Williams was evaluated today for progress and response to the care plan.  The patient was asked subjective questions regarding her pain levels: her pain level today on a scale of 0 (no pain) to 10 (unbearable pain) is reported to be 10.  The patient reported improvements of the following complaints: left knee.  The patient reported that her posterior neck and lower back remain unchanged since the last visit.  Ms. Williams reported that she is not able to lay 10 minutes at times due to pain.  She added that her orthopedic doctor does not want to give her anymore injections and she cannot lay in bed.  She also stated that her pain was constant prior to receiving treatment here at this office and now her pain comes and goes wich is

**Objective**
Tenderness is noted in the both sides of the cervical region and both sides of C1.  Palpation of the spine reveals increased muscle tone in the cervical region bilaterally and trapezius bilaterally.  Cervical spine ranges of motion have increased.  The patient experienced discomfort during the execution of this test.  Palpation of the lumbar spine reveals tenderness in the lumbar region bilaterally and erector spinae bilaterally.  Palpation of the lumbar spine reveals increased muscle tone in the lumbar region on both sides and erector spinae on both sides.  Lumbar spine evaluation shows that the ranges of motion have improved.  The patient experienced pain during the performance of this test.  Tenderness is present in the sacroiliac bilaterally.  The patient reported tenderness of the knee in the tibiofemoral region on the left.  Palpation revealed tenderness in fibular head on the left.  Ranges of motion in the knee has increased.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be improved.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee. Diagnosis consisted of:

1.  W19.XXXA       Unspecified Fall, Initial Encounter
2.  M54.2          Cervicalgia
3.  M54.5          Low back pain
4.  M99.01         Segmental and somatic dysfunction of cervical region
5.  M99.03         Segmental and somatic dysfunction of lumbar region
6.  M99.04         Segmental and somatic dysfunction of sacral region
7.  M54.16         Radiculopathy, lumbar region
8.  M79.1          Myalgia
9.  G47.8          Sleep disturbance, other sleep disorder
10. R20.8          Other disturbances of skin sensation
11. M25.60         Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562        Pain in left knee
13. M25.662        Stiffness of left knee, not elsewhere classified
14. M50.21         Other cervical disc displacement,  high cervical region
15. M50.220        Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221        Other cervical disc displacement at C4-C5 level
17. M50.222        Other cervical disc displacement at C5-C6 level
18. M50.223        Other cervical disc displacement at C6-C7 level

**Plan**
Therapy should continue as directed.

**Today's Treatment**
1. Electrical Stimulation in the cervical region and on the knee and in the lumbar region
2. Traction in the cervical region and in the lumbar region
3. Massage in the cervical region and in the sacrum region and in the lumbar region
4. Activator in the cervical region, in the lumbar region and in the sacrum region

Clarel Jean-Louis, JR

Electronically signed on 2/22/2021

**2/24/2021**

**Subjective Complaint**
Ms. Williams was evaluated today to assess her response to care.  The patient was asked subjective questions regarding her pain levels: her pain level today on a scale of 0 (no pain) to 10 (unbearable pain) is reported to be 10.  The patient reported that her posterior neck, lower back and left knee remain unchanged since the last visit.  Ms. Williams reported that her pain has not changed since her last visit.

**Objective**
Tenderness is noted in the both sides of the cervical region and both sides of C1.  Palpation of the spine reveals increased muscle tone in the cervical region bilaterally and trapezius bilaterally.  Cervical spine evaluation shows that the range of motion remains the same.  The patient experienced discomfort during the execution of this test.  Palpation of the lumbar spine reveals tenderness in the lumbar region bilaterally and erector spinae bilaterally.  There is hypertonicity in the lumbar spine in the lumbar region bilaterally and erector spinae bilaterally. Since the last visit, lumbar region range of motion has remained unchanged.  There is pain during the execution of this test.  Tenderness is present in the sacroiliac bilaterally.  The patient reported tenderness of the knee in the tibiofemoral region on the left.  Examination of the knee indicates the presence of discomfort and pain in the head of the fibula on the left.  Ranges of motion in the knee has increased.

**Assessment**
Posterior neck and lower back assessment is determined to be improved.  Left knee assessment is determined to be unchanged.  MRI  shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.
Diagnosis consisted of:

1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2           Cervicalgia
3.  M54.5           Low back pain
4.  M99.01          Segmental and somatic dysfunction of cervical region
5.  M99.03          Segmental and somatic dysfunction of lumbar region
6.  M99.04          Segmental and somatic dysfunction of sacral region
7.  M54.16          Radiculopathy, lumbar region
8.  M79.1           Myalgia
9.  G47.8           Sleep disturbance, other sleep disorder
10. R20.8           Other disturbances of skin sensation
11. M25.60          Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562         Pain in left knee
13. M25.662         Stiffness of left knee, not elsewhere classified
14. M50.21          Other cervical disc displacement,  high cervical region
15. M50.220         Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221         Other cervical disc displacement at C4-C5 level
17. M50.222         Other cervical disc displacement at C5-C6 level
18. M50.223         Other cervical disc displacement at C6-C7 level

**Plan**
Therapy should continue as directed.

**Today's Treatment**

1. Electrical Stimulation in the cervical region and on the knee and in the lumbar region
2. Traction in the cervical region and in the lumbar region
3. Massage in the cervical region and in the sacrum region and in the lumbar region
4. Activator in the cervical region, in the lumbar region and in the sacrum region

_____

Dr. Avis Peek

Electronically signed on 2/24/2021

**3/1/2021**

**Subjective Complaint**
Ms. Williams was evaluated today to assess her response to care.  The patient was asked subjective questions regarding her pain levels: her pain level today on a scale of 0 (no pain) to 10 (unbearable pain) is reported to be 7.  On today's visit the patient stated that she felt improvements in her posterior neck, lower back and left knee.

**Objective**
Tenderness is noted in the both sides of the cervical region and both sides of C1.  Palpation of the spine reveals increased muscle tone in the cervical region bilaterally and trapezius bilaterally.  Cervical spine ranges of motion have increased.  The patient experienced discomfort during the execution of this test.  Palpation of the lumbar spine reveals tenderness in the lumbar region bilaterally and erector spinae bilaterally.  There is hypertonicity in the lumbar spine in the lumbar region bilaterally and erector spinae bilaterally.  Lumbar region ranges of motion have increased.  There is pain during the execution of this test.  Palpation of the sacrum reveals tenderness of the sacroiliac bilaterally.  Left knee palpation elicited tenderness in the left tibiofemoral joint.  Examination of the knee indicates the presence of discomfort and pain in the head of the fibula on the left.  Ranges of motion in the knee has increased.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be improved.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee. Diagnosis consisted of:
1.   W19.XXXA       Unspecified Fall, Initial Encounter
2.   M54.2               Cervicalgia
3.   M54.5               Low back pain
4.   M99.01             Segmental and somatic dysfunction of cervical region
5.   M99.03             Segmental and somatic dysfunction of lumbar region
6.   M99.04             Segmental and somatic dysfunction of sacral region
7.   M54.16             Radiculopathy, lumbar region
8.   M79.1               Myalgia
9.   G47.8               Sleep disturbance, other sleep disorder
10. R20.8               Other disturbances of skin sensation
11. M25.60             Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562           Pain in left knee
13. M25.662           Stiffness of left knee, not elsewhere classified
14. M50.21             Other cervical disc displacement,  high cervical region
15. M50.220           Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221           Other cervical disc displacement at C4-C5 level
17. M50.222           Other cervical disc displacement at C5-C6 level
18. M50.223           Other cervical disc displacement at C6-C7 level

**Plan**
Therapy should continue as directed.

**Today's Treatment**
1. Traction in the cervical region and in the lumbar region
2. Massage in the sacrum region and in the cervical region and in the lumbar region
3. Activator in the cervical region and in the lumbar region and in the sacrum region

EXHIBIT A

4. Spinal decompression in the cervical region

_____
  Dr. Avis Peek

Electronically signed on 3/1/2021

Advanced Chiropractic of Conyers
1261 Parker Rd South East
Conyers, GA 30094
(770) 761-2181
Fax: (770) 761-0277
Doctor:  Clarel Jean-Louis, JR

Priscilla Williams
4862 ozment trail
Lithonia, GA 30038
Date of Birth: 8/18/1972

## SOAP Notes with exam

**3/8/2021**

**Subjective Complaint**
Ms. Williams was assessed today for progress and response to the plan of care.  The patient was questioned about her pain scale: General pain level today, on a scale of 0 (no pain) to 10 (unbearable pain), is evaluated as 7.  Today the patient said that she felt improvements in her posterior neck, lower back and left knee.  Ms. Williams reported that her knee pain is on and off at this point and her knee pain is no longer daily.

**Objective**
Palpation of the cervical spine reveals tenderness in the cervical region bilaterally and C1 vertebra bilaterally.  Hypertonicity is palpable in the cervical region bilaterally and trapezius bilaterally.  Ranges of motion in the cervical spine have increased.  The patient indicated that they felt discomfort and pain during the performance of this exam.  Tenderness is notable in the lumbar spine in the lumbar region bilaterally and erector spinae bilaterally.  Hypertonicity of the lumbar spine is palpable in the lumbar region bilaterally and erector spinae bilaterally.  Ranges of motion in the lumbar region have increased.  The patient reported pain while completing this test.  Palpation of the sacrum elicits tenderness of the sacroiliac bilaterally.  Examination of the knee indicates the presence of discomfort and pain in the tibiofemoral junction on the left.  Evaluation of the knee region elicited tender points in the left head of the fibula.  Ranges of motion in the knee has increased.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be improved.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee. Diagnosis consisted of:
1.  W19.XXXA        Unspecified Fall, Initial Encounter
2.  M54.2            Cervicalgia
3.  M54.5            Low back pain
4.  M99.01           Segmental and somatic dysfunction of cervical region
5.  M99.03           Segmental and somatic dysfunction of lumbar region
6.  M99.04           Segmental and somatic dysfunction of sacral region
7.  M54.16           Radiculopathy, lumbar region

8.  M79.1        Myalgia
9.  G47.8        Sleep disturbance, other sleep disorder
10. R20.8        Other disturbances of skin sensation
11. M25.60       Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562      Pain in left knee
13. M25.662      Stiffness of left knee, not elsewhere classified
14. M50.21       Other cervical disc displacement,  high cervical region
15. M50.220      Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221      Other cervical disc displacement at C4-C5 level
17. M50.222      Other cervical disc displacement at C5-C6 level
18. M50.223      Other cervical disc displacement at C6-C7 level

**Plan**
Priscilla should proceed with therapies as directed.

**Today's Treatment**
1. Therapeutic Exercises in the cervical region and in the lumbar region
2. Traction in the lumbar region and in the cervical region
3. Massage in the cervical region and in the lumbar region and in the sacrum region
4. Activator in the cervical region, in the lumbar region and in the sacrum region


Clarel Jean-Louis, JR

Electronically signed on 3/8/2021

**3/10/2021**

**Subjective Complaint**
Ms. Williams was checked for her responsiveness to the treatment plan.  The following is the patient's subjective response to the question regarding her pain levels: Overall pain level today, on a scale of 0 (no pain) to 10 (excruciating pain), is considered a 7.  Her posterior neck and lower back remained unchanged since the last visit.  Also, the patient revealed her left knee has deteriorated since the last visit.  Ms. Williams reported that she is experiencing an increase in her knee pain today.

**Objective**
There is tenderness found in the cervical region bilaterally and C1 bilaterally.  Cervical spine palpation reveals increased muscle tone of the cervical region bilaterally and trapezius bilaterally.  Ranges of motion in the cervical region are increased.  The patient reported increased pain during this test.  There is tenderness upon palpation in the lumbar region on both sides and erector spinae on both sides.  Hypertonicity is palpated in the lumbar region bilaterally and erector spinae bilaterally.  Ranges of motion in the lumbar region have increased since the last visit.  The patient reported pain and discomfort during the execution of this test.  Evaluation of the sacrum elicits tender points in the sacroiliac bilaterally.  Palpation of the knee revealed tenderness in the tibiofemoral on the left.  Left knee evaluation exhibited tenderness in the left fibular head.  Knee range of motion has not changed.

**Assessment**
Posterior neck and lower back assessment is determined to be improved.  Left knee assessment is determined to be unchanged.  MRI  shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.
Diagnosis consisted of:

1.  W19.XXXA    Unspecified Fall, Initial Encounter
2.  M54.2          Cervicalgia
3.  M54.5          Low back pain
4.  M99.01        Segmental and somatic dysfunction of cervical region
5.  M99.03        Segmental and somatic dysfunction of lumbar region
6.  M99.04        Segmental and somatic dysfunction of sacral region
7.  M54.16        Radiculopathy, lumbar region
8.  M79.1          Myalgia
9.  G47.8          Sleep disturbance, other sleep disorder
10. R20.8          Other disturbances of skin sensation
11. M25.60        Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562      Pain in left knee
13. M25.662      Stiffness of left knee, not elsewhere classified
14. M50.21        Other cervical disc displacement,  high cervical region
15. M50.220      Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221      Other cervical disc displacement at C4-C5 level
17. M50.222      Other cervical disc displacement at C5-C6 level
18. M50.223      Other cervical disc displacement at C6-C7 level

**Plan**
Proceed with therapies as stated earlier.

**Today's Treatment**

EXHIBIT A

1. Cold packs on the knee
2. Therapeutic Exercises in the cervical region and in the lumbar region
3. Traction in the cervical region and in the lumbar region
4. Activator in the cervical region, in the lumbar region and in the sacrum region

_____

Dr. Avis Peek

Electronically signed on 3/10/2021

**3/17/2021**

**Subjective Complaint**
Ms. Williams was assessed today for progress and response to the plan of care.  The patient rated her overall pain level today on a scale of 0 (no pain) to 10 (excruciating pain).  The patient said her pain level can be considered a 7.  Today the patient says there are improvements in her posterior neck and lower back.  Her left knee showed no change since the last visit.

**Objective**
There is discomfort and pain in the cervical region bilaterally.  There is hypertonicity in the cervical region on both sides and trapezius on both sides.  Cervical spine evaluation shows that the range of motion has improved.  The patient reported pain when performing this test.  Evaluation of the lumbar spinal region reveals tender areas in the lumbar region on both sides and erector spinae on both sides.  Palpation of the lumbar musculature demonstrates hypertonicity in that area in the lumbar region on both sides and erector spinae on both sides.  The lumbar ranges of motion have increased.  The patient indicated that they felt discomfort during the performance of this evaluation.  There is tenderness present in the sacral spine in the sacroiliac on both sides.  Palpation revealed tenderness in the tibiofemoral on the left.  Palpation of the left knee revealed tenderness of the fibular head.  since the last visit, ranges of motion in the knee have remained unchanged.

**Assessment**
Posterior neck and lower back assessment is determined to be improved.  Left knee assessment is determined to be unchanged.  MRI  shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.
Diagnosis consisted of:
1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2          Cervicalgia
3.  M54.5          Low back pain
4.  M99.01          Segmental and somatic dysfunction of cervical region
5.  M99.03          Segmental and somatic dysfunction of lumbar region
6.  M99.04          Segmental and somatic dysfunction of sacral region
7.  M54.16          Radiculopathy, lumbar region
8.  M79.1          Myalgia
9.  G47.8          Sleep disturbance, other sleep disorder
10. R20.8          Other disturbances of skin sensation
11. M25.60          Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562          Pain in left knee
13. M25.662          Stiffness of left knee, not elsewhere classified
14. M50.21          Other cervical disc displacement,  high cervical region
15. M50.220          Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221          Other cervical disc displacement at C4-C5 level
17. M50.222          Other cervical disc displacement at C5-C6 level
18. M50.223          Other cervical disc displacement at C6-C7 level

**Plan**
At this time, therapies will proceed as directed.

**Today's Treatment**
1. Massage in the cervical region and in the lumbar region and in the sacrum region

2. Activator in the cervical region and in the lumbar region and in the sacrum region
3. Spinal decompression in the cervical region

Dr. Avis Peek

Electronically signed on 3/17/2021

**3/19/2021**

**Subjective Complaint**
Ms. Williams was evaluated today to determine progress and response to the current treatment plan.  The patient's subjective response to question in regards to pain levels: Current pain level today on a scale of 0 (no pain) to 10 (unbearable pain) is considered a 6.  Her posterior neck, lower back and left knee has not changed since the last visit.  Ms. Williams reported that she continues to experience daily pain and stiffness. Furthermore, she said that she has to use heat in order to get her day going.

**Objective**
Cervical tenderness is present in the cervical region bilaterally.  There is hypertonicity of the cervical region on both sides and trapezius on both sides.  Ranges of motion in the cervical region have improved.  The patient complained of pain during testing.  Palpated tenderness is present in the lumbar region on both sides and erector spinae on both sides.  Evaluation of the lumbar spinal areas shows hypertonicity in the lumbar region bilaterally and erector spinae bilaterally.  Since the last visit, ranges of motion in the lumbar region have increased.  The patient experienced pain during this test.  Examination of the sacral area indicates the presence of discomfort and pain in the sacroiliac bilaterally.  Evaluation of the knee region elicited tender points in the left tibialfemoral region.  Palpation of the knee revealed tenderness in fibular head on the left.  Ranges of motion in the knee have remain unchanged.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be improved.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.  Ms. Williams has been referred out for physical therapy.
Diagnosis consisted of:
1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2          Cervicalgia
3.  M54.5          Low back pain
4.  M99.01         Segmental and somatic dysfunction of cervical region
5.  M99.03         Segmental and somatic dysfunction of lumbar region
6.  M99.04         Segmental and somatic dysfunction of sacral region
7.  M54.16         Radiculopathy, lumbar region
8.  M79.1          Myalgia
9.  G47.8          Sleep disturbance, other sleep disorder
10. R20.8          Other disturbances of skin sensation
11. M25.60         Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562        Pain in left knee
13. M25.662        Stiffness of left knee, not elsewhere classified
14. M50.21         Other cervical disc displacement,  high cervical region
15. M50.220        Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221        Other cervical disc displacement at C4-C5 level
17. M50.222        Other cervical disc displacement at C5-C6 level
18. M50.223        Other cervical disc displacement at C6-C7 level

**Plan**
Today's visit indicates that Priscilla should proceed with therapy as directed.

**Today's Treatment**

1. Massage in the cervical region and in the lumbar region and in the sacrum region
2. Activator in the cervical region and in the lumbar region and in the sacrum region
3. Spinal decompression in the cervical region

_____

Dr. Avis Peek

Electronically signed on 3/19/2021

EXHIBIT A

**3/22/2021**

**Subjective Complaint**
Ms. Williams was evaluated today to assess her response to care.  The patient was asked about her pain levels which she rated as follows:  Overall pain level today on a scale of 0 (no pain) to 10 (unbearable pain) is considered a 6.  On today's visit the patient stated that she felt improvements in her posterior neck, lower back and left knee.  Ms. Williams reported that her pain is no longer constant.

**Objective**
Tenderness is noted in the both sides of the cervical region.  Palpation of the spine reveals increased muscle tone in the cervical region bilaterally and trapezius bilaterally.  Cervical spine ranges of motion have increased.  The patient reported pain during the performance of this test.  Palpation of the lumbar spine reveals tenderness in the lumbar region bilaterally and erector spinae bilaterally.  There is hypertonicity in the lumbar spine in the lumbar region bilaterally and erector spinae bilaterally.  Lumbar region ranges of motion have increased.  There is pain during the execution of this test.  Palpation of the sacrum reveals tenderness of the sacroiliac bilaterally.  Left knee palpation elicited tenderness in the left tibiofemoral joint.  Examination of the knee indicates the presence of discomfort and pain in the head of the fibula on the left.  Ranges of motion in the knee has increased.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be improved.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.  Diagnosis consisted of:

1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2           Cervicalgia
3.  M54.5           Low back pain
4.  M99.01          Segmental and somatic dysfunction of cervical region
5.  M99.03          Segmental and somatic dysfunction of lumbar region
6.  M99.04          Segmental and somatic dysfunction of sacral region
7.  M54.16          Radiculopathy, lumbar region
8.  M79.1           Myalgia
9.  G47.8           Sleep disturbance, other sleep disorder
10. R20.8           Other disturbances of skin sensation
11. M25.60          Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562         Pain in left knee
13. M25.662         Stiffness of left knee, not elsewhere classified
14. M50.21          Other cervical disc displacement,  high cervical region
15. M50.220         Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221         Other cervical disc displacement at C4-C5 level
17. M50.222         Other cervical disc displacement at C5-C6 level
18. M50.223         Other cervical disc displacement at C6-C7 level

**Plan**
Therapy should continue as directed.

**Today's Treatment**
1. Electrical Stimulation in the cervical region and in the lumbar region
2. Traction in the cervical region and in the lumbar region

EXHIBIT A

3. Massage in the cervical region and in the lumbar region and in the sacrum region
4. Activator in the cervical region, in the lumbar region and in the sacrum region

Clarel Jean-Louis, JR

Electronically signed on 3/22/2021

**3/24/2021**

**Subjective Complaint**
Ms. Williams was assessed today for progress and response to the plan of care.  The patient rated her overall pain level today on a scale of 0 (no pain) to 10 (excruciating pain).  The patient said her pain level can be considered a 9.  Her left knee showed no change since the last visit.  Additionally, the patient indicated that her posterior neck and lower back has deteriorated since the last visit.  Ms. Williams reported that she is not sure if it's the weather, but her pain is worse today.

**Objective**
There is discomfort and pain in the cervical region bilaterally.  Palpation of the cervical musculature demonstrates hypertonicity in the cervical region bilaterally and trapezius bilaterally.  Cervical range of motion remains unchanged.  The patient reported pain when performing this test.  Examination of the lumbar spine reveals tenderness in the lumbar region bilaterally and erector spinae bilaterally.  Hypertonicity of the lumbar spine is palpable in the lumbar region bilaterally and erector spinae bilaterally.  Ranges of motion in the lumbar region have remained unchanged.  The patient reported pain while completing this test.  There is tenderness present in the sacral spine in the sacroiliac on both sides.  Palpation revealed tenderness in the tibiofemoral on the left.  Evaluation of the knee region elicited tender points in the left head of the fibula.  Ranges of motion in the knee has increased.

**Assessment**
Left knee assessment is determined to be improved.  Posterior neck and lower back assessment is determined to be unchanged.  MRI  shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.
Diagnosis consisted of:
1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2         Cervicalgia
3.  M54.5         Low back pain
4.  M99.01        Segmental and somatic dysfunction of cervical region
5.  M99.03        Segmental and somatic dysfunction of lumbar region
6.  M99.04        Segmental and somatic dysfunction of sacral region
7.  M54.16        Radiculopathy, lumbar region
8.  M79.1         Myalgia
9.  G47.8         Sleep disturbance, other sleep disorder
10. R20.8         Other disturbances of skin sensation
11. M25.60        Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562       Pain in left knee
13. M25.662       Stiffness of left knee, not elsewhere classified
14. M50.21        Other cervical disc displacement,  high cervical region
15. M50.220       Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221       Other cervical disc displacement at C4-C5 level
17. M50.222       Other cervical disc displacement at C5-C6 level
18. M50.223       Other cervical disc displacement at C6-C7 level

**Plan**
Therapy will continue as directed.

**Today's Treatment**

1. Electrical Stimulation in the cervical region and in the lumbar region
2. Traction in the lumbar region and in the cervical region
3. Massage in the cervical region and in the lumbar region and in the sacrum region
4. Activator in the cervical region, in the lumbar region and in the sacrum region

_____

Clarel Jean-Louis, JR

Electronically signed on 3/24/2021

**3/29/2021**

**Subjective Complaint**
Ms. Williams was assessed today for progress and response to the plan of care.  The patient was questioned about her pain scale: General pain level today, on a scale of 0 (no pain) to 10 (unbearable pain), is evaluated as 7.  Today the patient said that she felt improvements in her posterior neck, lower back and left knee.  On a scale of 0 to 10 with 10 being the worst, she rated her posterior neck as a 3 and lower back as a 7.  Ms. Williams reported that her knee pain comes and goes and her neck pain is not as bad today.  However, she stated that her lower back pain is still intense at times.

**Objective**
Palpation of the cervical spine reveals tenderness in the cervical region bilaterally. Hypertonicity is palpable in the cervical region bilaterally and trapezius bilaterally.  Ranges of motion in the cervical spine have increased.  The patient indicated that they felt discomfort and pain during the performance of this exam.  Tenderness is notable in the lumbar spine in the lumbar region bilaterally and erector spinae bilaterally.  Hypertonicity of the lumbar spine is palpable in the lumbar region bilaterally and erector spinae bilaterally.  Ranges of motion in the lumbar region have increased.  The patient complained of pain during testing.  Palpation of the sacrum elicits tenderness of the sacroiliac bilaterally.  Examination of the knee indicates the presence of discomfort and pain in the tibiofemoral junction on the left.  Palpation of the left knee revealed tenderness in the fibular head.  Ranges of motion in the knee(s) have increased.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be improved.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee. Diagnosis consisted of:

| | | |
|---|---|---|
| 1. | W19.XXXA | Unspecified Fall, Initial Encounter |
| 2. | M54.2 | Cervicalgia |
| 3. | M54.5 | Low back pain |
| 4. | M99.01 | Segmental and somatic dysfunction of cervical region |
| 5. | M99.03 | Segmental and somatic dysfunction of lumbar region |
| 6. | M99.04 | Segmental and somatic dysfunction of sacral region |
| 7. | M54.16 | Radiculopathy, lumbar region |
| 8. | M79.1 | Myalgia |
| 9. | G47.8 | Sleep disturbance, other sleep disorder |
| 10. | R20.8 | Other disturbances of skin sensation |
| 11. | M25.60 | Stiffness of Unspecified Joint, Not Elsewhere Classified. |
| 12. | M25.562 | Pain in left knee |
| 13. | M25.662 | Stiffness of left knee, not elsewhere classified |
| 14. | M50.21 | Other cervical disc displacement,  high cervical region |
| 15. | M50.220 | Other cervical disc displacement, mid-cervical region, unspecified level |
| 16. | M50.221 | Other cervical disc displacement at C4-C5 level |
| 17. | M50.222 | Other cervical disc displacement at C5-C6 level |
| 18. | M50.223 | Other cervical disc displacement at C6-C7 level |

**Plan**
Priscilla should proceed with therapies as directed.

**Today's Treatment**

1. Electrical Stimulation in the cervical region and in the lumbar region
2. Traction in the lumbar region and in the cervical region
3. Massage in the cervical region and in the lumbar region and in the sacrum region
4. Activator in the cervical region, in the lumbar region and in the sacrum region


_____

Clarel Jean-Louis, JR

Electronically signed on 3/29/2021

EXHIBIT A

**4/2/2021**

**Subjective Complaint**
Ms. Williams was assessed today for progress and response to the plan of care.  The patient was questioned about her pain scale: General pain level today, on a scale of 0 (no pain) to 10 (unbearable pain), is evaluated as 8.  Today the patient said that she felt improvements in her posterior neck and left knee.  Additionally, the patient indicated that her lower back has deteriorated since the last visit.  On a scale of 0 to 10 with 10 being the worst, she rated her posterior neck as a 3.  Ms. Williams reported that the pain and stiffness in her lower back has increased since her last visit. She said that she has her good days and her bad days. Ms. Williams reported that today is a good day for her neck pain.

**Objective**
There is discomfort and pain in the cervical region bilaterally.  Palpation of the cervical musculature demonstrates hypertonicity in the cervical region bilaterally.  Cervical ranges of motion have increased.  Examination of the lumbar spine reveals tenderness in the lumbar region bilaterally and erector spinae bilaterally.  Hypertonicity of the lumbar spine is palpable in the lumbar region bilaterally and erector spinae bilaterally.  Ranges of motion in the lumbar region have increased.  The patient reported pain while completing this test.  Palpation of the sacrum elicits tenderness of the sacroiliac bilaterally.  Examination of the knee indicates the presence of discomfort and pain in the tibiofemoral junction on the left.  Evaluation of the knee region elicited tender points in the left head of the fibula.  Ranges of motion in the knee has increased.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be improved.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee. Diagnosis consisted of:

1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2          Cervicalgia
3.  M54.5          Low back pain
4.  M99.01         Segmental and somatic dysfunction of cervical region
5.  M99.03         Segmental and somatic dysfunction of lumbar region
6.  M99.04         Segmental and somatic dysfunction of sacral region
7.  M54.16         Radiculopathy, lumbar region
8.  M79.1          Myalgia
9.  G47.8          Sleep disturbance, other sleep disorder
10. R20.8          Other disturbances of skin sensation
11. M25.60         Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562        Pain in left knee
13. M25.662        Stiffness of left knee, not elsewhere classified
14. M50.21         Other cervical disc displacement,  high cervical region
15. M50.220        Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221        Other cervical disc displacement at C4-C5 level
17. M50.222        Other cervical disc displacement at C5-C6 level
18. M50.223        Other cervical disc displacement at C6-C7 level

**Plan**
Therapy will continue as directed.

EXHIBIT A

**Today's Treatment**
1. Electrical Stimulation in the cervical region and in the lumbar region
2. Traction in the lumbar region and in the cervical region
3. Massage in the cervical region and in the lumbar region and in the sacrum region
4. Activator in the lumbar region and in the sacrum region

Clarel Jean-Louis, JR

Electronically signed on 4/2/2021

**4/5/2021**

**Subjective Complaint**
Ms. Williams was evaluated today to determine progress and response to the current treatment plan. The patient's subjective response to question in regards to pain levels: Current pain level today on a scale of 0 (no pain) to 10 (unbearable pain) is considered a 5. The patient disclosed she is feeling improvements in her posterior neck, lower back and left knee. Ms. Williams reported that today is a great day as it relates to pain.

**Objective**
Cervical tenderness is present in the cervical region bilaterally. There is hypertonicity of the cervical region on both sides and trapezius on both sides. Ranges of motion in the cervical region have improved. Palpated tenderness is present in the lumbar region on both sides and erector spinae on both sides. Evaluation of the lumbar spinal areas shows hypertonicity in the lumbar region bilaterally and erector spinae bilaterally. Ranges of motion in the lumbar region have increased. Palpation of the knee revealed tenderness in fibular head on the left. Ranges of motion in the knee have increased.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be improved. MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee. Diagnosis consisted of:

1. W19.XXXA    Unspecified Fall, Initial Encounter
2. M54.2       Cervicalgia
3. M54.5       Low back pain
4. M99.01      Segmental and somatic dysfunction of cervical region
5. M99.03      Segmental and somatic dysfunction of lumbar region
6. M99.04      Segmental and somatic dysfunction of sacral region
7. M54.16      Radiculopathy, lumbar region
8. M79.1       Myalgia
9. G47.8       Sleep disturbance, other sleep disorder
10. R20.8      Other disturbances of skin sensation
11. M25.60     Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562    Pain in left knee
13. M25.662    Stiffness of left knee, not elsewhere classified
14. M50.21     Other cervical disc displacement,  high cervical region
15. M50.220    Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221    Other cervical disc displacement at C4-C5 level
17. M50.222    Other cervical disc displacement at C5-C6 level
18. M50.223    Other cervical disc displacement at C6-C7 level

**Plan**
Today's visit indicates that Priscilla should proceed with therapy as directed.

**Today's Treatment**
1. Electrical Stimulation in the cervical region and in the lumbar region
2. Traction in the lumbar region and in the cervical region
3. Massage in the cervical region and in the lumbar region and in the sacrum region
4. Activator in the lumbar region and in the sacrum region
5. Spinal decompression in the cervical region

EXHIBIT A

Clarel Jean-Louis, JR

Electronically signed on 4/5/2021

**4/8/2021**

**Subjective Complaint**
Ms. Williams was evaluated today for progress and response to treatment.  The following are the patient's subjective response to questions regarding her pain levels: Overall pain level today on a scale of 0 (no pain) to 10 (excruciating pain) is considered a 5.  The patient reported that she felt improvements in her left knee.  The patient reported that the following complaints have not changed since the last visit: posterior neck and lower back.

**Objective**
Evaluation of the cervical spine reveals tenderness along the both sides of the cervical region.  Examination of the cervical spine region indicates the presence of increased tonus in the cervical region on both sides and trapezius on both sides.  Ranges of motion in the cervical region have increased.  There is tenderness in the lumbar region bilaterally and erector spinae bilaterally.  There is hypertonicity of the lumbar spinal area in the lumbar region bilaterally and erector spinae bialterally.  Ranges of motion in the lumbar region have increased.  Left fibular head tenderness was palpated.  Examination of the knee indicated that the ROM has improved.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be improved.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee.  Diagnosis consisted of:
1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2            Cervicalgia
3.  M54.5            Low back pain
4.  M99.01          Segmental and somatic dysfunction of cervical region
5.  M99.03          Segmental and somatic dysfunction of lumbar region
6.  M99.04          Segmental and somatic dysfunction of sacral region
7.  M54.16          Radiculopathy, lumbar region
8.  M79.1            Myalgia
9.  G47.8            Sleep disturbance, other sleep disorder
10. R20.8            Other disturbances of skin sensation
11. M25.60          Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562        Pain in left knee
13. M25.662        Stiffness of left knee, not elsewhere classified
14. M50.21          Other cervical disc displacement,  high cervical region
15. M50.220        Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221        Other cervical disc displacement at C4-C5 level
17. M50.222        Other cervical disc displacement at C5-C6 level
18. M50.223        Other cervical disc displacement at C6-C7 level

**Plan**
After today's visit, Priscilla should continue with therapy as directed.

**Today's Treatment**
1. Electrical Stimulation in the cervical region and in the lumbar region
2. Traction in the lumbar region and in the cervical region
3. Massage in the cervical region, in the lumbar region and in the sacrum region

EXHIBIT A

Dr. Avis Peek

Electronically signed on 4/8/2021

**4/12/2021**

**Subjective Complaint**
Ms. Williams was evaluated today to determine progress and response to the current treatment plan.  The following are the patient's subjective response to questions regarding her pain levels: Overall pain level today on a scale of 0 (no pain) to 10 (excruciating pain) is considered a 3. The patient disclosed she is feeling improvements in her posterior neck, lower back and left knee.  Ms. Williams reported that she may not return for treatment because she started physical therapy.

**Objective**
Evaluation of the cervical spine reveals tenderness along the both sides of the cervical region. Examination of the cervical spine region indicates the presence of increased tonus in the cervical region on both sides and trapezius on both sides.  Ranges of motion in the cervical region have increased.  There is tenderness in the lumbar region bilaterally and erector spinae bilaterally.  There is hypertonicity of the lumbar spinal area in the lumbar region bilaterally and erector spinae bialterally.  Ranges of motion in the lumbar region have increased.  Left fibular head tenderness was palpated.  Examination of the knee indicated that the ROM has improved.

**Assessment**
Posterior neck, lower back and left knee assessment is determined to be improved.  MRI shows disc herniation at C3/4, C4/5, C5/6, and C6/7. There is a MCL sprain of the left knee. Diagnosis consisted of:
1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2           Cervicalgia
3.  M54.5           Low back pain
4.  M99.01          Segmental and somatic dysfunction of cervical region
5.  M99.03          Segmental and somatic dysfunction of lumbar region
6.  M99.04          Segmental and somatic dysfunction of sacral region
7.  M54.16          Radiculopathy, lumbar region
8.  M79.1            Myalgia
9.  G47.8            Sleep disturbance, other sleep disorder
10. R20.8            Other disturbances of skin sensation
11. M25.60          Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562        Pain in left knee
13. M25.662        Stiffness of left knee, not elsewhere classified
14. M50.21          Other cervical disc displacement,  high cervical region
15. M50.220        Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221        Other cervical disc displacement at C4-C5 level
17. M50.222        Other cervical disc displacement at C5-C6 level
18. M50.223        Other cervical disc displacement at C6-C7 level

**Plan**
After today's visit, Priscilla should continue with therapy as directed.

**Today's Treatment**
1. Traction in the cervical region and in the lumbar region
2. Massage in the lumbar region and in the sacrum region and in the cervical region
3. Activator in the cervical region and in the lumbar region and in the sacrum region
4. Spinal decompression in the lumbar region

Clarel Jean-Louis, JR

Electronically signed on 4/12/2021

Advanced Chiropractic of Conyers
1261 Parker Rd South East
Conyers, GA 30094
(770) 761-2181
Fax: (770) 761-0277
Doctor:  Clarel Jean-Louis, JR

Priscilla Williams
4862 ozment trail
Lithonia, GA 30038
Date of Birth: 8/18/1972

Examination Date: 3/3/2021

## Intermediate Exam

**Chief Complaint**
Ms. Williams reported that her pain is finally improving.

1. Posterior Neck
She is complaining of posterior neck pain.
2. Lower Back
The patient is complaining of lower back pain.
3. Left Knee
She is complaining of left knee pain.

**Physical Examination**
Physical examination revealed an individual who was alert, cooperative and orientated.
Minor's sign was positive.
Race:          Black or African American
Sex:           Female
Age:           48
Height:        5ft 3 inches
Weight:        180 pounds
BMI:           31.9
Complexion:    Normal
Size:          Overweight

**Posture**
The patient's head tilt was to the right.  Her shoulder level appeared high on the right.  She had a forward head carriage.  The patient has rounded shoulders.

**Cervical Spine Evaluation**
Cervical spine evaluation provided the following results:

Tenderness is observed in the cervical region bilaterally and C1 bilaterally.  There is hypertonicity in the cervical region on both sides and trapezius on both sides.  Cervical spine evaluation shows that the range of motion has improved.  The patient reported pain when performing this test.  The following cervical orthopedic tests were negative: O'Donoghues on the left and O'Donoghues on the right.  Distraction test increased pain.  The following cervical orthopedic tests were positive: Cervical compression, Foraminal Compression bilaterally and Max Compression bilaterally.  Shoulder depression was positive on the left and right.

**Lumbar Spine Evaluation**
Lumbar spine evaluation provided the following results:

Evaluation of the lumbar spinal region reveals tender areas in the lumbar region on both sides and erector spinae on both sides.  Palpation of the lumbar musculature demonstrates hypertonicity in that area in the lumbar region on both sides and erector spinae on both sides. The lumbar ranges of motion have increased.  The patient indicated that they felt discomfort during the performance of this evaluation.  Kemps was positive on the left.  Kemps was positive on the right.  Patrick-Fabere test was positive on the left and the right.  Lumbar distraction produced negative results.  The following lumbar orthopedic tests were negative: SLR passive on both sides.  The following lumbar orthopedic tests were positive: SLR active on both sides and SLR double.

**Sacroiliac Evaluation**
The following is the results of sacroiliac testing:

Hibb's Left:                          Positive
Hibb's Right:                         Positive
Yeoman's Left:                        Positive
Yeoman's Right:                       Positive
There is tenderness present in the sacral spine in the sacroiliac on both sides.

**Knee Tests**

Palpation revealed tenderness in the tibiofemoral on the left.  Palpation of the left knee revealed tenderness of the fibular head.  The knee displayed increased range of motion.  The following orthopedic tests were negative on the left: Drawer AP/PA and Patellar grinding.  The following orthopedic tests were positive on the left: Apley's compression and Apley's distraction.

**Diagnosis**
1.  W19.XXXA      Unspecified Fall, Initial Encounter
2.  M54.2         Cervicalgia
3.  M54.5         Low back pain
4.  M99.01        Segmental and somatic dysfunction of cervical region
5.  M99.03        Segmental and somatic dysfunction of lumbar region
6.  M99.04        Segmental and somatic dysfunction of sacral region
7.  M54.16        Radiculopathy, lumbar region
8.  M79.1         Myalgia
9.  G47.8         Sleep disturbance, other sleep disorder
10. R20.8         Other disturbances of skin sensation
11. M25.60        Stiffness of Unspecified Joint, Not Elsewhere Classified.
12. M25.562       Pain in left knee
13. M25.662       Stiffness of left knee, not elsewhere classified

14. M50.21        Other cervical disc displacement,  high cervical region
15. M50.220       Other cervical disc displacement, mid-cervical region, unspecified level
16. M50.221       Other cervical disc displacement at C4-C5 level
17. M50.222       Other cervical disc displacement at C5-C6 level
18. M50.223       Other cervical disc displacement at C6-C7 level

**Management Plan**
1. hot packs as needed
2. Electrical Stimulation as needed (to reduce muscle spasms and pain)
3. Spinal Manipulation 2x per week/duration of 5 weeks
4. Therapeutic Exercises 2x per week/duration of 5 weeks
5. Traction as needed
6. Massage as needed

**Today's Treatments**
 Today's treatment consisted of
1. Therapeutic Exercises in the cervical region and in the lumbar region
2. Traction in the lumbar region and in the cervical region
3. Massage in the cervical region and in the lumbar region and in the sacrum region
4. Activator in the cervical region, in the lumbar region and in the sacrum region.


Should you have further questions regarding the health status of this patient, please do not
hesitate to call this office.

Dr. Avis Peek

Electronically signed on 3/3/2021

| DMC Central(404)501-5186 | DMC at Hillandale(404)501-8610 | DMC at Decatur(404)501-6234 |
| --- | --- | --- |

Please check one of the following:

☑ I have presented evidence of valid insurance coverage, as of this date below, to DeKalb Medical Center.

Peach St Mcaid
_____
Insurance Plan(s)

*Verification of benefits from your Insurance Company is not a guarantee that services are covered or will be paid by your insurance company.

☐ Self-Pay. I have not presented any evidence of insurance coverage. I understand that I am financially responsible for all charges incurred for services provided.

In consideration of the services provided at the Facility identified above:

○ I, the undersigned, hereby assign all hospital and medical provider benefits payable to (i.e. "Payer" : Insurance Coverage, ERISA, Medicare, Medicaid, Social Security, etc. ) and related rights existing under the Payer coverage that I have identified or is identified in the future in any reasonable manner in connection with the services provided directly to the Facility.

○ I understand and agree that DeKalb Medical Center may check my credit score and otherwise evaluate my ability to pay for the services I receive.

○ I understand that any payment received by Facility for this period may be applied to any unpaid bill(s) for which I am liable.

○ I understand that it is my obligation to know my Payer's requirements and ensure that they have been fulfilled.

○ I understand and agree that I am financially responsible for any charges not covered by this assignment and agree to pay DeKalb Medical Center the full balance that is not reimbursed by my medical provider benefits (certain regulations and exceptions apply for Medicaid and Medicare Beneficiaries).

○ Additionally, If my current policy prohibits direct payment to the Provider for services, I hereby instruct and direct my Payer to make the check payable to me and mail it directly to DeKalb Medical Center for the professional or medical expense benefits allowable, and otherwise payable to me, under my current benefits policy as payment toward the total charges for the professional services rendered. Upon receipt of said check, I authorize DeKalb Medical Center to deposit checks received on my account(s) when made out to me. I authorize DeKalb Medical Center to be my Personal Representative, which allows DeKalb Medical Center to: (1) submit any and all appeals, including arbitration, when my Payer denies benefits to which I am entitled, (2) submit any and all request for benefit information from benefits company, and (3) initiate formal complaints to any State or Federal agency that has jurisdiction over my benefits. This assignment will remain in effect until revoked by me in writing.

○ I hereby acknowledge and give my express permission for DeKalb Medical Center to release all patient health information, including privileged information (i.e. mental health, alcohol/drug abuse or HIV/AIDS), for payment purposes.

○ I understand this assignment will remain in effect until revoked by me in writing.

_____      October 25, 2020
(Patient/Guarantor Signature)                                 (Date)

_____      October 25, 2020
(Witness Signature)                                                   (Date)

*NOTE: If you did not provide your insurance information today, please call the phone number given above for your Facility and give this information as soon as possible; otherwise if this care is determined not to be an emergency, you may be obligated to make full payment of all charges prior to the services being rendered. If you provided us information today, you are obligated to pay all co-payments, deductibles and non-covered out-of-network/reduced benefits at the time services are rendered. You have an affirmative duty to make sure that payment and/or correct information for payment is given to the Facility for reimbursement of services provided.
**Please contact us at 404-501-5157 or 404-501-5167 for more information on charity or uncompensated care services, for assistance through various State and Federal programs, or if you want information on payment plan options that may be available to you.

 

EMORY
HEALTHCARE    DeKalb Medical

PATIENT FINANCIAL
RESPONSIBILITY STATEMENT

DMC FORM # PS-0983 (04/11/13)


PS - 0983

WILLIAMS, PRISCILLA JONES
Rachel Libby
224270679                    10/25/2020
F               DOB 08/18/1972
MR#    30395933



EXHIBIT A

8510011109    1A/1109



# EMORY
## HEALTHCARE

EMORY HEALTHCARE
EMORY UNIVERSITY HOSPITAL
EMORY UNIVERSITY HOSPITAL MIDTOWN
EMORY SAINT JOSEPH'S HOSPITAL
EMORY JOHNS CREEK HOSPITAL
THE EMORY CLINIC
EMORY UNIVERSITY ORTHOPAEDICS & SPINE HOSPITAL
EMORY UNIVERSITY HOSPITAL AT WESLEY WOODS
WESLEY WOODS CENTER OF EMORY UNIVERSITY, INC. d/b/a BUDD II.EXACE
DIALYSIS ACCESS CENTER OF ATLANTA
EMORY SPECIALTY ASSOCIATES
ES REHABILITATION, LLC
ESOP REHABILITATION, LLC
EMORY DECATUR HOSPITAL
EMORY LONG TERM ACUTE CARE
EMORY HILLANDALE HOSPITAL

**WILLIAMS, PRISCILLA JONES**
Rachel Libby
DOB 08/18/1972            F 10/25/2020      09:01
MR# 30395933            Acc#224270679

**Admission/Registration Agreement**    Page Number: 1 of 3    USE THIS AREA FOR STAMP OR LABEL WITH PATIENT INFORMATION

**I.**    **CONSENT FOR TREATMENT:** I consent to routine diagnostic and treatment procedures/examinations including, but not limited to injections, infusions of intravenous fluids, insertion of internal tubes, laboratory testing, administration of medications, radiographic procedures, physical tests, therapies, assessments and treatments, monitoring, psychological counseling and daily care considered reasonably necessary for the care and treatment of my condition during my admission ("Procedures") to an Emory hospital or my outpatient care at an Emory facility including but not limited to those listed above ("Emory"). I understand that the Procedures involving material risks will be explained to me and that I will have the opportunity to ask questions concerning the associated risks, alternatives, and prognosis before allowing the Procedures to be performed. I consent to treatment and care provided by a team of healthcare providers, which may include mid-level providers such as physician assistants or advanced practice nurse practitioners. I understand that Emory's mission includes training physicians and other medical and allied health personnel and conducting medical research. My healthcare team will likely include students, including but not limited to medical students, interns, residents, fellows, physician assistants, nurses and other allied health students who are in training. I consent to these individuals observing or participating in my Procedures for the purposes of training, research, or education. I acknowledge that the practice of medicine is an inexact science and that no guarantees of assurances have been made to me regarding my Procedures at Emory or the results of such Procedures. If I am asked to participate in a research study, I may refuse to participate and my refusal will not affect or compromise my access to medical services.

**II.**    **INDEPENDENT CONTRACTORS:** I understand that some of the health care professionals providing Procedures, care, treatment, and services at Emory are independent contractors, and are not agents or employees of Emory. Independent contractors are responsible for their own actions. Emory shall not be responsible for the independent contractors' actions or failure to act.

**III.**    **ASSIGNMENT OF BENEFITS/FINANCIAL AGREEMENT AND APPOINTMENT OF REPRESENTATIVE:** If I am entitled to benefits under the Medicare program, the Medicaid program, or any insurance policy or other health benefit plan, in consideration for admission to and for services provided to me by Emory, I assign, transfer and convey the benefits payable under such program, policy, or plan for services rendered during my admission to Emory. I authorize payment of benefits directly to Emory, with such benefits to be applied to my bill. **I understand and acknowledge that this assignment does not relieve me of financial responsibility for charges incurred by me or anyone on my behalf, and I hereby acknowledge responsibility for and agree to pay charges not paid under this assignment, including any coinsurance amounts and deductibles and any charges for services deemed to be non-covered, not pre-certified, or not preauthorized by my insurance plan. I agree to provide Emory with all known payor information at the time that I submit payment for charges. In the event, I overpay Emory on a private pay account, I authorize Emory to apply such overpayment to satisfy any outstanding charges I owe for services received by an Emory facility. This authorization does not include third party insurance payments made on my behalf and does not include accounts eligible for financial assistance.** If my health care benefits are provided under a self-funded plan under the Employee Retirement Income Security Act – (ERISA), in order to assist me in obtaining my benefits: I authorize and appoint Emory to act as my representative, when Emory consents in writing to so act, in appealing any adverse benefit determination and to receive notices on my behalf with respect to same. I agree that I will comply with procedures established by my benefit plan relating to this authorization, if any.

**IV.**    **PERSONAL VALUABLES:** I understand that Emory makes available a safe for patient money and valuables and that Emory shall not be legally responsible for the loss of or damage to any personal property, money, jewelry, glasses, hearing aids, dentures, documents or other articles of value.

**V.**    **CONSENT FOR DISCLOSURE OF INFORMATION:** I understand Emory is permitted to disclose protected health information about me for purposes of payment, my continued care or treatment, and healthcare operations. If my protected health information includes any records containing information related to the treatment of any infectious disease (including, without limitation, AIDS confidential information), drug or alcohol abuse and/ or mental illness. I hereby consent to the disclosure of this information by Emory only as reasonably necessary to accomplish the purposes described above, and I waive any privileges with regard to such disclosures. I understand this consent permits release of the identified information to any insurance company, healthcare plan, or any other person or entity financially responsible for my treatment if necessary for purposes related to

10999         CONTINUE ON REVERSE SIDE         **WILLIAMS, PRISCILLA JONES**/16



Rachel Libby
**224270679**         10/25/2020
**F**    DOB **08/18/1972**
MR# **30395933**

EXHIBIT A

8510011109     B1A/1109

# EMORY
## HEALTHCARE

EMORY HEALTHCARE
EMORY UNIVERSITY HOSPITAL
EMORY UNIVERSITY HOSPITAL MIDTOWN
EMORY UNIVERSITY HOSPITAL AT SAINT JOSEPH'S
EMORY JOHNS CREEK HOSPITAL
THE EMORY CLINIC
EMORY UNIVERSITY ORTHOPAEDICS & SPINE HOSPITAL
EMORY UNIVERSITY HOSPITAL AT WESLEY WOODS
WESLEY WOODS CENTER OF EMORY UNIVERSITY, INC. d/b/a BUDD TERRACE
DIALYSIS ACCESS CENTER OF ATLANTA
EMORY SPECIALTY ASSOCIATES
ES REHABILITATION, LLC
BECP REHABILITATION, LLC
EMORY DECATUR HOSPITAL
EMORY LONG TERM ACUTE CARE
EMORY HILLANDALE HOSPITAL

**WILLIAMS, PRISCILLA JONES**
Rachel Libby
DOB **08/18/1972**     F 10/25/2020     09:01
MR# **30395933**     Acc#**224270679**

Admission/Registration Agreement          Page Number: 2 of 3

USE THIS AREA FOR STAMP OR LABEL WITH PATIENT INFORMATION

filing a claim for payment, or, if I am being evaluated for a transplant, for purposes of determining eligibility. I further understand this consent permits release of the identified information to my referring physician and any health care practitioner, nursing home, health care facility, ambulance service, for services provided to me during or upon my discharge or transfer from Emory.

I understand my consent to disclosure of information related to treatment of any infectious disease (including, without limitation, AIDS confidential information), drug or alcohol abuse, or mental illness, is valid until all bills related to my treatment have been paid and utilization and/or quality assessment have been completed.

**VI.**     **AGREEMENT TO ALTERNATIVE DISPUTE RESOLUTION:** I agree that any claim or dispute arising out of or related to the provision of health care services to me by Emory, shall be resolved by final and binding arbitration, except as otherwise provided herein. I agree that this provision is governed by the terms of the Federal Arbitration Act. I understand and agree that this agreement includes and encompasses any claims arising out of or relating to health care services which shall be provided to me upon this admission as well as all health care services provided to me by Emory in the future, for any future condition(s), regardless of whether the future services are for a wholly unrelated or different condition than the within admission, provided, however, that this agreement does not include and encompass any claim or dispute by either party arising out of or related to the billing or payment for health care services. I understand that this agreement is also binding on any individual or entity claiming by or through me or on my behalf. I understand that this agreement is voluntary and is not a precondition to receiving health care services. The arbitration of any claim or dispute hereunder shall be conducted in the State of Georgia in accordance with the Rules and Procedures of the American Arbitration Association, a copy of which is available to me upon request. I understand that I have the right to revoke this agreement no later than ten (10) days following signature and that, if I choose to revoke, I must request a form from the Emory Admissions Registration Office or the Patient Advocate and execute a revocation form within this time period and send to the Emory Healthcare Office of Risk Management.

Upon my signature of this agreement, Emory also agrees to be bound by the same terms and conditions concerning Arbitration.

NOTE: If the individual signing this agreement is doing so on behalf of his or her minor child or any other person for whom he or she is legally responsible, the signature below affirms that he or she has the authority or obligation to contract with Emory for the provision of health care services to that minor child or other person, and that his or her execution of this agreement is in furtherance of that authority or obligation.

DATE: _____     _____
PATIENT, PARENT, GUARDIAN OR AUTHORIZED REPRESENTATIVE SIGNATURE

**VII.**     **PHOTOGRAPHS, VIDEOTAPES, AND RECORDINGS:** I understand that physicians and Emory staff may request to take photographs, videotapes, or other recordings of me for purposes of ensuring proper patient identification or for medical documentation, care, or treatment purposes, and I consent to being photographed, videotaped, or recorded for these purposes. I further acknowledge that such photographs, videotapes, recordings, and related information may be used for internal operations purposes for Emory, including, but not limited to medical education, training programs, quality assessment and improvement activities, outcomes evaluation, case management, and related functions that do not include treatment.

**VIII.**     **HOSPITAL PATIENT DIRECTORY:** If I am a hospital patient, I understand the following information will be included in the Hospital Directory – my Name, my Room Number/Location, my General Condition such as Fair, Stable, or Critical, and my Religious Affiliation (if expressed). I understand that my location in the hospital and my general condition will be provided to person(s) who inquire about me by name, and that my religious affiliation along with the other directory information may be provided to members of the clergy who request information on patients based on their religious affiliation. Patients in an Emory Mental Health Unit are not included in the Hospital Directory.

*If you are a hospital patient and __do not want__ your information included in the Hospital Directory, please check Opt-Out of Hospital Directory below and initial.*

☐ Date: _____          I Opt Out of the Hospital Directory _____ (please initial)

10999

WILLIAMS, PRISCILLA JONES     /18
Rachel Libby
224270679          10/25/2020
F     DOB 08/18/1972
MR#  30395933

EXHIBIT A

8510011109     B1A/1109

# EMORY
## HEALTHCARE

EMORY HEALTHCARE
EMORY UNIVERSITY HOSPITAL
EMORY UNIVERSITY HOSPITAL MIDTOWN
EMORY SAINT JOSEPH'S HOSPITAL
EMORY JOHNS CREEK HOSPITAL
THE EMORY CLINIC
EMORY UNIVERSITY ORTHOPAEDICS & SPINE HOSPITAL
EMORY UNIVERSITY HOSPITAL AT WESLEY WOODS
WESLEY WOODS CENTER OF EMORY UNIVERSITY, INC. d/b/a BUDD TERRACE
DIALYSIS ACCESS CENTER OF ATLANTA
EMORY SPECIALTY ASSOCIATES
ES REHABILITATION, LLC
ESOP REHABILITATION, LLC
EMORY DECATUR HOSPITAL
EMORY LONG TERM ACUTE CARE
EMORY HILLANDALE HOSPITAL

**WILLIAMS, PRISCILLA JONES**
Rachel Libby
DOB 08/18/1972          F 10/25/2020     09:01
MR# 30395933            Acc#224270679

Admission/Registration Agreement       Page Number: 3 of 3      USE THIS AREA FOR STAMP OR LABEL WITH PATIENT INFORMATION

**IX.**   **ADMISSIONS AND GENERAL INFORMATION BOOKLET AND ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES.**
I have received the Emory Notice of Privacy Practices: _____ (please initial).
Admission and General Information Booklets are provided to patients admitted in an Observation or Inpatient status and can be made available upon request.

**X.**   **MEDICATION ASSISTANCE PROGRAM:** I understand that, in some cases, Emory may be able to obtain reimbursement for some of my medications from companies that manufacture them. When this occurs, the cost of the medication is removed from the charges on my Emory admission. I understand that most of these programs require my signature on the applications forms.

**XI.**   **TELEPHONE CONSUMER PROTECTION ACT CONSENT:** I expressly consent to receive telephone calls and text messages from Emory and its affiliates, and its affiliates' service providers, agents, vendors, business partners, independent contractors and other third parties calling or texting on its or their behalf at any telephone number(s) that I provide or that they may obtain for me. Such calls and texts may be made using an automatic telephone dialing system and/or prerecorded or artificial voice and may be made for any non-marketing purpose, including but not limited to: communications about my treatment, medication assistance, insurance, benefits, or account; appointment reminders; balance due and payment reminders; and debt collection attempts. To the extent not already covered above, I also expressly consent to receive such calls and texts from other "Covered Entities" and "Business Associates" as such terms are defined by HIPAA. I understand that I may revoke my consent at any time by notifying Emory through reasonable means.

**XII.**   **CONSENT FOR DISPOSAL OF HUMAN TISSUE.** I agree that any tissues, specimens, body parts, products of conception, and/or fetal remains that are removed from my body in the course of performing my Procedures or providing my care and treatment may be examined, autopsied, and disposed of by Emory in the normal course of performing my Procedures or providing my care and treatment.

**XIII.**   **TELEMEDICINE.** I understand and acknowledge that Emory operates an Electronic Intensive Care Unit ("eICU") in which advanced technology, such as telemedicine, computer monitors, high resolution cameras and computer software, provides an extra layer of monitoring for critical care patients in the Intensive Care Unit. Telemedicine is used in other treatment areas throughout Emory. I consent to the use of telemedicine in treatment areas throughout Emory and consent to telemedicine monitoring in the eICU and understand that the resulting information is used for performing Procedures, my care and treatment, eICU Program development and as otherwise permitted under HIPAA and patient privacy laws.

The date of this Admission Agreement is (insert today's date) _10/25/2020_     Time _910_

Print Name of Witness _____

Signature of Patient or Patient's Representative _____

Signature of Witness _____

Relationship of Representative to Patient _____

Additional Witness (if needed) _____

Interpreter name/operator number _____       Date _____

10999

**WILLIAMS, PRISCILLA JONES**
Rachel Libby
224270679              10/25/2020
F       DOB 08/18/1972
MR# 30395933

```
PATIENT# 224270679
LOCATION HILLAN
Coding Summary Form
```

EXHIBIT A

```
Patient Name:  WILLIAMS, PRISCILLA JONES        Facility:  Dekalb Medical Center
                                                           at Hillandale
           MRN:  30395933                   Admission Dx:
     Account #:  224270679                 Admission Date:  10/25/2020
           Sex:  F                         Discharge Date:  10/25/2020
           DOB:  08/18/1972                           LOS:
           Age:                      Attending Provider:  700499
  Patient Type:  E
    Visit Type:  HED                    Discharge Status:  Home/Routine 01

         Payor:  E03
 Reimbursement:  107.06
           DRG:
           MDC:
        Weight:
         AMLOS:
         GMLOS:
 Coding Status:


Dx      POA     Code        Description
1               M25.562     PAIN IN LEFT KNEE
2               R51.9       HEADACHE UNSPECIFIED
3               W01.0XXA    FALL SAME LVL SLIP NO STRK OBJ INIT
4               Y92.512     SUPERMARKET STORE PLACE EXT CAUSE


PX      Code      Description                                     Date        Surgeon

CPT     Code    Description                           Modifier  SVC Date      Surgeon

Note Type        Assigned Date        Memo

Coder:  282905      10/28/2020
```

Elsevier Interactive Patient Education - PRISCILLA WILLIAMS - ID# 224270679 - MR# 30395933

# EMORY HILLANDALE HOSPITAL

**Emory Hillandale Hospital**
2801 DeKalb Medical Parkway
Lithonia, GA 30058
(404) 501-8110
www.dekalbmedical.org

## PATIENT EDUCATION SUMMARY

**Patient/Visit Information:**

| Patient Name: PRISCILLA WILLIAMS | Diag: |
|---|---|
| Attending Caregiver: Libby, Rachel D | |

### Discharge Instruction Sheets Provided:
Acute Knee Pain, Adult

### Patient Instructions:

Additional Notes for Acute Knee Pain, Adult
**Special Instructions:**  It is important that you take all of your medications as instructed.  Always carry a list of your current medications with you, and update it any time you have changes in doses, are taking new medications (including over the counter drugs) or if a medication is discontinued.  Give a copy of the list to your primary care physician.  If you have any questions or concerns about your medications, please contact your physician.

Return to the ER for worsening symptoms.  Otherwise, followup with your doctor in 2-3 days.

### Followup Appointments/Instructions:

To schedule or confirm your next appointment for Acute Knee Pain, Adult, please contact:

| 02 - 03 days unless better: Augustine Conduah, DR (Hillandale Primary Care) - 8225 Mall Pky Ste 150  Lithonia Georgia 30038-(770)482-3241 -  - Ortho |
|---|

If you need assistance finding another health care provider, call the number on your health insurance card.

We have examined and treated you today for your present illness/injury. This is not intended to be a substitute for complete medical care. If, you have had an imaging study performed today X-ray, CT, Ultrasound; we have provided you with the preliminary results.  A Radiologist will review it at a later time, if there are any new findings discovered we will contact you. Results of any other special  tests (such as cultures) will be reviewed at a later time, if there are any new findings discovered we will contact you.  Please make sure your contact information: address, home phone number and cell phone number are correct.

Elsevier Interactive Patient Education - PRISCILLA WILLIAMS - ID# 224270679 - MR# 30395933

# Emory Hillandale Hospital
2801 DeKalb Medical Parkway
Lithonia, GA 30058
(404) 501-8110

**Patient Information:**

| | |
|---|---|
| Patient ID: 224270679 | Patient Medical Record Number: 30395933 |
| Patient Name: PRISCILLA WILLIAMS | Patient Address: 4862 OZMENT TRAIL,, LITHONIA, Georgia, 30038 |
| Responsible Adult: SERRANO, SHANTAVIOUS | Patient Email: TAMCAM101@YAHOO.COM |
| Patient Weight: | Patient Height: |
| Patient DOB: 8/18/1972 | Patient Gender: F |
| Patient Phone Number: (478)538-2251 | |

**Visit Information:**

| | |
|---|---|
| Visit Date: 10/25/2020 | Department: ED |
| Primary Caregiver: Libby, Rachel D | Diag: |

**User Information:**

| | | |
|---|---|---|
| Login ID: | User Name: Jessica Daniels, PA-C | Dept: ED |

**>>>> Form - Excuse from Work, School, or Physical Activity (Apr 2018) - English - {49A8342B-41AA-4087-9FE2-F366DCD2A7CA}**
*This Document has either been modified or created by the issuing facility or caregiver.*

*What is the name of the patient?:* PRISCILLA WILLIAMS
*Check if excused from work.:* Checked
*Check if excused from school.:* Checked
*Check if excused from physical activity.:* Not Checked
*The Patient is excused from work/school now through the following date::* 10/27/2020
*Check if patient may return to work/school but avoid physical activity until what date?:* Not Checked
*Enter last date that excuse from physical activity applies.:*
*Check and list additional work activity restrictions not listed on the form.:* Not Checked
*Check and list additional work activity restrictions not listed on the form.:* Not Checked
*Check and list additional work activity restrictions not listed on the form.:* Not Checked
*Check if patient may return to full physical activity as of what date?:* Not Checked
*Enter date that the patient may return to full physical activity.:*
*Additional Notes:*
**Special Instructions:** It is important that you take all of your medications as instructed. Always carry a list of your current medications with you, and update it any time you have changes in doses, are taking new medications (including over the counter drugs) or if a medication is discontinued. Give a copy of the list to your primary care physician. If you have any questions or concerns about your medications, please contact your physician.

**>>>> Acute Knee Pain, Adult - English - {A9308BF8-4058-444A-99B4-B568CCA28D2D}**

*To schedule or confirm your next appointment, please contact:*

| 02 - 03 days unless better: Augustine Conduah, DR (Hillandale Primary Care) - 8225 Mall Pky Ste 150  Lithonia Georgia 30038-(770)482-3241 -  - Ortho |
|---|

*If you need assistance finding another health care provider, call the number on your health insurance card.*
*Additional Notes:*
You were also seen by the following caregivers:
Jessica Daniels, PA-C - Physician Assistant
**Special Instructions:** It is important that you take all of your medications as instructed. Always carry a list of your current medications with you, and update it any time you have changes in doses, are taking new medications (including over the counter drugs) or if a medication is discontinued. Give a copy of the list to your primary care physician. If you have any questions or concerns about your medications, please contact your physician.

We have examined and treated you today for your present illness/injury. This is not intended to be a substitute for complete medical care. If you have had an imaging study performed today X-ray, CT, Ultrasound, we have provided you with the preliminary results. A Radiologist will review it at a later time, if there are any new findings discovered we will contact you. Results of any other special tests (such as cultures) will be reviewed at a later time, if there are any new findings discovered we will contact you. Please make sure your contact information; address, home phone number and cell phone number are correct.
1 / 2   ©2020 Elsevier Inc.   10/25/2020  10:07:47 AM

Elsevier Interactive Patient Education - PRISCILLA WILLIAMS - ID# 224270679 - MR# 30395933

Return to the ER for worsening symptoms.  Otherwise, followup with your doctor in 2-3 days.

Signature acknowledges that Patient and/or Guardian has received these instructions and understands them.

| Patient or Guardian Signature | Time/Date | Witnessed & Instructed by | Time/Date |

We have examined and treated you today for your present illness/injury. This is not intended to be a substitute for complete medical care. If, you have had an imaging study performed today X-ray, CT, Ultrasound; we have provided you with the preliminary results.  A Radiologist will review it at a later time, if there are any new findings discovered we will contact you. Results of any other special tests (such as cultures) will be reviewed at a later time, if there are any new findings discovered we will contact you.  Please make sure your contact information; address, home phone number and cell phone number are correct.

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

EXHIBIT A

**WILLIAMS, PRISCILLA JONES**     **H1ED-Triage**               **08/18/1972**   **48y**   **Female**           **Libby, Rachel D**

**DSC**                                                                    **Visit/MRN: 224270679/     30395933**

**Patient Education**

**Last Updated / Modified: 10/25/2020 10:07**

**Authored By: 10/25/2020 10:07**

**Entered By: 10/25/2020 10:07**

Patient Name: PRISCILLA WILLIAMS
Attending Caregiver: Libby, Rachel D
Acute Knee Pain, Adult

Acute knee pain is sudden and may be caused by damage, swelling, or irritation of the muscles and tissues that support your knee. The injury may result from:

8 A fall.
8 An injury to your knee from twisting motions.
8 A hit to the knee.
8 Infection.

Acute knee pain may go away on its own with time and rest. If it does not, your health care provider may order tests to find the cause of the pain. These may include:

8 Imaging tests, such as an X-ray, MRI, or ultrasound.
8 Joint aspiration. In this test, fluid is removed from the knee.
8 Arthroscopy. In this test, a lighted tube is inserted into the knee and an image is projected onto a TV screen.
8 Biopsy. In this test, a sample of tissue is removed from the body and studied under a microscope.

Follow these instructions at home:
Pay attention to any changes in your symptoms. Take these actions to relieve your pain.


If you have a knee sleeve or brace:

8 Wear the sleeve or brace as told by your health care provider. Remove it only as told by your health care provider.
8 Loosen the sleeve or brace if your toes tingle, become numb, or turn cold and blue.
8 Keep the sleeve or brace clean.
8 If the sleeve or brace is not waterproof:
☐ Do not let it get wet.
☐ Cover it with a watertight covering when you take a bath or shower.


Activity

8 Rest your knee.
8 Do not do things that cause pain or make pain worse.
8 Avoid high-impact activities or exercises, such as running, jumping rope, or doing jumping jacks.
8 Work with a physical therapist to make a safe exercise program, as recommended by your health care provider. Do exercises as told by your physical therapist.

EXHIBIT A

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

**WILLIAMS, PRISCILLA JONES**      **H1ED-Triage**                    **08/18/1972**    **48y**    **Female**              **Libby, Rachel D**

                                                                    **Visit/MRN: 224270679/    30395933**
**DSC**

Managing pain, stiffness, and swelling

8 If directed, put ice on the knee:
☐ Put ice in a plastic bag.
☐ Place a towel between your skin and the bag.
☐ Leave the ice on for 20 minutes, 2?3 times a day.
8 If directed, use an elastic bandage to put pressure (compression) on your injured knee. This may control swelling, give support, and help with discomfort.

General instructions

8 Take over-the-counter and prescription medicines only as told by your health care provider.
8 Raise (elevate) your knee above the level of your heart when you are sitting or lying down.
8 Sleep with a pillow under your knee.
8 Do not use any products that contain nicotine or tobacco, such as cigarettes, e-cigarettes, and chewing tobacco. These can delay healing. If you need help quitting, ask your health care provider.
8 If you are overweight, work with your health care provider and a dietitian to set a weight-loss goal that is healthy and reasonable for you. Extra weight can put pressure on your knee.
8 Keep all follow-up visits as told by your health care provider. This is important.

Contact a health care provider if:
8 Your knee pain continues, changes, or gets worse.
8 You have a fever along with knee pain.
8 Your knee feels warm to the touch.
8 Your knee buckles or locks up.

Get help right away if:
8 Your knee swells, and the swelling becomes worse.
8 You cannot move your knee.
8 You have severe pain in your knee.

Summary
8 Acute knee pain can be caused by a fall, an injury, an infection, or damage, swelling, or irritation of the tissues that support your knee.
8 Your health care provider may perform tests to find out the cause of the pain.
8 Pay attention to any changes in your symptoms. Relieve your pain with rest, medicines, light activity, and use of ice.
8 Get help if your pain continues or becomes worse, your knee swells, or you cannot move your knee.
TO SCHEDULE OR CONFIRM YOUR NEXT APPOINTMENT, PLEASE CONTACT:
02 - 03 days unless better: Augustine Conduah, DR (Hillandale Primary Care) - 8225 Mall Pky Ste 150  Lithonia Georgia
30038-    (770)482-3241 -  - Ortho  If you need assistance finding another health care provider, call the number on your
health insurance card.

ADDITIONAL NOTES AND INSTRUCTIONS

You were also seen by the following caregivers:
Jessica Daniels, PA-C - Physician Assistant
Special Instructions:  It is important that you take all of your medications as instructed.  Always carry a list of your
current medications with you, and update it any time you have changes in doses, are taking new medications (including
over the counter drugs) or if a medication is discontinued.   Give a copy of the list to your primary care physician.  If you
have any questions or concerns about your medications, please contact your physician.
Return to the ER for worsening symptoms.  Otherwise, followup with your doctor in 2-3 days.

**Dekalb Medical**
**Clinical Documentation - Post Discharge Patients**

**WILLIAMS, PRISCILLA JONES**     **H1ED-Triage**          **08/18/1972**     **48y**     **Female**          **Libby, Rachel D**

Visit/MRN: 224270679/     30395933

**DSC**

Document Released: 10/14/2008 Document Revised: 5/30/2019 Document Reviewed: 5/30/2019
Elsevier Interactive Patient Education  2019 Elsevier Inc. This information is not intended to replace advice given to you
by your health care provider. Make sure you discuss any questions you have with your health care provider.

EXHIBIT A

## *Dekalb Medical Center*
### Prescription Writer

**WILLIAMS, PRISCILLA JONES**   **H1ED-Triage**                    **08/18/1972**   **48y**   **Female**             **Libby, Rachel D**

**DSC**        **L LEG PAIN/FALL**                                                            **Visit/MRN: 224270679/     30395933**

|  | Refills | Provider | Method | Rx ID | Created When |
|---|---|---|---|---|---|

**Pharmacy:**
**Walmart Pharmacy 1340**

,
| **Ibu 600 mg oral tablet (ibuprofen)** | 0 | Daniels, Jessica E | Print | 13688 | 10/25/2020 10:07 |

    1 tab(s) orally every 6 hours As needed for Pain

    Comments: It is very important that you take or use this exactly as directed.  Do not skip doses or discontinue unless directed by your doctor.

    May cause drowsiness or dizziness.

    Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication.

    Take with food or milk.

# *Dekalb Medical Center*
## ED Board History

EXHIBIT A

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**      **08/18/1972**   **48y**   **Female**      **Libby, Rachel D**

                                                        **Visit/MRN: 224270679/**    **30395933**

**DSC**      **L LEG PAIN/FALL**

| Column Name | Column Old Value | Column New Value | Date/Time Entered |
|---|---|---|---|
| ED Allied Health Provider | | Daniels, Jessica E | 10/25/2020 9:31:20 AM |
| ED Hillandale Nurse | | Swint, Bryan K | 10/25/2020 9:35:48 AM |
| Location | | .Triage | 10/25/2020 9:01:59 AM |
| Location | .Triage | .RMEWR | 10/25/2020 9:30:19 AM |
| Location | .RMEWR | RME03 | 10/25/2020 9:32:59 AM |
| Location | RME03 | .Triage | 10/25/2020 11:55:06 AM |

*Dekalb Medical*
EXHIBIT A

**Clinical Documentation - Post Discharge Patients**

| | | | | | |
|---|---|---|---|---|---|
| **WILLIAMS, PRISCILLA JONES** | **H1ED-Triage** | **08/18/1972** | **48y** | **Female** | **Libby, Rachel D** |

Visit/MRN: 224270679/    30395933

DSC

**ED Provider Note**

**Last Updated / Modified: 10/26/2020 12:07**

**Service Date: 10/25/2020 10:08**

**Authored By: 10/25/2020 10:08**

**Entered By: 10/26/2020 12:07**

Physician Initial Contact:
☐ MD Column Date/Time
Oct-25-2020 09:31
☐ Physician Intial Contact Date/Time
Oct-25-2020 09:40

Facility:
Facility: Emory Hillandale Hospital

Arrival Information:
Arrival method: Walked.

Point of Origin: Home.

History of Present Illness:
Chief Complaint:: Extremity pain/injury
HPI: 48-year-old African American female presenting today with left knee pain after she slipped and fell at Wal-Mart on Friday.  She states that she slipped on some most great that were on the floor.  She landed directly onto her left knee.  Denies head injury or loss of consciousness.  She rates 8/10 throbbing pain to the left anterior knee that is worse with bending or ambulating.  Alleviated by rest.  She has not taken anything for her pain.  She also states that since that time she has been having intermittent headaches which she describes as frontal without radiation.  Denies sudden onset headache or worst headache of her life, vomiting, vision changes, neck stiffness, fever.  She states she did not have head injury.  Denies headache at this time.

Past Medical History: none
Past Surgical History:  Hysterectomy
Past Psych History: none
Medications: none
Allergies: none
Social History: Denies alcohol, tobacco, recreational drug use
Past Family History:  Patient denies

Review of Systems:
Systems Reviewed: Pertinent positives and negatives as per the HPI.  All other systems reviewed and otherwise negative.

PFS:
Allergies:
☐  No Known Allergies:

Outpatient Medications:
* Patient Currently Takes Medications as of Oct-25-2020 10:08 documented in Structured Notes

Alcohol, Tobacco, Drugs:
☐  Do you consume alcohol?
No

---

| | |
|---|---|
| **Requested by:** Scheduler | **Patient Name: WILLIAMS, PRISCILLA JONES** |
| **Parameter Date:** 10/28/2020 | **Visit/MRN:** 224270679/    30395933 |
| **Rendered:** 10/28/2020 2:14:00 AM | **Page:** 1 |

*Dekalb Medical*
**Clinical Documentation - Post Discharge Patients**

---

**WILLIAMS, PRISCILLA JONES**   **H1ED-Triage**        **08/18/1972**   **48y**   **Female**        **Libby, Rachel D**

                                                          **Visit/MRN: 224270679/    30395933**

**DSC**
☐ Do you use cigarettes or tobacco?
No, never smoked
☐ History of Street/Recreational Drug Use
No

Cough/Fever/Travel Screen:
☐ In the last 2 weeks has patient had Fever equal to or greater than 100F OR Shaking/chills OR Loss of taste/smell OR New or worsened, or unexplained: cough, SOB, sore throat/Congestion, muscle aches, headache, diarrhea, nausea, vomiting or rash?
No
☐ Has patient had a COVID-19 test in the past 2 weeks?
No
☐ Has the patient traveled outside the US in the last 21 days?
No
☐ Infection Prevention notified and isolation precautions implemented per protocol
N/A

Physical Exam:
Vital Signs

Oct-25-2020 09:25 - T:98.6  HR: 55  RR: 16  BP: 131/86  O2Sat: 97%  room air

Pulse Ox Evaluation: Normal.

Physical Exam: GENERAL: well developed, well nourished, lying comfortably, no acute distress, non toxic appearing
SKIN: warm, moist, no rash, no ecchymosis
HEAD: normocephalic, atraumatic
EYES: conjunctiva w/o pallor, sclera anicteric & w/o injection, PER, EOMI
MOUTH: patent, moist mucous membranes.
NECK: supple, activeROM w/o pain or stiffness.
RESPIRATORY: effort nonlabored. Breath sounds clear to auscultation bilaterally.
CARDIOVASCULAR: RRR, S1/S2, no murmur, gallop or rub.
MUSCULOSKELETAL: good active ROM of all extremities, no extremity deformity, tenderness diffusely to left anterior knee, no lower extremity edema or cyanosis; pt has 5/5 strength upper and lower extremities and are symmetrical, pt ambulatory without difficulty; no swelling noted in the knees bilaterally, no erythema or bruising noted to knees bilaterally; negative anterior/posterior drawer on the left, pain but no laxity with varus/valgus stress of the left knee.  no unilateral leg swelling, no pain over deep venous system bilaterally; dorsalis pedis and popliteal pulses normal/symmetrical bilaterally; no masses felt in popliteal area b/l; pt able to lift leg off table without difficulty; neurovascularly intact
NEURO: A&Ox4, normal speech, normal gait, CNII-XII intact.

Results:
Radiology Results:
Attestation: The following radiology images were viewed by me
Radiology Results:
Knee x-ray:  No acute fracture, dislocation

Medical Decision Making:
Medical Decision Making:: Patient presents with knee pain s/p injury. Xray reviewed by myself, showing no evidence of acute fracture. Pt will be discharged home in stable condition with a rx for ibuprofen and orthopedic follow-up in 2-3 days unless improved. Advised not to drink, drive, operate heavy machinery while taking medications that cause drowsiness.  Regarding her headache, patient had no head injury, loss of consciousness and neuro exam is benign. Advised to take ibuprofen.  There are no red flags to require head CT for further workup.

---

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

---

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**         **08/18/1972**    **48y**    **Female**         **Libby, Rachel D**

Visit/MRN: 224270679/    30395933

**DSC**

DDx considered but not all inclusive: knee dislocation, patella tendon rupture, quad tendon rupture, meniscal injury, osteoarthritis, gout, septic arthritis, knee contusion, MCL/LCL tear or strain, ACL/PCL tear or strain, patella fracture, proximal tib/fib fracture, tibial plateau fracture, baker's cyst

Diagnosis:
Diagnosis 1: Left knee pain status post fall
Diagnosis 2: Headache

Disposition:
Disposition: Stabilized/Treated and Discharged

Electronic Signatures:
Daniels, Jessica E (PA)   (Signed Oct-25-2020 10:12)
 Authored: History of Present Illness, Review of Systems, PFS, Physical Exam, Arrival Information, Results, Medical Decision Making
Libby, Rachel D (MD)   (Signed Oct-26-2020 12:07)
 Co-Signer: History of Present Illness, Review of Systems, PFS, Physical Exam, Arrival Information, Results, Medical Decision Making

Last Updated: Oct-26-2020 12:07 by Libby, Rachel D (MD)

---

EXHIBIT A

**EMORY** HEALTHCARE    DeKalb Medical

ADMISSION RECORD

| PATIENT NO. | VP | FC | | MEDICAL RECORD |
|---|---|---|---|---|
| 224270679 | | | | 30395933 |

| DATE / TIME ADMITTED | ROOM/BED | ADMITTING PHYSICIAN | ATTENDING PHYSICIAN |
|---|---|---|---|
| 10/25/2020   09:01 | | Rachel Libby | Rachel Libby |

**PATIENT**

NAME
**WILLIAMS, PRISCILLA JONES**
4862 OZMENT TRAIL

LITHONIA  GA 30038

| SOCIAL SECURITY NO. | BIRTHDATE |
|---|---|
| 268 | 08/18/1972 |

| AGE | SEX | MAR | RACE | TYPE |
|---|---|---|---|---|
| 48Y | F | X | B | E |

OCCUPATION

EMPLOYER & ADDRESS
UNEMPLOYED

COUNTY  Dekalb

HOME PHONE
4785382251

MAIDEN NAME

BIRTHPLACE

EMPL. PHONE

| EMERGENCY CONTACT NAME | ADDRESS | HOME PHONE | EMPL. PHONE |
|---|---|---|---|
| SERRANO SHANTAVIOUS | | 4703069371 | |

RELATIONSHIP TO PATIENT  C

| SPOUSE / PARENT NAME | SS # | HOME PHONE | EMPL. PHONE |
|---|---|---|---|

**GUARANTOR**

| NAME | REL. TO PT | SOCIAL SECURITY NO. | HOME PHONE | EMPL. PHONE |
|---|---|---|---|---|
| WILLIAMS, PRISCILLA | 01 | 268 | 4785382251 | |

ADDRESS
4862 OZMENT TRAIL

LITHONIA  GA 30038

REL. TO INS.

**INSURANCE**

| I CARRIER  Peach St Mcaid | II CARRIER |
|---|---|
| AUTH. NO.          DAYS | AUTH. NO.          DAYS |
| GROUP NO. | GROUP NO. |
| POLICY NO.          COB | POLICY NO.          COB |

**MISC.**

| ADVANCED DIRECTIVE (Y=yes, N=no, U=unknown) | HEALTHCARE AGENT | AGENT CONTACT NUMBER | MOTHER'S NAME |
|---|---|---|---|

| ADM. SOURCE | ADM. TYPE | ACC. DATE | ACC. TIME | IDI | RELIGION | DATE LAST ADM. | TYPE | NAME LAST ADM. |
|---|---|---|---|---|---|---|---|---|
| Eme | Em | 20201023200000 | | | NTG | | | |

| ADMITTING DIAGNOSIS | PRIMARY PHYSICIAN | CLERK INIT. |
|---|---|---|
| L LEG PAIN/FALL | None PCP | 311293 |

| | ADM. DATE | ADM. TIME | DISCH. DATE | DISCH. TIME | DISCH. ROOM & BED | TOTAL DAYS |
|---|---|---|---|---|---|---|
| | 10/25/2020 | 09:01 | | | | |

CODE NO. | PRINCIPAL DIAGNOSIS: (The condition established after study to be chiefly responsible for occasioning the admission of the patient to the hospital.)

SECONDARY DIAGNOSES AND COMPLICATIONS:

CONSULTANTS

OPERATIONS AND PROCEDURES:

DISCHARGE DISPOSITION
☐ HOME
☐ TRANSFERRED
☐ DECEASED
  ☐ UNDER 48 HRS.
  ☐ OVER 48 HRS
AUTOPSY
☐ YES
☐ NO

| SIGNATURE OF ATTENDING PHYSICIAN | CAUSE OF DEATH |
|---|---|

✔ Tobacco Cessation information provided

102520 09203900

**WILLIAMS, PRISCILLA JONES**
Rachel Libby
224270679          10/25/2020
F      DOB **08/18/1972**
MR# **30395933**



FORM 964  (Rev.12/04)    **ADMISSION RECORD**



# *Dekalb Medical Center*

## eMAR Tasks - Post Discharge Patients

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**      **08/18/1972**    **48y**    **Female**      **Libby, Rachel D**

                                                                       **Visit/MRN: 224270679/    30395933**

**DSC**      **L LEG PAIN/FALL**

| Status | Date/Time | Entered By | Performed By |
|---|---|---|---|

**Ibuprofen Oral**

    Ibuprofen Oral Tablet
    600 MILLIgram(s) by mouth once
    Stop after 1 Doses
    [Known as Motrin]

| | | | |
|---|---|---|---|
| Performed | 10/25/2020 10:15 | Swint, Bryan K (LPN) | Swint, Bryan K (LPN) |

     (Current Pain Scale - may select multiple: 6; Pain Location - may select multiple: Knee, left)

---

**Dekalb Medical**

**Clinical Documentation - Post Discharge Patients**

| | | | | | |
|---|---|---|---|---|---|
| **WILLIAMS, PRISCILLA JONES** | **H1ED-Triage** | **08/18/1972** | **48y** | **Female** | **Libby, Rachel D** |

**DSC**

Visit/MRN: 224270679/ 30395933

## Clinical Summary

**Health Issues**

 Admit Reason:  L LEG PAIN/FALL

 Complaint_ECLP: L LEG PAIN/FALL

**Allergies**

 No Known Allergies:

**Providers**

 Attending:  Libby, Rachel D   Emergency Medicine

 Primary Care Physician: PCP, None

 Referring:  Libby, Rachel D   Emergency Medicine

## IMMUNIZATION HISTORY

**Entered By:**

            Comment:

---

**Requested by: Scheduler**        **Patient Name: WILLIAMS, PRISCILLA JONES**

**Parameter Date: 10/27/2020**       **Visit/MRN: 224270679/  30395933**

**Rendered: 10/27/2020 2:10:04 AM**                **Page: 1**

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**    **08/18/1972**    **48y**    **Female**    **Libby, Rachel D**

Visit/MRN: 224270679/    30395933

DSC

**ED Triage Note**

**Last Updated / Modified: 10/25/2020 09:29**

**Service Date: 10/25/2020 09:25**

**Authored By: 10/25/2020 09:25**

**Entered By: 10/25/2020 09:29**

Triage:
Arrival Information:
☐ Start of Triage:
Oct-25-2020 09:25

Cough/Fever/Travel Screen:
☐ In the last 2 weeks has patient had Fever equal to or greater than 100F OR Shaking/chills OR Loss of taste/smell OR New or worsened, or unexplained: cough, SOB, sore throat/Congestion, muscle aches, headache, diarrhea, nausea, vomiting or rash?
No
☐ Has patient had a COVID-19 test in the past 2 weeks?
No
☐ Has the patient traveled outside the US in the last 21 days?
No
☐ Infection Prevention notified and isolation precautions implemented per protocol
N/A

Arrival method: Walked.

Point of Origin: Home.

Initial Screening:
☐ Chief Complaint:
Extremity pain/injury
☐ Onset/Occurred
days ago  2
☐ Chief Complaint Comments:
States she slipped and fell in Walmart on Friday.  C/o pain and swelling to lt. knee and HA.
☐ Airway
patent
☐ Breathing
effortless
☐ Circulation
present
☐ Disability
alert
☐ Pain Scale
8

Height/Weight (Required for Pt < 14yo):
Admit weight (lbs) 185 lb ; Admit weight (kg): 83.91 kg ;  Weight scale: stated.

Height (ft): 5 ft , inches: 3 inch(es) ; Height (cm): 160 cm.

BSA: 1.8 M2 ; BMI: 32.7.

Vital Signs:

---

| Requested by: Scheduler | Patient Name: WILLIAMS, PRISCILLA JONES |
|---|---|
| Parameter Date: 10/28/2020 | Visit/MRN: 224270679/    30395933 |
| Rendered: 10/28/2020 2:14:00 AM | Page: 1 |

EXHIBIT A

## *Dekalb Medical*
## Clinical Documentation - Post Discharge Patients

**WILLIAMS, PRISCILLA JONES**   **H1ED-Triage**                **08/18/1972**   **48y**   **Female**          **Libby, Rachel D**

Visit/MRN: 224270679/   30395933

**DSC**
- ☐ Systolic
131
- ☐ Diastolic
86
- ☐ MAP (mm Hg)
101
- ☐ Pulse
55
- ☐ Respiratory Rate
16
- ☐ O2 Sat (%)
97
- ☐ Oxygenation
Room air
- ☐ Temperature F
98.6 degrees F
- ☐ Temperature C
37 degrees C
- ☐ Source
Oral
- ☐ SIRS Score
0

\<R\> Allergies:
- ☐ No Known Allergies:

Health Issues:
   Admit Reason:
- ☐ L LEG PAIN/FALL: Scope: Visit, Description: L LEG PAIN/FALL

Past History:
- ☐ Past Medical History
HTN
- ☐ Past Surgical History
none

Home Medications:
- ☐ Home medication list:
BP medication, hormones

Suicidal/Homicidal Screening:
- ☐ Do you have any thoughts or plans right now about hurting or killing yourself or others?
No

Triage Interventions:
Interventions in triage: no.

ESI:
- ☐ Acuity Descriptions
Level 1: requires immediate life-saving intervention
Level 2: high risk situation, confused/lethargic/disoriented, severe pain/distress, abnormal vital signs
Level 3: Many resources     Level 4: One Resources     Level 5: No Resources
- ☐ ESI Category
3

---

| Requested by: Scheduler | Patient Name: WILLIAMS, PRISCILLA JONES |
|---|---|
| Parameter Date: 10/28/2020 | Visit/MRN: 224270679/   30395933 |
| Rendered: 10/28/2020 2:14:00 AM | Page: 2 |

*Dekalb Medical*    <span style="color:red">EXHIBIT A</span>

**Clinical Documentation - Post Discharge Patients**

---

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**    **08/18/1972**    **48y**    **Female**    **Libby, Rachel D**

**DSC**    Visit/MRN: 224270679/    30395933

Electronic Signatures:
Lloyd, Kathy (RN)  (Signed Oct-25-2020 09:29)
Authored: Triage

Last Updated: Oct-25-2020 09:29 by Lloyd, Kathy (RN)

**1. ED Vital Signs/Pain/I&O**

**Last Updated / Modified:  10/25/2020 09:29**

**Authored By: Lloyd, Kathy (RN) 10/25/2020 09:25**

**Entered By: Lloyd, Kathy (RN) 10/25/2020 09:29**

Vital Signs

BP (Noninvasive)
Systolic: 131
Diastolic: 86
MAP (mm Hg): 101
WDL: WDL = 80-100

Heart Rate
Pulse HR (/min): 55

Respirations
Respiratory Rate Resp Rate (/min): 16
O2 Sat (%) O2 Sat (%): 97

Temperature
Temperature F Fahrenheit: 98.6 degrees F
Temperature C Celsius: 37 degrees C

SIRS Score: 0

**2. KBC Adult Assessment Intervention 3.0**

**Last Updated / Modified:  10/25/2020 09:29**

**Authored By: Lloyd, Kathy (RN) 10/25/2020 09:25**

**Entered By: Lloyd, Kathy (RN) 10/25/2020 09:29**

Respiratory

Oxygen Therapy (Peds/Adult)
O2 Sat (%) O2 Sat (%): 97

**ED Primary Assessment**

**Last Updated / Modified:  10/25/2020 09:56**

**Service Date: 10/25/2020 09:54**

**Authored By:  10/25/2020 09:54**

---

| | |
|---|---|
| **Requested by: Scheduler** | **Patient Name: WILLIAMS, PRISCILLA JONES** |
| **Parameter Date: 10/28/2020** | **Visit/MRN: 224270679/    30395933** |
| **Rendered: 10/28/2020 2:14:00 AM** | **Page: 3** |

*Dekalb Medical*
**Clinical Documentation - Post Discharge Patients**

EXHIBIT A

**WILLIAMS, PRISCILLA JONES**   **H1ED-Triage**          **08/18/1972**   **48y**   **Female**          **Libby, Rachel D**
                                                                          **Visit/MRN: 224270679/   30395933**

**DSC**
  **Entered By: 10/25/2020 09:56**

  Primary Assessment:
  Arrival Information:
  Start of Assessment Oct-25-2020 09:55.

  Arrival method: Walked.

  Needs Assessment:
  ☐ Preferred Language for discussing health care
  English
  ☐ Communication Barriers
  No

  Chief Complaint:
  ☐ Chief Complaint:
  Extremity pain/injury
  ☐ Associated Symptoms
  pain
  ☐ Onset/Occurred
  days ago

  Health Issues:
      Admit Reason:
  ☐ L LEG PAIN/FALL: Scope: Visit, Description: L LEG PAIN/FALL

  Primary Survey:
  ☐ Airway
  patent
  ☐ Breathing
  unlabored
  ☐ Circulation
  pink/appropriate for skin color
  ☐ Level of Consciousness
  Alert

  Female Reproductive:
  ☐ LMP
  post hysterectomy
  ☐ Pregnant/Could Be Pregnant
  No
  ☐ Pregnancy Status, Confirm
  Self-reported
  ☐ Postpartum (6 weeks or less)
  no
  ☐ Currently Breastfeeding
  No

  Bedside Swallow Screen (BSS):
  ☐ Does the patient require a BSS?
  No

  Height/Weight/BSA:
  ☐ Admission Weight (lbs)

EXHIBIT A

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

| | | | | |
|---|---|---|---|---|
| **WILLIAMS, PRISCILLA JONES** | **H1ED-Triage** | **08/18/1972** | **48y** | **Female** | **Libby, Rachel D** |

Visit/MRN: 224270679/   30395933

**DSC**
185 lb(1)
☐ Admission Weight (kg)
83.91 kg
☐ DMC EDT Weight Scale List
stated (1)
☐ Height (ft)
5 ft(1)
☐ Height (remainder in inches)
3 inch(es)(1)
☐ Height (cm)
160 cm
☐ BSA (m2)
1.8 M2
☐ BMI (kg/m2)
32.7

Transfusion History:
☐ Previous Blood Transfusion
no

Home Medications:
* Outpatient Medication Status not yet specified

OMR Reviewed?:
☐ OMR Reviewed?
No current medications

Abuse Screen:
☐ Do you feel safe at home?
Yes

Abuse Assessment:
☐ Evidence of abuse
no

Alcohol, Tobacco, Drugs:
☐ Do you consume alcohol?
No
☐ Do you use cigarettes or tobacco?
No, never smoked
☐ History of Street/Recreational Drug Use
No

Other Assessments:
☐ Psychiatric
appropriate
☐ Skin Assessment
normal inspection
☐ Nutritional Assessment
well nourished

Present on Arrival:
☐ Present on Arrival/Admission (checking item(s) does not preclude the need for additional assessment documentation)
N/A

*Dekalb Medical*   <span style="color:red">EXHIBIT A</span>

**Clinical Documentation - Post Discharge Patients**

---

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**      **08/18/1972**    **48y**    **Female**      **Libby, Rachel D**

                                                       **Visit/MRN: 224270679/**    **30395933**

**DSC**

☐ Skin Conditions Present on Admission:
N/A
☐ Having loose stool or diarrhea?
No
☐ History of C-Difficile?
No
☐ MRSA?
No

TB Screening:
☐ Has patient had a cough greater than 3 weeks with TWO of the following symptoms: significant weight loss, fever, hemoptysis or night sweats?: No
☐ Have you been exposed to TB: No
☐ Is patient HIV positive?: No


Electronic Signatures:
Swint, Bryan K (LPN)  (Signed Oct-25-2020 09:56)
 Authored: Primary Assessment


Last Updated: Oct-25-2020 09:56 by Swint, Bryan K (LPN)

References:
1.  Data Referenced From "ED Triage Note" Oct-25-2020 09:25

**3. ED Assessments**

**Last Updated /  Modified:  10/25/2020 09:56**

**Authored By: Swint, Bryan K (LPN) 10/25/2020 09:54**

**Entered By: Swint, Bryan K (LPN) 10/25/2020 09:56**


Primary Assessment

Primary Survey
Airway Airway: patent
Breathing Breathing: unlabored
Circulation Circulation: pink/appropriate for skin color
Level of Consciousness A V P U: Alert


Psychiatric Assessment


Psychiatric: appropriate

**ED Discharge Assessment**

**Last Updated /  Modified:  10/25/2020 10:15**

**Service Date: 10/25/2020 10:15**

**Authored By:  10/25/2020 10:15**

**Entered By:  10/25/2020 10:15**

---

EXHIBIT A

# *Dekalb Medical*

## Clinical Documentation - Post Discharge Patients

| | | | | | |
|---|---|---|---|---|---|
| **WILLIAMS, PRISCILLA JONES** | **H1ED-Triage** | **08/18/1972** | **48y** | **Female** | **Libby, Rachel D** |

**Visit/MRN: 224270679/    30395933**

**DSC**

    ☐ Discharge Disposition
Stabilized/Treated and Discharged
    ☐ Departure Date
Oct-25-2020
    ☐ Departure Time
10:15
    ☐ Discharged To
home
    ☐ Discharge Mobility
ambulatory
    ☐ Discharge Mode
walked
    ☐ Discharge Aftercare Instructions
given to patient, given to responsible adult, written instructions, work/school excuse, no barriers to learning, verbalized
understanding
    ☐ Airway
patent
    ☐ Breathing
unlabored
    ☐ Reassessment of Chief Complaint
stable

Vital Signs (Must be completed on ALL patients):
    ☐ VS Disposition
N/A

Bedside Swallow Screen (BSS):
    ☐ Does the patient require a BSS?
No


Electronic Signatures:
Swint, Bryan K (LPN)  (Signed Oct-25-2020 10:15)
 Authored: Discharge


    Last Updated: Oct-25-2020 10:15 by Swint, Bryan K (LPN)


**3. ED Assessments**
**Last Updated /  Modified:  10/25/2020 10:15**
**Authored By: Swint, Bryan K (LPN) 10/25/2020 10:15**
**Entered By: Swint, Bryan K (LPN) 10/25/2020 10:15**


Primary Assessment

Primary Survey
Airway Airway: patent
Breathing Breathing: unlabored

EXHIBIT A

# *Dekalb Medical Center*

## Physician Orders - Post Discharge Patients

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**                **08/18/1972    48y    Female**            **Libby, Rachel D**

**DSC**                                                                                    **Visit/MRN: 224270679/30395933**

**L LEG PAIN/FALL**

| Entered | Order Name | Entered By | Requested By | Order Status | Signed |
|---|---|---|---|---|---|
| 10/25/2020 9:30:13 AM | Ice, Apply | Lloyd, Kathy  (RN) | Libby, Rachel D (MD) | Discontinued via Patient Discharge | |
| | Order Set: Extremity Injury (Protocol Adult) - ED as directed to to injured extremity | | | | |
| 10/25/2020 9:30:13 AM | Elevate Extremity | Lloyd, Kathy  (RN) | Libby, Rachel D (MD) | Discontinued via Patient Discharge | |
| | Order Set: Extremity Injury (Protocol Adult) - ED injured extremity | | | | |
| 10/25/2020 9:30:13 AM | Apply | Lloyd, Kathy  (RN) | Libby, Rachel D (MD) | Discontinued via Patient Discharge | |
| | Order Set: Extremity Injury (Protocol Adult) - ED   Splint to injured extremity, if indicated | | | | |
| 10/25/2020 9:30:13 AM | Neuro Checks | Lloyd, Kathy  (RN) | Libby, Rachel D (MD) | Discontinued via Patient Discharge | |
| | Order Set: Extremity Injury (Protocol Adult) - ED per unit protocol Check neurovascular status (5P's) and if decreased, notify physician. | | | | |
| 10/25/2020 9:30:13 AM | INT, Insert | Lloyd, Kathy  (RN) | Libby, Rachel D (MD) | Discontinued via Patient Discharge | |
| | Order Set: Extremity Injury (Protocol Adult) - ED   if open fracture, unstable fracture or dislocation | | | | |
| 10/25/2020 9:30:13 AM | NS Flush 10mL | Lloyd, Kathy  (RN) | Libby, Rachel D (MD) | Discontinued via Patient Discharge | |
| | Order Set: Extremity Injury (Protocol Adult) - ED   10 milliLiter(s) intravenously flush every 8 hours | | | | |
| 10/25/2020 9:30:13 AM | ED Pain Management Guidelines - Initiate | Lloyd, Kathy  (RN) | Libby, Rachel D (MD) | Discontinued via Patient Discharge | |
| | Order Set: Extremity Injury (Protocol Adult) - ED   Follow ED Policy ED-124B located on the DMC Intranet. | | | | |

---

**Requested by: Scheduler**

**Parameter Date: 10/27/2020**

**Rendered: 10/27/2020 4:30:04 AM**

**Patient Name: WILLIAMS, PRISCILLA JONES**

**Visit/MRN: 224270679/30395933**

**Page: 1**

EXHIBIT A

# *Dekalb Medical Center*

## Physician Orders - Post Discharge Patients

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**         **08/18/1972**   **48y**    **Female**         **Libby, Rachel D**

**DSC**                                                               **Visit/MRN: 224270679/30395933**

      **L LEG PAIN/FALL**

| <u>Entered</u> | <u>Order Name</u> | <u>Entered By</u> | <u>Requested By</u> | <u>Order Status</u> | <u>Signed</u> |
|---|---|---|---|---|---|
| 10/25/2020 9:30:13 AM | Knee Routine (4 Views)-XR | Lloyd, Kathy  (RN) | Libby, Rachel D (MD) | 1 or more Final Results Received | |
| | Order Set: Extremity Injury (Protocol Adult) - ED | | | | |
| | Reason: injury Which Side? Left | | | | |
| 10/25/2020 10:06:36 AM | Ibuprofen Oral | Daniels, Jessica E  (PA) | Daniels, Jessica E (PA) | Completed | Yes |
| | Order Set: Common Orders ED Analgesia Meds Tablet 600 MILLIgram(s) by mouth once Stop after 1 Doses *Take with food* | | | | |
| | *Discouraging taste if crushed* [Known as Motrin] | | | | |
| 10/25/2020 10:13:16 AM | ED Discharge/AMA/Eloped Disposition | Daniels, Jessica E  (PA) | Daniels, Jessica E (PA) | Discontinued via Patient Discharge | Yes |
| | Order Set: ED Dispositions | | | | |
| | Discharge Diagnosis: Left knee pain, headache Home medications have been reviewed: Yes Discharge to/Disposition: Home | | | | |

DEKALB MEDICAL CENTER - HILLANDALE
5900 HILLANDALE DRIVE                                    RADIOLOGY SERVICES
LITHONIA, GA 30058                                       (404) 501-8024

EXHIBIT A

PATIENT #: 224270679                NAME: WILLIAMS, PRISCILLA JONES
MED RECORD #: 30395933              ATTENDING PHYS:
BIRTHDATE: 08/18/1972    SEX: F     ORDERING PHY: Libby, Rachel
                                    ADMITTING PHYS:

DIAGNOSIS: injury
RM/SOURCE: H1EDTRIAGE

Date                Chk-in #:        Exam
20201025101400      7328556         DX KNEE ROUTINE

Exam Start Date and Time: 10/25/2020 at 09:52
 Exam Stop Date and Time: 10/25/2020 at 09:52
             Exam Room:  HRD DXF1Rm-DX FLUORO RM
   Right/Left Indicator:  LEFT

LEFT KNEE - 10/25/2020:

HISTORY:  Status post fall in Wal-Mart.

TECHNIQUE:  Four views of the left knee were obtained.

COMPARISON:  None.

FINDINGS:  There is no evidence of displaced fracture or
dislocation.  There are small spurs on the posterior aspect of
the tibial plateau as well as on the superior pole of the
patella.

IMPRESSION:
1.  NO EVIDENCE OF DISPLACED FRACTURE.  IF CLINICAL SYMPTOMS
PERSIST, FOLLOW-UP IMAGING IS RECOMMENDED.

2.  DEGENERATIVE CHANGES.


  TRANSCRIBED BY: Interface, Arrendale
  READ BY: Yuen, Jessica
  Report Status: F



**EMORY**
HEALTHCARE

EMORY HEALTHCARE
EMORY UNIVERSITY HOSPITAL
EMORY UNIVERSITY HOSPITAL MIDTOWN
EMORY SAINT JOSEPH'S HOSPITAL
EMORY JOHNS CREEK HOSPITAL
THE EMORY CLINIC
EMORY UNIVERSITY ORTHOPAEDICS & SPINE HOSPITAL
EMORY UNIVERSITY HOSPITAL AT WESLEY WOODS
WESLEY WOODS CENTER OF EMORY UNIVERSITY, INC. d/b/a BUDD TERRACE
DIALYSIS ACCESS CENTER OF ATLANTA
EMORY SPECIALTY ASSOCIATES
ES REHABILITATION, LLC
BSCP REHABILITATION LLC
EMORY DECATUR HOSPITAL
EMORY LONG TERM ACUTE CARE
EMORY HILLANDALE HOSPITAL

Admission/Registration Agreement        Page Number: 1 of 3        USE THIS AREA FOR STAMP OR LABEL WITH PATIENT INFORMATION

I.    **CONSENT FOR TREATMENT:** I consent to routine diagnostic and treatment procedures/examinations including, but not limited to injections, infusions of intravenous fluids, insertion of internal tubes, laboratory testing, administration of medications, radiographic procedures, physical tests, therapies, assessments and treatments, monitoring, psychological counseling and daily care considered reasonably necessary for the care and treatment of my condition during my admission ("Procedures") to an Emory hospital or my outpatient care at an Emory facility including but not limited to those listed above ("Emory"). I understand that the Procedures involving material risks will be explained to me and that I will have the opportunity to ask questions concerning the associated risks, alternatives, and prognosis before allowing the Procedures to be performed. I consent to treatment and care provided by a team of healthcare providers, which may include mid-level providers such as physician assistants or advanced practice nurse practitioners.  I understand that Emory's mission includes training physicians and other medical and allied health personnel and conducting medical research. My healthcare team will likely include students, including but not limited to medical students, interns, residents, fellows, physician assistants, nurses and other allied health students who are in training. I consent to these individuals observing or participating in my Procedures for the purposes of training, research, or education. I acknowledge that the practice of medicine is an inexact science and that no guarantees of assurances have been made to me regarding my Procedures at Emory or the results of such Procedures. If I am asked to participate in a research study, I may refuse to participate and my refusal will not affect or compromise my access to medical services.

II.   **INDEPENDENT CONTRACTORS:** I understand that some of the health care professionals providing Procedures, care, treatment, and services at Emory are independent contractors, and are not agents or employees of Emory. Independent contractors are responsible for their own actions. Emory shall not be responsible for the independent contractors' actions or failure to act.

III.  **ASSIGNMENT OF BENEFITS/FINANCIAL AGREEMENT AND APPOINTMENT OF REPRESENTATIVE:** If I am entitled to benefits under the Medicare program, the Medicaid program, or any insurance policy or other health benefit plan, in consideration for admission to and for services provided to me by Emory, I assign, transfer and convey the benefits payable under such program, policy, or plan for services rendered during my admission to Emory. I authorize payment of benefits directly to Emory, with such benefits to be applied to my bill. **I understand and acknowledge that this assignment does not relieve me of financial responsibility for charges incurred by me or anyone on my behalf, and I hereby acknowledge responsibility for and agree to pay charges not paid under this assignment, including any coinsurance amounts and deductibles and any charges for services deemed to be non-covered, not pre-certified, or not preauthorized by my insurance plan. I agree to provide Emory with all known payor information at the time that I submit payment for charges. In the event, I overpay Emory on a private pay account, I authorize Emory to apply such overpayment to satisfy any outstanding charges I owe for services received by an Emory facility. This authorization does not include third party insurance payments made on my behalf and does not include accounts eligible for financial assistance.** _if my health care benefits are provided under a self-funded plan under the Employee Retirement Income Security Act – (ERISA), in order to assist me in obtaining my benefits; I authorize and appoint Emory to act as my representative, when Emory consents in writing to so act, in appealing any adverse benefit determination and to receive notices on my behalf with respect to same. I agree that I will comply with procedures established by my benefit plan relating to this authorization, if any._

IV.   **PERSONAL VALUABLES:** I understand that Emory makes available a safe for patient money and valuables and that Emory shall not be legally responsible for the loss of or damage to any personal property, money, jewelry, glasses, hearing aids, dentures, documents or other articles of value.

V.    **CONSENT FOR DISCLOSURE OF INFORMATION:** I understand Emory is permitted to disclose protected health information about me for purposes of payment, my continued care or treatment, and healthcare operations. If my protected health information includes any records containing information related to the treatment of any infectious disease (including, without limitation, AIDS confidential information), drug or alcohol abuse and/ or mental illness, I hereby consent to the disclosure of this information by Emory only as reasonably necessary to accomplish the purposes described above, and I waive any privileges with regard to such disclosures. I understand this consent permits release of the identified information to any insurance company, healthcare plan, or any other person or entity financially responsible for my treatment if necessary for purposes related to

10999                                     CONTINUE ON REVERSE SIDE                                     CONSENT-0118



**WILLIAMS, PRISCILLA JONES**
David Zhou
**224317628**            01/26/2021
**F**      DOB **08/18/1972**
MR# **30395933**

EXHIBIT A

8510011109    B1A/1109



**EMORY HEALTHCARE**
EMORY HEALTHCARE
EMORY UNIVERSITY HOSPITAL
EMORY UNIVERSITY HOSPITAL MIDTOWN
EMORY SAINT JOSEPH'S HOSPITAL
EMORY JOHNS CREEK HOSPITAL
THE EMORY CLINIC
EMORY UNIVERSITY ORTHOPAEDICS & SPINE HOSPITAL
EMORY UNIVERSITY HOSPITAL AT WESLEY WOODS
WESLEY WOODS CENTER OF EMORY UNIVERSITY, INC. d/b/a BUDD TERRACE
DIALYSIS ACCESS CENTER OF ATLANTA
EMORY SPECIALTY ASSOCIATES
E5 REHABILITATION, LLC
ESOF REHABILITATION, LLC
EMORY DECATUR HOSPITAL
EMORY LONG TERM ACUTE CARE
EMORY HILLANDALE HOSPITAL

## Admission/Registration Agreement

Page Number: 2 of 5

USE THIS AREA FOR STAMP OR LABEL WITH PATIENT INFORMATION

filing a claim for payment, or, if I am being evaluated for a transplant, for purposes of determining eligibility. I further understand that this consent permits release of the identified information to my referring physician and any health care practitioner, nursing home, health care facility, ambulance service, for services provided to me during or upon my discharge or transfer from Emory.

I understand my consent to disclosure of information related to treatment of any infectious disease (including, without limitation, AIDS confidential information), drug or alcohol abuse, or mental illness, is valid until all bills related to my treatment have been paid and utilization and/or quality assessment have been completed.

VI.   **AGREEMENT TO ALTERNATIVE DISPUTE RESOLUTION:** I agree that any claim or dispute arising out of or related to the provision of health care services to me by Emory, shall be resolved by final and binding arbitration, except as otherwise provided herein. I agree that this provision is governed by the terms of the Federal Arbitration Act. I understand and agree that this agreement includes and encompasses any claims arising out of or relating to health care services which shall be provided to me upon this admission as well as all health care services provided to me by Emory in the future, for any future condition(s), regardless of whether the future services are for a wholly unrelated or different condition than the within admission, provided, however, that this agreement does not include and encompass any claim or dispute by either party arising out of or related to the billing or payment for health care services. I understand that this agreement is also binding on any individual or entity claiming by or through me or on my behalf. I understand that this agreement is voluntary and is not a precondition to receiving health care services. The arbitration of any claim or dispute hereunder shall be conducted in the State of Georgia in accordance with the Rules and Procedures of the American Arbitration Association, a copy of which is available to me upon request. I understand that I have the right to revoke this agreement no later than ten (10) days following signature and that, if I choose to revoke, I must request a form from the Emory Admissions Registration Office or the Patient Advocate and execute a revocation form within this time period and send to the Emory Healthcare Office of Risk Management.

Upon my signature of this agreement, Emory also agrees to be bound by the same terms and conditions concerning Arbitration.

NOTE: If the individual signing this agreement is doing so on behalf of his or her minor child or any other person for whom he or she is legally responsible, the signature below affirms that he or she has the authority or obligation to contract with Emory for the provision of health care services to that minor child or other person, and that his or her execution of this agreement is in furtherance of that authority or obligation.

DATE: ___ ___

PATIENT, PARENT, GUARDIAN OR AUTHORIZED REPRESENTATIVE SIGNATURE

VII.   **PHOTOGRAPHS, VIDEOTAPES, AND RECORDINGS:** I understand that physicians and Emory staff may request to take photographs, videotapes, or other recordings of me for purposes of ensuring proper patient identification or for medical documentation, care, or treatment purposes, and I consent to being photographed, videotaped, or recorded for these purposes. I further acknowledge that such photographs, videotapes, recordings, and related information may be used for internal operations purposes for Emory, including, but not limited to medical education, training programs, quality assessment and improvement activities, outcomes evaluation, case management, and related functions that do not include treatment.

VIII.   **HOSPITAL PATIENT DIRECTORY:** If I am a hospital patient, I understand the following information will be included in the Hospital Directory – my Name, my Room Number/Location, my General Condition such as Fair, Stable, or Critical, and my Religious Affiliation (if expressed). I understand that my location in the hospital and my general condition will be provided to person(s) who inquire about me by name, and that my religious affiliation along with the other directory information may be provided to members of the clergy who request information on patients based on their religious affiliation. Patients in an Emory Mental Health Unit are not included in the Hospital Directory.

*If you are a hospital patient and do not want your information included in the Hospital Directory, please check Opt-Out of Hospital Directory below and initial.*

☐ Date: ___ ___ ___          I Opt Out of the Hospital Directory ___          (please initial)

IC999

**WILLIAMS, PRISCILLA JONES**
David Zhou
**224317628**          01/26/2021
**F**     DOB **08/18/1972**
MR# **30395933**

CONSENT6/16



**EMORY**
**HEALTHCARE**

EMORY HEALTHCARE
EMORY UNIVERSITY HOSPITAL
EMORY UNIVERSITY HOSPITAL MIDTOWN
EMORY SAINT JOSEPH'S HOSPITAL
EMORY JOHNS CREEK HOSPITAL
THE EMORY CLINIC
EMORY UNIVERSITY ORTHOPAEDICS & SPINE HOSPITAL
EMORY UNIVERSITY HOSPITAL AT WESLEY WOODS
WESLEY WOODS CENTER OF EMORY UNIVERSITY, INC. d.b/a BUDD TERRACE
DIALYSIS ACCESS CENTER OF ATLANTA
EMORY SPECIALTY ASSOCIATES
ES REHABILITATION, LLC
ESOF REHABILITATION, LLC
EMORY DECATUR HOSPITAL
EMORY LONG TERM ACUTE CARE
EMORY HILLANDALE HOSPITAL

Admission/Registration Agreement                Page Number: 3 of 3          SEE HIS AK: A FOX (IAMPORTABLE WITH PATIEN  INFORMATION)

**IX.**   **ADMISSIONS AND GENERAL INFORMATION BOOKLET AND ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES.**
I have received the Emory Notice of Privacy Practices: _____ (please initial).
Admission and General Information Booklets are provided to patients admitted in an Observation or Inpatient status and can be made available upon request.

**X.**   **MEDICATION ASSISTANCE PROGRAM:** I understand that, in some cases, Emory may be able to obtain reimbursement for some of my medications from companies that manufacture them. When this occurs, the cost of the medication is removed from the charges on my Emory admission. I understand that most of these programs require my signature on the applications forms.

**XI.**   **TELEPHONE CONSUMER PROTECTION ACT CONSENT:** I expressly consent to receive telephone calls and text messages from Emory and its affiliates, and its affiliates' service providers, agents, vendors, business partners, independent contractors and other third parties calling or texting on its or their behalf at any telephone number(s) that I provide or that they may obtain for me. Such calls and texts may be made using an automatic telephone dialing system and/or prerecorded or artificial voice and may be made for any non-marketing purpose, including but not limited to: communications about my treatment, medication assistance, insurance, benefits, or account; appointment reminders; balance due and payment reminders; and debt collection attempts. To the extent not already covered above, I also expressly consent to receive such calls and texts from other "Covered Entities" and "Business Associates" as such terms are defined by HIPAA. I understand that I may revoke my consent at any time by notifying Emory through reasonable means.

**XII.**   **CONSENT FOR DISPOSAL OF HUMAN TISSUE.** I agree that any tissues, specimens, body parts, products of conception, and/or fetal remains that are removed from my body in the course of performing my Procedures or providing my care and treatment may be examined, autopsied, and disposed of by Emory in the normal course of performing my Procedures or providing my care and treatment.

**XIII.**   **TELEMEDICINE.** I understand and acknowledge that Emory operates an Electronic Intensive Care Unit ("eICU") in which advanced technology, such as telemedicine, computer monitors, high resolution cameras and computer software, provides an extra layer of monitoring for critical care patients in the Intensive Care Unit. Telemedicine is used in other treatment areas throughout Emory. I consent to the use of telemedicine in treatment areas throughout Emory and consent to telemedicine monitoring in the eICU and understand that the resulting information is used for performing Procedures, my care and treatment, eICU Program development and as otherwise permitted under HIPAA and patient privacy laws.

The date of this Admission Agreement is (insert today's date) _____   Time _____

_____
Print Name of Witness

_____
Signature of Patient or Patient's Representative

_____
Signature of Witness

_____
Relationship of Representative to Patient

_____
Additional Witness (if needed)

_____
Interpreter name/operator number                    Date

10999



**WILLIAMS, PRISCILLA JONES**
David Zhou
**224317628**        01/26/2021
**F**     DOB **08/18/1972**
MR# **30395933**

EXHIBIT A

```
PATIENT# 224317628
LOCATION HILLAN
Coding Summary Form

Patient Name:   WILLIAMS, PRISCILLA JONES        Facility:   Dekalb Medical Center
                                                             at Hillandale
              MRN:  30395933                   Admission Dx:
       Account #:  224317628                 Admission Date:  01/26/2021
             Sex:  F                         Discharge Date:  01/26/2021
             DOB:  08/18/1972                          LOS:
             Age:                        Attending Provider:  700291
    Patient Type:  E
      Visit Type:  HET                      Discharge Status:  Home/Routine 01

           Payor:  E03
   Reimbursement:  221.97
             DRG:
             MDC:
          Weight:
           AMLOS:
           GMLOS:
   Coding Status:

   Dx      POA     Code       Description
   1               M54.5      LOW BACK PAIN
   2               W19.XXXA   UNSPECIFIED FALL INITIAL ENCOUNTER
   3               Y92.512    SUPERMARKET STORE PLACE EXT CAUSE

   PX      Code    Description                                         Date        Surgeon

   CPT     Code  Description                          Modifier  SVC Date       Surgeon

   Note Type         Assigned Date        Memo

   Coder:  309782      02/03/2021
```

**Dekalb Medical**

**Clinical Documentation - Post Discharge Patients**

| | | | | | |
|---|---|---|---|---|---|
| **WILLIAMS, PRISCILLA JONES** | **H1ED-Triage** | **08/18/1972** | **48y** | **Female** | **Zhou, David J** |

**Visit/MRN: 224317628/  30395933**

DSC

**Patient Education**

**Last Updated / Modified:  01/26/2021 12:53**

**Authored By:  01/26/2021 12:53**

**Entered By:  01/26/2021 12:53**

Patient Name: PRISCILLA WILLIAMS
Attending Caregiver: Zhou, David J
Chronic Back Pain

When back pain lasts longer than 3 months, it is called chronic back pain.□The cause of your back pain may not be known. Some common causes include:

8 Wear and tear (degenerative disease) of the bones, ligaments, or disks in your back.
8 Inflammation and stiffness in your back (arthritis).

People who have chronic back pain often go through certain periods in which the pain is more intense (flare-ups). Many people can learn to manage the pain with home care.

Follow these instructions at home:
Pay attention to any changes in your symptoms. Take these actions to help with your pain:


Activity

8 Avoid bending and other activities that make the problem worse.
8 Maintain a proper position when standing or sitting:
□ When standing, keep your upper back and neck straight, with your shoulders pulled back. Avoid slouching.
□ When sitting, keep your back straight and relax your shoulders. Do not round your shoulders or pull them backward.
8 Do not sit or stand in one place for long periods of time.
8 Take brief periods of rest throughout the day. This will reduce your pain. Resting in a lying or standing position is usually better than sitting to rest.
8 When you are resting for longer periods, mix in some mild activity or stretching between periods of rest. This will help to prevent stiffness and pain.
8 Get regular exercise. Ask your health care provider what activities are safe for you.
8 Do not lift anything that is heavier than 10 lb (4.5 kg). Always use proper lifting technique, which includes:
□ Bending your knees.
□ Keeping the load close to your body.
□ Avoiding twisting.
8 Sleep on a firm mattress in a comfortable position. Try lying on your side with your knees slightly bent. If you lie on your back, put a pillow under your knees.


Managing pain

8 If directed, apply ice to the painful area. Your health care provider may recommend applying ice during the first 24?48 hours after a flare-up begins.
□ Put ice in a plastic bag.
□ Place a towel between your skin and the bag.

*Dekalb Medical*
**Clinical Documentation - Post Discharge Patients**

EXHIBIT A

**WILLIAMS, PRISCILLA JONES**     **H1ED-Triage**            **08/18/1972**   **48y**   **Female**          **Zhou, David J**

Visit/MRN: 224317628/    30395933

DSC

☐ Leave the ice on for 20 minutes, 2?3 times per day.
8 If directed, apply heat to the affected area as often as told by your health care provider. Use the heat source that your health care provider recommends, such as a moist heat pack or a heating pad.
☐ Place a towel between your skin and the heat source.
☐ Leave the heat on for 20?30 minutes.
☐ Remove the heat if your skin turns bright red. This is especially important if you are unable to feel pain, heat, or cold. You may have a greater risk of getting burned.
8 Try soaking in a warm tub.
8 Take over-the-counter and prescription medicines only as told by your health care provider.
8 Keep all follow-up visits as told by your health care provider. This is important.

Contact a health care provider if:
8 You have pain that is not relieved with rest or medicine.

Get help right away if:
8 You have weakness or numbness in one or both of your legs or feet.
8 You have trouble controlling your bladder or your bowels.
8 You have nausea or vomiting.
8 You have pain in your abdomen.
8 You have shortness of breath or you faint.

ADDITIONAL NOTES AND INSTRUCTIONS

Special Instructions:  It is important that you take all of your medications as instructed.  Always carry a list of your current medications with you, and update it any time you have changes in doses, are taking new medications (including over the counter drugs) or if a medication is discontinued.   Give a copy of the list to your primary care physician.  If you have any questions or concerns about your medications, please contact your physician.

Document Released: 1/25/2006 Document Revised: 12/18/2019 Document Reviewed: 6/27/2018
Elsevier Interactive Patient Education  2019 Elsevier Inc. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Elsevier Interactive Patient Education - PRISCILLA WILLIAMS - ID# 224317628 - MR# 30395933

# Emory Hillandale Hospital
2801 DeKalb Medical Parkway
Lithonia, GA 30058
(404) 501-8110

**Patient Information:**

| | |
|---|---|
| Patient ID: 224317628 | Patient Medical Record Number: 30395933 |
| Patient Name: PRISCILLA WILLIAMS | Patient Address: 4862 OZMENT TRAIL,, LITHONIA, Georgia, 30038 |
| Responsible Adult: SERRANO, SHANTAVIUS | Patient Email: TAMCAM101@YAHOO.COM |
| Patient Weight: | Patient Height: |
| Patient DOB: 8/18/1972 | Patient Gender: F |
| Patient Phone Number: (478)538-2251 | |

**Visit Information:**

| | |
|---|---|
| Visit Date: 1/26/2021 | Department: ED |
| Primary Caregiver: Zhou, David J | Diag: |

**User Information:**

| | | |
|---|---|---|
| Login ID: | User Name: James Giannakakis, PA-C | Dept: ED |

>>>> **Form - Excuse from Work, School, or Physical Activity (Apr 2018) - English - {49A8342B-41AA-4087-9FE2-F366DCD2A7CA}**
*This Document has either been modified or created by the issuing facility or caregiver.*

*What is the name of the patient?:* PRISCILLA WILLIAMS
*Check if excused from work.:* Checked
*Check if excused from school.:* Checked
*Check if excused from physical activity.:* Checked
*The Patient is excused from work/school now through the following date.:* 1/28/2021
*Check if patient may return to work/school but avoid physical activity until what date?.:* Not Checked
*Enter last date that excuse from physical activity applies.:*
*Check and list additional work activity restrictions not listed on the form.:* Not Checked
*Check and list additional work activity restrictions not listed on the form.:* Not Checked
*Check and list additional work activity restrictions not listed on the form.:* Not Checked
*Check if patient may return to full physical activity as of what date?:* Not Checked
*Enter date that the patient may return to full physical activity.:*
*Additional Notes:*
**Special Instructions:** It is important that you take all of your medications as instructed. Always carry a list of your current medications with you, and update it any time you have changes in doses, are taking new medications (including over the counter drugs) or if a medication is discontinued. Give a copy of the list to your primary care physician. If you have any questions or concerns about your medications, please contact your physician.

>>>> **Chronic Back Pain - English - {38BF614D-C844-4EFE-95EC-C0C0E32B4466}**

*Additional Notes:*
**Special Instructions:** It is important that you take all of your medications as instructed. Always carry a list of your current medications with you, and update it any time you have changes in doses, are taking new medications (including over the counter drugs) or if a medication is discontinued. Give a copy of the list to your primary care physician. If you have any questions or concerns about your medications, please contact your physician.

We have examined and treated you today for your present illness/injury. This is not intended to be a substitute for complete medical care. If, you have had an imaging study performed today X-ray, CT, Ultrasound; we have provided you with the preliminary results. A Radiologist will review it at a later time, if there are any new findings discovered we will contact you. Results of any other special tests (such as cultures) will be reviewed at a later time, if there are any new findings discovered we will contact you. Please make sure your contact information; address, home phone number and cell phone number are correct.
1 / 2   ©2021 Elsevier Inc.   1/26/2021   12:53:11 PM

EXHIBIT A

Elsevier Interactive Patient Education - PRISCILLA WILLIAMS - ID# 224317628 - MR# 30395933

Signature acknowledges that Patient and/or Guardian has received these instructions and understands them.   1304

| | |
|---|---|
| Patient or Guardian Signature | Time/Date |
| Witnessed & Instructed by | 1/26/21 Time/Date |

We have examined and treated you today for your present illness/injury. This is not intended to be a substitute for complete medical care. If, you have had an imaging study performed today X-ray, CT, Ultrasound; we have provided you with the preliminary results.  A Radiologist will review it at a later time, if there are any new findings discovered we will contact you. Results of any other special  tests (such as cultures) will be reviewed at a later time, if there are any new findings discovered we will contact you.  Please make sure your contact information; address, home phone number and cell phone number are correct.
2 / 2   ©2021 Elsevier Inc.  1/26/2021   12:53:11 PM

### *Dekalb Medical Center*
### Prescription Writer

**WILLIAMS, PRISCILLA JONES**  **H1ED-Triage**  **08/18/1972**  **48y**  **Female**  **Zhou, David J**

**Visit/MRN: 224317628/  30395933**

**DSC**  **BACK PAIN**

| | Refills | Provider | Method | Rx ID | Created When |
|---|---|---|---|---|---|

**Pharmacy:**
**Walmart Pharmacy 1340**

,

| **Robaxin-750 oral tablet (methocarbamol)** | 0 | Giannakakis, James A | Print | 13688 | 01/26/2021 12:53 |
|---|---|---|---|---|---|

2 tab(s) orally 3 times a day x 5 days
Comments: May cause drowsiness.  Alcohol may intensify this effect.  Use care when operating dangerous machinery.

**Norco 5 mg-325 mg oral tablet (acetaminophen-hydrocodone)**  0  Giannakakis, James A  Print  13688  01/26/2021 12:53

1 tab(s) orally 4 times a day x 3 days
Comments: Caution federal law prohibits the transfer of this drug to any person other  than the person for whom it was prescribed.
May cause drowsiness.  Alcohol may intensify this effect.  Use care when operating dangerous machinery.
This product contains acetaminophen.  Do not use  with any other product containing acetaminophen to prevent possible liver damage.
Using more of this medication than prescribed may cause serious breathing problems.

*DeKalb Medical Center*

**ED Board History**

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**         **08/18/1972**   **48y**   **Female**            **Zhou, David J**

**Visit/MRN: 224317628/    30395933**

**DSC**        **BACK PAIN**

| Column Name | Column Old Value | Column New Value | Date/Time Entered |
|---|---|---|---|
| ED Allied Health Provider | | Giannakakis, James A | 1/26/2021 11:17:37 AM |
| ED Hillandale Nurse | | Mills, Sarah | 1/26/2021 12:03:35 PM |
| Location | | .Triage | 1/26/2021 11:10:09 AM |
| Location | .Triage | .RMEWR | 1/26/2021 11:16:17 AM |
| Location | .RMEWR | FAST 1 | 1/26/2021 12:01:26 PM |
| Location | FAST 1 | .Results Pending | 1/26/2021 12:16:15 PM |

EXHIBIT A

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

| | | | | | |
|---|---|---|---|---|---|
| **WILLIAMS, PRISCILLA JONES** | **H1ED-Triage** | | **08/18/1972** | **48y** | **Female** | **Zhou, David J** |

Visit/MRN: 224317628/    30395933

DSC

**ED Provider Note**

**Last Updated /  Modified:  01/28/2021 05:53**

**Service Date: 01/26/2021 12:48**

**Authored By:  01/26/2021 12:48**

**Entered By:  01/28/2021 05:53**

Physician Initial Contact:
☐ MD Column Date/Time
Jan-26-2021 11:17
☐ Physician Intial Contact Date/Time
Jan-26-2021 12:48

Facility:
Facility: Emory Hillandale Hospital

Arrival Information:
Arrival method: Walked.

Point of Origin: Home.

History of Present Illness:
Chief Complaint:: Neck/Back pain/injury
HPI: Patient presents to ER complaining of low back pain after fall several months ago in Wal Mart. Pain level is 5/10, non-radiating, aggrivated by movement, alleviated by rest.

Past Medical History: None
Past Surgical History: None
Medications: None
Allergies: No Known Drug Allergies

Social Hx: Denies tobacco, alcohol, marijuana, cocaine, heroin, IVDU.

Review of Systems: 10 pt review of systems is negative except as per mentioned in the HPI

PFS:
Allergies:
☐  No Known Allergies:

Outpatient Medications:
* Patient Currently Takes Medications as of Oct-25-2020 10:08 documented in Structured Notes

Alcohol, Tobacco, Drugs:
☐ Do you consume alcohol?
No
☐ Do you use cigarettes or tobacco?
No, never smoked
☐ History of Street/Recreational Drug Use
No

Cough/Fever/Travel Screen:
☐ In the last 2 weeks has patient had Fever equal to or greater than 100F OR Shaking/chills OR Loss of taste/smell OR New or worsened, or unexplained: cough, SOB, sore throat/Congestion, muscle aches, headache, diarrhea, nausea,

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

EXHIBIT A

**WILLIAMS, PRISCILLA JONES**     **H1ED-Triage**          **08/18/1972**     **48y**     **Female**          **Zhou, David J**

Visit/MRN: 224317628/     30395933

**DSC**
vomiting or rash?
No
☐ Has patient had a COVID-19 test in the past 2 weeks?
No
☐ Has the patient traveled outside the US in the last 21 days?
No
☐ Infection Prevention notified and isolation precautions implemented per protocol
N/A

Physical Exam:
Vital Signs

Jan-26-2021 11:11 - T: 98  HR: 82  RR: 17  BP: 128/88  O2Sat: 100%  O2Tx: room air

Pulse Ox Evaluation: Normal.

Physical Exam: GENERAL:  awake, alert
SKIN:  Warm and dry with normal color and turgor.
HEENT:  Normocephalic, atraumatic.  The pupils are equal, round and
react to light and accommodation.  Conjugate gaze.  No rhinorrhea, no
oropharyngeal lesions.  Mucous membranes moist.
NECK:  Supple, normal range of motion.  No jugulovenous distension.
LUNGS:  CTAB, nl WOB
HEART:  Regular rate and rhythm.  No murmurs, rubs or gallops.
GASTROINTESTINAL: soft, nontender, nondistended
EXTREMITIES:  No cyanosis, clubbing or edema.
MUSCULOSKELETAL:  Good strength and tone.
PSYCHIATRIC:  Normal affect, insight, concentration.
NEUROLOGICAL:  Awake, alert and oriented times 3.  Cranial nerves
intact.  Moves all extremities.
GENITOURINARY:  deferred
HEMATOLOGIC/LYMPHATIC/IMMUNO:  No adenopathy in neck.

Medical Decision Making:
Medical Decision Making:: Patient presents to ER complaining of low back pain after fall several months ago. Xray
shows no fracture, dislocation, but some degenerative changes. Patient will dc home with pain meds, referral to spine
MD. The patient will be discharged home with a follow up plan advised. The patient and/or family were provided with a
copy of discharge instructions and both written and verbal discharge instructions were given at the time of discharge.
Questions were answered. We stressed the need to follow up, and contact information (if available) was provided to the
patient via the discharge instructions. Return precautions including exacerbation/worsening of symptoms or any new or
concerning symptoms were advised and understanding was expressed.

Diagnosis:
Diagnosis 1: back pain

Disposition:
Disposition: Stabilized/Treated and Discharged

Electronic Signatures:
Giannakakis, James A (PA)  (Signed Jan-26-2021 12:51)
 Authored: History of Present Illness, PFS, Physical Exam, Arrival Information, Results, Medical Decision Making
Zhou, David J (MD)  (Signed Jan-28-2021 05:53)
 Co-Signer: History of Present Illness, PFS, Physical Exam, Arrival Information, Results, Medical Decision Making

EXHIBIT A

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

| | | | | | |
|---|---|---|---|---|---|
| **WILLIAMS, PRISCILLA JONES** | **H1ED-Triage** | **08/18/1972** | **48y** | **Female** | **Zhou, David J** |

Visit/MRN: 224317628/    30395933

**DSC**

Last Updated: Jan-28-2021 05:53 by Zhou, David J (MD)

**Requested by: Scheduler**

**Parameter Date: 1/29/2021**

**Rendered: 1/29/2021 2:14:00 AM**

**Patient Name: WILLIAMS, PRISCILLA JONES**

Visit/MRN: 224317628/    30395933

Page: 3

## *Dekalb Medical Center*

## eMAR Tasks - Post Discharge Patients

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**      **08/18/1972**    **48y**    **Female**      **Zhou, David J**

                                                       **Visit/MRN: 224317628/    30395933**

**DSC**      **BACK PAIN**

| Status | Date/Time | Entered By | Performed By |
|---|---|---|---|

**Ketorolac Inj**

Ketorolac Inj
15 MILLIgram(s) intraMuscular once
Stop after 1 Doses
[Known as Toradol Inj]

| | | | |
|---|---|---|---|
| Performed | 01/26/2021 12:15 | Mills, Sarah (RN) | Mills, Sarah (RN) |

   (Current Pain Scale - may select multiple: 10; Crying; Injection Site: A Left deltoid region; Pain Location - may select multiple: Back)

**Ondansetron ODT**

Ondansetron ODT
4 MILLIgram(s) by mouth once
Stop after 1 Doses
[Ordered as Zofran ODT]

| | | | |
|---|---|---|---|
| Performed | 01/26/2021 12:15 | Mills, Sarah (RN) | Mills, Sarah (RN) |

**oxyCODONE-Acetaminophen Tab (5mg-325mg)**

oxyCODONE-Acetaminophen Tab (5mg-325mg)
1 tablet(s) by mouth once
PRN for severe pain
Stop after 1 Doses
*Max recommended adult dose of acetaminophen: 3 Gm / 24 hrs*
[Known as Percocet 5]

| | | | |
|---|---|---|---|
| Performed | 01/26/2021 12:15 | Mills, Sarah (RN) | Mills, Sarah (RN) |

   (Current Pain Scale - may select multiple: 10; Crying; Pain Location - may select multiple: Back)

**_Dekalb Medical_**

**Clinical Documentation - Post Discharge Patients**

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**            **08/18/1972**    **48y**    **Female**            **Zhou, David J**

**DSC**                                                                        **Visit/MRN: 224317628/    30395933**

## Clinical Summary

**Health Issues**

| | |
|---|---|
| Admit Reason: | BACK PAIN |
| Complaint_ECLP: | BACK PAIN |

**Allergies**

No Known Allergies:

**Providers**

| | | |
|---|---|---|
| Attending: | Zhou, David J | Emergency Medicine |
| Primary Care Physician: | PCP, None | |
| Referring: | Zhou, David J | Emergency Medicine |
| HEADER1: | Contact Enteric-Clostridium difficile -
active diarrhea | |

# IMMUNIZATION HISTORY

**Entered By:**

Comment:

---

EXHIBIT A

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

**WILLIAMS, PRISCILLA JONES**   **H1ED-Triage**          **08/18/1972**   **48y**   **Female**          **Zhou, David J**

**Visit/MRN: 224317628/   30395933**

DSC

**ED Triage Note**

**Last Updated / Modified: 01/26/2021 11:13**

**Service Date: 01/26/2021 11:11**

**Authored By: 01/26/2021 11:11**

**Entered By: 01/26/2021 11:13**

Triage:
Arrival Information:
☐ Start of Triage:
Jan-26-2021 11:11

Cough/Fever/Travel Screen:
☐ In the last 2 weeks has patient had Fever equal to or greater than 100F OR Shaking/chills OR Loss of taste/smell OR New or worsened, or unexplained: cough, SOB, sore throat/Congestion, muscle aches, headache, diarrhea, nausea, vomiting or rash?
No
☐ Has patient had a COVID-19 test in the past 2 weeks?
No
☐ Has the patient traveled outside the US in the last 21 days?
No
☐ Infection Prevention notified and isolation precautions implemented per protocol
N/A

Arrival method: Walked.

Point of Origin: Home.

Initial Screening:
☐ Chief Complaint:
Neck/Back pain/injury
☐ Chief Complaint Comments:
patient complains of worsening back pain x 2 days. denies recent injuries.
☐ Airway
patent
☐ Breathing
effortless
☐ Circulation
present
☐ Disability
alert
☐ Pain Scale
10

Height/Weight (Required for Pt < 14yo):
Admit weight (lbs) 180 lb ; Admit weight (kg): 81.64 kg ;  Weight scale:

Height (ft): 5 ft , inches: 3 inch(es) ; Height (cm): 160 cm.

BSA: 1.8 M2 ; BMI: 31.8.

Vital Signs:
☐ Systolic
128

| Requested by: Scheduler | Patient Name: WILLIAMS, PRISCILLA JONES |
|---|---|
| Parameter Date: 1/29/2021 | Visit/MRN: 224317628/   30395933 |
| Rendered: 1/29/2021 2:14:00 AM | Page: 1 |

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

EXHIBIT A

---

**WILLIAMS, PRISCILLA JONES**   **H1ED-Triage**          **08/18/1972**   **48y**   **Female**        **Zhou, David J**

Visit/MRN: 224317628/   30395933

**DSC**
☐ Diastolic
88
☐ MAP (mm Hg)
101
☐ Pulse
82
☐ Respiratory Rate
17
☐ O2 Sat (%)
100
☐ O2 Therapy
room air
☐ Temperature F
98 degrees F
☐ Temperature C
36.6 degrees C
☐ Source
Oral
☐ SIRS Score
0

<R> Allergies:
☐ No Known Allergies:

Health Issues:
   Admit Reason:
☐ BACK PAIN: Scope: Visit, Description: BACK PAIN

Columbia Suicide Severity Rating Scale (C-SSRS):
☐ Have you wished you were dead or wished you could go to sleep and not wake up?
No
☐ Have you actually had any thoughts of killing yourself?
No
☐ Have you done anything, started to do anything, or prepared to do anything to end your life? (e.g. collect pills, obtain gun, give away valuables, suicide note, took out pills but did not swallow, held gun but changed mind)
No
☐ Screened Suicide Risk
No Risk

ESI:
☐ Acuity Descriptions
Level 1: requires immediate life-saving intervention
Level 2: high risk situation, confused/lethargic/disoriented, severe pain/distress, abnormal vital signs
Level 3: Many resources    Level 4: One Resources    Level 5: No Resources
☐ ESI Category
3

Electronic Signatures:
Olofernes, Leonil (RN)  (Signed Jan-26-2021 11:13)
 Authored: Triage

Last Updated: Jan-26-2021 11:13 by Olofernes, Leonil (RN)

---

**Dekalb Medical**    EXHIBIT A

**Clinical Documentation - Post Discharge Patients**

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**    **08/18/1972**    **48y**    **Female**    **Zhou, David J**

Visit/MRN: 224317628/    30395933

**DSC**

**1. ED Vital Signs/Pain/I&O**

**Last Updated / Modified: 01/26/2021 11:13**

**Authored By: Olofernes, Leonil (RN) 01/26/2021 11:11**

**Entered By: Olofernes, Leonil (RN) 01/26/2021 11:13**

Vital Signs

BP (Noninvasive)
Systolic: 128
Diastolic: 88
MAP (mm Hg): 101
WDL: WDL = 80-100

Heart Rate
Pulse HR (/min): 82

Respirations
Respiratory Rate Resp Rate (/min): 17
O2 Therapy Delivery Method: room air
O2 Sat (%) O2 Sat (%): 100

Temperature
Temperature F Fahrenheit: 98 degrees F
Temperature C Celsius: 36.6 degrees C
Source: Oral

SIRS Score: 0

**2. KBC Adult Assessment Intervention 3.0**

**Last Updated / Modified: 01/26/2021 11:13**

**Authored By: Olofernes, Leonil (RN) 01/26/2021 11:11**

**Entered By: Olofernes, Leonil (RN) 01/26/2021 11:13**

Respiratory

Oxygen Therapy (Peds/Adult)
O2 Sat (%) O2 Sat (%): 100

**3. ED Assessments**

**Last Updated / Modified: 01/26/2021 12:07**

**Authored By: Mills, Sarah (RN) 01/26/2021 12:03**

**Entered By: Mills, Sarah (RN) 01/26/2021 12:07**

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

**WILLIAMS, PRISCILLA JONES**   **H1ED-Triage**          **08/18/1972**   **48y**   **Female**          **Zhou, David J**

**DSC**                                                                               **Visit/MRN: 224317628/    30395933**

Primary Assessment

Primary Survey
Airway Airway: patent
Breathing Breathing: unlabored
Circulation Circulation: pink/appropriate for skin color,  warm,  dry
Level of Consciousness A V P U: Alert

Psychiatric Assessment


Psychiatric: appropriate,  cooperative

**ED Primary Assessment**

**Last Updated /  Modified: 01/26/2021 12:07**

**Service Date: 01/26/2021 12:03**

**Authored By:  01/26/2021 12:03**

**Entered By:  01/26/2021 12:07**

Primary Assessment:
Arrival Information:
Start of Assessment Jan-26-2021 12:03.

Arrival method: Walked.

Needs Assessment:
☐ Preferred Language for discussing health care
English
☐ Communication Barriers
No

Chief Complaint:
☐ Chief Complaint:
Neck/Back pain/injury
☐ Chief Complaint Comments:
pt c/o left lower back pain. pt has been applying heating pad - blister present on midback.

Health Issues:
   Admit Reason:
☐  BACK PAIN: Scope: Visit, Description: BACK PAIN

Primary Survey:
☐ Airway
patent
☐ Breathing
unlabored
☐ Circulation
pink/appropriate for skin color, warm, dry
☐ Level of Consciousness
Alert

---

**Requested by: Scheduler**                                    **Patient Name: WILLIAMS, PRISCILLA JONES**

**Parameter Date: 1/29/2021**                                               **Visit/MRN: 224317628/    30395933**

EXHIBIT A

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

| | | | | | |
|---|---|---|---|---|---|
| **WILLIAMS, PRISCILLA JONES** | **H1ED-Triage** | **08/18/1972** | **48y** | **Female** | **Zhou, David J** |

Visit/MRN: 224317628/   30395933

DSC

Female Reproductive:
☐ Pregnant/Could Be Pregnant
No
☐ Pregnancy Status, Confirm
Self-reported
☐ Postpartum (6 weeks or less)
no
☐ Currently Breastfeeding
No

Bedside Swallow Screen (BSS):
☐ Does the patient require a BSS?
No

Height/Weight/BSA:
☐ Admission Weight (lbs)
180 lb(1)
☐ Admission Weight (kg)
81.64 kg
☐ Height (ft)
5 ft(1)
☐ Height (remainder in inches)
3 inch(es)(1)
☐ Height (cm)
160 cm
☐ BSA (m2)
1.8 M2
☐ BMI (kg/m2)
31.8

Transfusion History:
☐ Previous Blood Transfusion
no

Home Medications:
* Patient Currently Takes Medications as of Oct-25-2020 10:08 documented in Structured Notes
Medication
Instructions
Ibu 600 mg oral tablet
1 tab(s) orally every 6 hours As needed for Pain

OMR Reviewed?:
☐ OMR Reviewed?
No current medications

Abuse Screen:
☐ Do you feel safe at home?
Yes

Abuse Assessment:
☐ Evidence of abuse
no

Alcohol, Tobacco, Drugs:

| | |
|---|---|
| **Requested by: Scheduler** | **Patient Name: WILLIAMS, PRISCILLA JONES** |
| Parameter Date: 1/29/2021 | Visit/MRN: 224317628/   30395933 |
| Rendered: 1/29/2021 2:14:00 AM | Page: 5 |

EXHIBIT A

*Dekalb Medical*

**Clinical Documentation - Post Discharge Patients**

**WILLIAMS, PRISCILLA JONES**　　**H1ED-Triage**　　　　　　**08/18/1972**　　**48y**　　**Female**　　　　**Zhou, David J**

**Visit/MRN: 224317628/　　30395933**

**DSC**

☐ Do you consume alcohol?
No
☐ Do you use cigarettes or tobacco?
No, never smoked
☐ History of Street/Recreational Drug Use
No

Other Assessments:
☐ Psychiatric
appropriate, cooperative
☐ Skin Assessment
normal inspection
☐ Nutritional Assessment
well nourished

Present on Arrival:
☐ Present on Arrival/Admission (checking item(s) does not preclude the need for additional assessment documentation)
N/A
☐ Skin Conditions Present on Admission:
blister mid back
☐ Having loose stool or diarrhea?
No

 Yes
☐ History of C-Difficile?
No

TB Screening:
☐ Has patient had a cough greater than 3 weeks with TWO of the following symptoms: significant weight loss, fever, hemoptysis or night sweats?: No
☐ Have you been exposed to TB: No
☐ Is patient HIV positive?: No

Electronic Signatures:
Mills, Sarah (RN)  (Signed Jan-26-2021 12:07)
 Authored: Primary Assessment

Last Updated: Jan-26-2021 12:07 by Mills, Sarah (RN)

References:
1.  Data Referenced From "ED Triage Note" Jan-26-2021 11:11

**ED Discharge Assessment**
**Last Updated /  Modified:  01/26/2021 13:00**
**Service Date: 01/26/2021 13:00**
**Authored By:  01/26/2021 13:00**
**Entered By:  01/26/2021 13:00**

EXHIBIT A

*Dekalb Medical*
**Clinical Documentation - Post Discharge Patients**

| | | | | | |
|---|---|---|---|---|---|
| **WILLIAMS, PRISCILLA JONES** | **H1ED-Triage** | **08/18/1972** | **48y** | **Female** | **Zhou, David J** |

Visit/MRN: 224317628/   30395933

**DSC**

 Discharge Disposition
Stabilized/Treated and Discharged
 Departure Date
Jan-26-2021
 Departure Time
13:00
 Discharged To
home
 Discharge Mobility
ambulatory
 Discharge Mode
walked
 Discharge Aftercare Instructions
given to patient, written instructions, work/school excuse, no barriers to learning, verbalized understanding
 Airway
patent
 Breathing
unlabored
 Reassessment of Chief Complaint
stable

Vital Signs (Must be completed on ALL patients):
 VS Disposition
N/A

Bedside Swallow Screen (BSS):
 Does the patient require a BSS?
No

Electronic Signatures:
Mills, Sarah (RN)  (Signed Jan-26-2021 13:00)
 Authored: Discharge

Last Updated: Jan-26-2021 13:00 by Mills, Sarah (RN)

**3. ED Assessments**
**Last Updated /  Modified: 01/26/2021 13:00**
**Authored By: Mills, Sarah (RN) 01/26/2021 13:00**
**Entered By: Mills, Sarah (RN) 01/26/2021 13:00**

Primary Assessment

Primary Survey
Airway Airway: patent
Breathing Breathing: unlabored

| | |
|---|---|
| **Requested by: Scheduler** | **Patient Name: WILLIAMS, PRISCILLA JONES** |
| Parameter Date: 1/29/2021 | Visit/MRN: 224317628/   30395933 |
| Rendered: 1/29/2021 2:14:00 AM | Page: 7 |

EXHIBIT A

# *Dekalb Medical Center*

## Physician Orders - Post Discharge Patients

**WILLIAMS, PRISCILLA JONES**    **H1ED-Triage**    **08/18/1972**    **48y**    **Female**    **Zhou, David J**

DSC                                                                          **Visit/MRN: 224317628/30395933**

BACK PAIN

| Entered | Order Name | Entered By | Requested By | Order Status | Signed |
|---------|-----------|-----------|-------------|-------------|--------|
| 1/26/2021 12:06:29 PM | Ketorolac Inj<br><br>Order Set: Common Orders ED Analgesia Meds<br><br>15 MILLIgram(s) intraMuscular once<br>Stop after 1 Doses<br>[Known as Toradol Inj] | Giannakakis, James A (PA) | Zhou, David J  (MD) | Completed | |
| 1/26/2021 12:06:29 PM | oxyCODONE-Acetaminophen Tab (5mg-325mg)<br>Order Set: Common Orders ED Analgesia Meds<br><br>1 tablet(s) by mouth once<br>PRN for severe pain<br>Stop after 1 Doses<br>*Max recommended adult dose of acetaminophen: 3 Gm / 24 hrs*<br>[Known as Percocet 5] | Giannakakis, James A (PA) | Zhou, David J  (MD) | Completed | |
| 1/26/2021 12:06:47 PM | Lumbar Spine 2-3 Views-XR<br><br>Order Set: Common Orders ED Radiology<br><br>Reason: midline l spine pian | Giannakakis, James A (PA) | Giannakakis, James A (PA) | 1 or more Final Results Received | Yes |
| 1/26/2021 12:07:11 PM | Isolation, Contact Enteric<br><br>Clostridium difficile - active diarrhea | Mills, Sarah  (RN) | Zhou, David J  (MD) | Completed | |
| 1/26/2021 12:07:12 PM | C. difficile Toxin Assay<br><br>Routine-Non-Blood - Source: STO Stool | Mills, Sarah  (RN) | Zhou, David J  (MD) | Cancelled via Patient Discharge | |
| 1/26/2021 12:12:34 PM | Ondansetron ODT<br><br>4 MILLIgram(s) by mouth once<br>Stop after 1 Doses<br>[Ordered as Zofran ODT] | Giannakakis, James A (PA) | Giannakakis, James A (PA) | Completed | Yes |

**EXHIBIT A**

# *Dekalb Medical Center*
## Physician Orders - Post Discharge Patients

**WILLIAMS, PRISCILLA JONES**   **H1ED-Triage**         **08/18/1972**   **48y**   **Female**         **Zhou, David J**

**DSC**                                                    **Visit/MRN: 224317628/30395933**

**BACK PAIN**

| Entered | Order Name | Entered By | Requested By | Order Status | Signed |
|---|---|---|---|---|---|
| 1/26/2021 12:54:35 PM | ED Discharge/AMA/Eloped Disposition | Giannakakis, James A (PA) | Giannakakis, James A  (PA) | Discontinued via Patient Discharge | Yes |
| | Order Set: ED Dispositions | | | | |
| | Discharge Diagnosis: Back pain (low back) Home medications have been reviewed: Yes Discharge to/Disposition: Home | | | | |

DEKALB MEDICAL CENTER - HILLANDALE
5900 HILLANDALE DRIVE
LITHONIA, GA 30058

RADIOLOGY SERVICES
(404) 501-8024

**EXHIBIT A**

PATIENT #: 224317628                    NAME:  WILLIAMS, PRISCILLA JONES
MED RECORD #: 30395933                  ATTENDING PHYS:
BIRTHDATE: 08/18/1972     SEX: F        ORDERING PHY: Giannakakis, James
                                        ADMITTING PHYS:

DIAGNOSIS: midline l spine pian
RM/SOURCE: H1EDTRIAGE

Date                Chk-in #:        Exam
20210126124800      7401808          DX LUMBAR SPINE ROUTINE

Exam Start Date and Time: 01/26/2021 at 12:24
 Exam Stop Date and Time: 01/26/2021 at 12:40
            Exam Room:  HRD DXF1Rm-DX FLUORO RM

LUMBAR SPINE SERIES THREE VIEWS - 01/26/2021

CLINICAL INDICATION:  Back pain.  Fall.

FINDINGS:  There is grade 1-2 anterolisthesis of L5 on S1 with
associated pars defects noted. There is diffuse disc space
narrowing with vacuum phenomenon suggesting that this is old and
chronic in nature.  There is additional mild disc space
narrowing at L3-4 and L4-5 with mild facet arthropathy.  The
remainder of the intervertebral disc spaces and vertebral body
heights appear preserved.

IMPRESSION:
1.  PARS DEFECTS WITH GRADE 1-2 ANTEROLISTHESIS OF L5 ON S1 WITH
ASSOCIATED DEGENERATIVE SPONDYLOTIC CHANGES AS ABOVE.

2.  NO DISCRETE OSSEOUS PATHOLOGY IS SEEN.

  TRANSCRIBED BY: Interface, Arrendale
  READ BY:  Erickson, Eric M
  Report Status: F



| PATIENT NAME | PRICILLA WILLIAMS |
|---|---|
| DATE OF BIRTH | 18-Aug-1972 |
| REFERRING PHYSICIAN | RASLER, FRANK |
| DATE OF EXAM | 02-Nov-2020 04:35:44 PM |
| MRN | RAM144916 |

**<Addendum Begin**

**Addendum End>**
**MRI OF THE CERVICAL SPINE:**

**TECHNIQUE:** Magnetic resonance imaging was performed of the cervical spine utilizing axial and sagittal imaging techniques.

**HISTORY:** Neck pain and left knee pain. Slip & Fall 10/23/2020.

**FINDINGS:** There is no abnormal signal evident to suggest fracture. Reversal cervical lordosis is evident. Cerebellar tonsils appear somewhat low-lying without definitive herniation. High signal is evident within the spinal cord at the level of C5/6 suggesting a focus of myelomalacia. Please note the possibility of an infiltrative process and/or focus of demyelination although less likely cannot be excluded on this exam. Clinical correlation and/or correlation with MRI without and with contrast targeted to this region may be helpful and should be considered as clinically warranted.

C2/3: No disc herniation. No central canal stenosis or neural foraminal narrowing.

C3/4: Posterior left paracentral disc herniation seen best axial series 7 image 9. Impingement left half ventral spinal cord. No neural foraminal narrowing.

C4/5: Posterior central disc herniation seen best axial series 6 image 14. Impingement ventral thecal sac. No neural foraminal narrowing.

C5/6: Broad-based posterior central to right lateral recess more than left lateral recess disc herniation seen best axial series 6 image 17 and sagittal series 3 image 6. Superimposed upon diffuse disc bulge. Central canal stenosis. Impingement and flattening ventral spinal cord. Impingement bilateral C6 nerve roots right more than left. Bilateral neural foraminal narrowing right more than left. High signal within the cord is evident suggesting focus of myelomalacia (discussion and suggestion as above).

C6/7: Broad-based posterior central disc herniation seen best axial series 6 image 21 and sagittal series 3 image 7. This is superimposed upon diffuse disc bulge. Impingement ventral thecal sac. No neural foraminal narrowing.

C7/T1: No disc herniation. No central canal stenosis or neural foraminal narrowing.

The visualized paraspinal soft tissues are grossly unremarkable.

**IMPRESSION:**
1. Reversal cervical lordosis.
2. Posterior left paracentral disc herniation and impingement left half ventral spinal cord at C3/4.
3. Posterior central disc herniation and impingement ventral thecal sac at C4/5.

EXHIBIT A



| PATIENT NAME | PRICILLA WILLIAMS |
|---|---|
| DATE OF BIRTH | 18-Aug-1972 |
| REFERRING PHYSICIAN | RASLER, FRANK |
| DATE OF EXAM | 02-Nov-2020 04:35:44 PM |
| MRN | RAM144916 |



| PATIENT NAME | PRICILLA WILLIAMS |
|---|---|
| DATE OF BIRTH | 18-Aug-1972 |
| REFERRING PHYSICIAN | RASLER, FRANK |
| DATE OF EXAM | 02-Nov-2020 04:35:44 PM |
| MRN | RAM144916 |

## IMPRESSION (CONTINUED)

4. Broad-based posterior central/right lateral recess more than left lateral recess disc herniation superimposed upon disc bulge, central canal stenosis, impingement and flattening ventral spinal cord, bilateral neural foraminal narrowing, right more than left, impingement bilateral C6 nerve root and high signal focus within the spinal cord suggesting focus of myelomalacia at C5/6; discussion and suggestion as above.

5. Broad-based posterior central disc herniation superimposed upon disc bulge and impingement ventral thecal sac at C6/7.

Electronically Signed by:        PREMIER, RADIOLOGY
Date/Time Read:                  11/4/2020 10:31:32 AM
American Board Certified Radiologist

EXHIBIT A



| PATIENT NAME | PRICILLA WILLIAMS |
| --- | --- |
| DATE OF BIRTH | 18-Aug-1972 |
| REFERRING PHYSICIAN | RASLER, FRANK |
| DATE OF EXAM | 02-Nov-2020 04:04:02 PM |
| MRN | RAM144916 |

<Addendum Begin

Addendum End>

## MRI LEFT KNEE WITHOUT CONTRAST

**TECHNIQUE:** Routine multiplanar MR imaging is available.  Present are 168 images.  No prior studies or reports are available.

**HISTORY:** Slip & Fall accident 10/23/2020.  No prior studies or reports are available.

**FINDINGS:** The medial meniscus is intact.  The medial articular cartilage is normal in thickness.  There is fluid adjacent to the MCL which is mildly thickened.

The lateral meniscus appears intact.  The lateral articular cartilage is normal in thickness.  The iliotibial band and fibular collateral ligament are intact.  The biceps tendon and popliteus tendon are intact.

There is lateral patellar tracking with superficial chondromalacia changes.  There is induration of Hoffa's fat pad.  The patella and quadriceps tendons are intact.

The PCL is intact.  The ACL is intact.

There is a small joint effusion without demonstration of Baker's cyst.  No acute fracture, dislocation, or bony destructive lesions are noted.  The adjacent soft tissues are unremarkable.

**IMPRESSION:**
1.  MCL sprain.
2.  Chondromalacia patellae with lateral patellar tracking.

Electronically Signed by:          PREMIER, RADIOLOGY
Date/Time Read:          11/4/2020 10:31:39 AM
American Board Certified Radiologist

EXHIBIT A



| PATIENT NAME | PRICILLA WILLIAMS |
|---|---|
| DATE OF BIRTH | 18-Aug-1972 |
| REFERRING PHYSICIAN | RASLER, FRANK |
| DATE OF EXAM | 02-Nov-2020 04:04:02 PM |
| MRN | RAM144916 |

EXHIBIT A

Piedmont Injury and Rehab-Stockbridge
1550 Rock Quarry Road Suite B
Stockbridge, GA 30281-6326
(678) 782-7246

*Changes since previous Note have been* **formatted differently.**

**Daily Note**

Patient Name: Priscilla Williams — 12151                Provider: Michael Frady-Lithonia, DC
Date of Birth: 8/18/1972                                              Date of Service: 1/22/2021

## SUBJECTIVE

Primary Complaint: Low back, Mid back

- Dull, Burning, Aching pain: 6/10
  Radiates to (posterior) right-thigh and left-knee. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL); increased by standing, sitting and torso motion; decreased by heat.

- Stiffness: 4/10

Second Complaint: Neck

- Dull, Aching pain: 5/10
  Radiates to (posterior) head. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL).

- Stiffness: 3/10

## OBJECTIVE

PALPATORY FINDINGS
  Spinal asymmetry/fixation: C1; C5; C7; T1; L2; L5; Right SI - PI.

Tenderness

Left Side
- Lower Back (Moderate)
- Pelvis (Moderate)
- Thoracic Spine (Moderate)
- Cervical Spine (Moderate)
- Posterior Knee (Moderate)

Right Side
- Lower Back (Moderate)
- Cervical Spine (Moderate)

Spasm/Hypertonicity

Left Side
- Multifidus (Moderate)
- Erector Spinae (Moderate)
- Gluteus Medius (Moderate)
- Splenius Cervicis (Moderate)

Right Side
- Multifidus (Moderate)

Trigger Points

Left Side
- Trapezius (Mild-Moderate)
- Lower Back (Mild-Moderate)

Right Side
---

Edema

Left Side
- Posterior Knee **(decreased 5-10% to minimal)**

Right Side
---

## ASSESSMENT

Stage of Care: Passive / acute

DIAGNOSES
  1. Cervicalgia (M54.2)
  2. Pain in thoracic spine (M54.6)
  3. Low back pain (M54.5)
  4. Pain in left knee (M25.562)

EXHIBIT A

Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 1/22/2021

5. Sprain of ligaments of cervical spine, initial encounter (S13.4XXA)
6. Strain of muscle, fascia and tendon at neck level, initial encounter (S16.1XXA)
7. Segmental and somatic dysfunction of cervical region (M99.01)
8. Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA)
9. Strain of muscle and tendon of back wall of thorax, initial encounter (S29.012A)
10. Segmental and somatic dysfunction of thoracic region (M99.02)
11. Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA)
12. Strain of muscle, fascia and tendon of lower back, initial encounter (S39.012A)
13. Segmental and somatic dysfunction of lumbar region (M99.03)
14. Sprain of anterior cruciate ligament of left knee, sequela (S83.512S)
15. Segmental and somatic dysfunction of lower extremity (M99.06)
16. Contusion of left knee, initial encounter (S80.02XA)

**PLAN**

Follow up per care plan.

Based on subjective and objective data, today's treatment consists of:

- CMT 3-4 Regions consisting of **activator technique, SOT** was provided specifically to C1; C5; C7; T1; L2; L5; Right SI - PI, to decrease pain, facilitate healing of inflamed and injured neurological and musculoskeletal tissues, increase mobility/range of motion, Reduce pain by 25%..

- Electrical Stimulation-2 consisting of high-volt pulsed current was provided specifically to neck, low back, left knee, to reduce muscle spasm, reduce edema, Reduce pain by 25%..

- Ultrasound consisting of pulsed was provided specifically to low back for 8 minutes (1 unit), to facilitate healing of inflamed and injured neurological and musculoskeletal tissues, reduce swelling/inflammation.

- Ice/Heat consisting of moist heat was provided specifically to neck, low back, upper back, mid back, to decrease pain, reduce swelling/inflammation.

- Mechanical Traction consisting of intersegmental traction was provided specifically to neck, upper back, mid back, low back, to stretch ligaments, facet distraction.

Patient received care without incident.

(Electronic Signature)
Provider Name: Michael Frady-Lithonia, DC
Date: 01/22/2021      05:07 PM

EXHIBIT A

Piedmont Injury and Rehab-Stockbridge
1550 Rock Quarry Road Suite B
Stockbridge, GA 30281-6326
(678) 782-7246

*Changes since previous Note have been* **formatted differently.**

## Daily Note

Patient Name: Priscilla Williams — 12151
Date of Birth: 8/18/1972

Provider: Michael Frady-Lithonia, DC
Date of Service: 1/20/2021

### SUBJECTIVE

Primary Complaint: Low back, Mid back

- Dull, Burning, Aching pain: **From 7 to 6/10 (10% decrease)**
  Radiates to (posterior) right-thigh and left-knee. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL); increased by standing, sitting and torso motion; decreased by heat.

- Stiffness: 4/10

Second Complaint: Neck

- Dull, Aching pain: **From 6 to 5/10 (10% decrease)**
  Radiates to (posterior) head. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL).

- Stiffness: 3/10

### OBJECTIVE

### PALPATORY FINDINGS

Spinal asymmetry/fixation: C1; C5; C7; T1; L2; L5; Right SI - PI.

Tenderness

Left Side
- Thoracic Spine **(decreased 5-10% to moderate)**
- Lower Back (Moderate)
- Pelvis (Moderate)
- Cervical Spine (Moderate)
- Posterior Knee (Moderate)

Right Side
- Lower Back (Moderate)
- Cervical Spine (Moderate)

Spasm/Hypertonicity

Left Side
- Multifidus (Moderate)
- Erector Spinae (Moderate)
- Gluteus Medius (Moderate)
- Splenius Cervicis (Moderate)

Right Side
- Multifidus (Moderate)

Trigger Points

Left Side
- Trapezius (Mild-Moderate)
- Lower Back (Mild-Moderate)

Right Side
---

Edema

Left Side
- Posterior Knee (Mild)

Right Side
---

### ASSESSMENT

Stage of Care: Passive / acute

Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 1/20/2021

DIAGNOSES
1. Cervicalgia (M54.2)
2. Pain in thoracic spine (M54.6)
3. Low back pain (M54.5)
4. Pain in left knee (M25.562)
5. Sprain of ligaments of cervical spine, initial encounter (S13.4XXA)
6. Strain of muscle, fascia and tendon at neck level, initial encounter (S16.1XXA)
7. Segmental and somatic dysfunction of cervical region (M99.01)
8. Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA)
9. Strain of muscle and tendon of back wall of thorax, initial encounter (S29.012A)
10. Segmental and somatic dysfunction of thoracic region (M99.02)
11. Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA)
12. Strain of muscle, fascia and tendon of lower back, initial encounter (S39.012A)
13. Segmental and somatic dysfunction of lumbar region (M99.03)
14. Sprain of anterior cruciate ligament of left knee, sequela (S83.512S)
15. Segmental and somatic dysfunction of lower extremity (M99.06)
16. Contusion of left knee, initial encounter (S80.02XA)

PLAN

Follow up per care plan.

Based on subjective and objective data, today's treatment consists of:

- CMT 3-4 Regions consisting of diversified technique was provided specifically to C1; C5; C7; T1; L2; L5; Right SI - PI, to decrease pain, facilitate healing of inflamed and injured neurological and musculoskeletal tissues, increase mobility/range of motion, Reduce pain by 25%..

- Electrical Stimulation-2 consisting of high-volt pulsed current was provided specifically to neck, low back, left knee, to reduce muscle spasm, reduce edema, Reduce pain by 25%..

- Ultrasound consisting of pulsed was provided specifically to low back for 8 minutes (1 unit), to facilitate healing of inflamed and injured neurological and musculoskeletal tissues, reduce swelling/inflammation.

- Ice/Heat consisting of moist heat was provided specifically to neck, low back, upper back, mid back, to decrease pain, reduce swelling/inflammation.

- Mechanical Traction consisting of intersegmental traction was provided specifically to neck, upper back, mid back, low back, to stretch ligaments, facet distraction.

Patient received care without incident.

(Electronic Signature)
Provider Name: Michael Frady-Lithonia, DC
Date: 01/22/2021     04:36 PM

EXHIBIT A

Piedmont Injury and Rehab-Stockbridge
1550 Rock Quarry Road Suite B
Stockbridge, GA 30281-6326
(678) 782-7246

*Changes since previous Note have been **formatted differently.***

### Daily Note

Patient Name: Priscilla Williams — 12151
Date of Birth: 8/18/1972

Provider: Michael Frady-Lithonia, DC
Date of Service: 1/15/2021

### SUBJECTIVE

Primary Complaint: Low back, Mid back

- Dull, Burning, Aching pain: 7/10
  Radiates to (posterior) right-thigh and left-knee. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL); increased by standing, sitting and torso motion; decreased by heat.

- **Stiffness: 4/10**

Second Complaint: Neck

- Dull, Aching pain: 6/10
  Radiates to (posterior) head. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL).

- **Stiffness: 3/10**

### OBJECTIVE

PALPATORY FINDINGS
Spinal asymmetry/fixation: C1; C5; C7; T1; L2; L5; Right SI - PI.
Tenderness

| Left Side | Right Side |
|---|---|
| - Lower Back (Moderate) | - Lower Back (Moderate) |
| - Pelvis (Moderate) | - Cervical Spine (Moderate) |
| - Thoracic Spine (Moderate-Severe) | |
| - Cervical Spine (Moderate) | |
| - Posterior Knee (Moderate) | |

Spasm/Hypertonicity

| Left Side | Right Side |
|---|---|
| - Multifidus (Moderate) | - Multifidus (Moderate) |
| - Erector Spinae (Moderate) | |
| - Gluteus Medius (Moderate) | |
| - Splenius Cervicis (Moderate) | |

Trigger Points

| Left Side | Right Side |
|---|---|
| - Trapezius (Mild-Moderate) | --- |
| - Lower Back (Mild-Moderate) | |

Edema

| Left Side | Right Side |
|---|---|
| - Posterior Knee (Mild) | --- |

### ASSESSMENT

Stage of Care: Passive / acute

Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 1/15/2021

## DIAGNOSES
1. Cervicalgia (M54.2)
2. Pain in thoracic spine (M54.6)
3. Low back pain (M54.5)
4. Pain in left knee (M25.562)
5. Sprain of ligaments of cervical spine, initial encounter (S13.4XXA)
6. Strain of muscle, fascia and tendon at neck level, initial encounter (S16.1XXA)
7. Segmental and somatic dysfunction of cervical region (M99.01)
8. Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA)
9. Strain of muscle and tendon of back wall of thorax, initial encounter (S29.012A)
10. Segmental and somatic dysfunction of thoracic region (M99.02)
11. Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA)
12. Strain of muscle, fascia and tendon of lower back, initial encounter (S39.012A)
13. Segmental and somatic dysfunction of lumbar region (M99.03)
14. Sprain of anterior cruciate ligament of left knee, sequela (S83.512S)
15. Segmental and somatic dysfunction of lower extremity (M99.06)
16. Contusion of left knee, initial encounter (S80.02XA)

## PLAN
Follow up per care plan.

Based on subjective and objective data, today's treatment consists of:

- CMT 3-4 Regions consisting of diversified technique was provided specifically to C1; C5; C7; T1; L2; L5; Right SI - PI, to decrease pain, facilitate healing of inflamed and injured neurological and musculoskeletal tissues, increase mobility/range of motion, Reduce pain by 25%..

- Electrical Stimulation-2 consisting of high-volt pulsed current was provided specifically to neck, low back, left knee, to reduce muscle spasm, reduce edema, Reduce pain by 25%..

- Ultrasound consisting of pulsed was provided specifically to low back for 8 minutes (1 unit), to facilitate healing of inflamed and injured neurological and musculoskeletal tissues, reduce swelling/inflammation.

- Ice/Heat consisting of moist heat was provided specifically to neck, low back, upper back, mid back, to decrease pain, reduce swelling/inflammation.

- Mechanical Traction consisting of intersegmental traction was provided specifically to neck, upper back, mid back, low back, to stretch ligaments, facet distraction.

Patient received care without incident.

(Electronic Signature)
Provider Name: Michael Frady-Lithonia, DC
Date: 01/20/2021     04:06 PM

Piedmont Injury and Rehab-Stockbridge
1550 Rock Quarry Road Suite B
Stockbridge, GA 30281-6326
(678) 782-7246

*Changes since previous Note have been **formatted differently**.*

## Daily Note

Patient Name: Priscilla Williams — 12151
Date of Birth: 8/18/1972

Provider: Michael Frady, DC
Date of Service: 1/13/2021

### SUBJECTIVE

Primary Complaint: Low back, Mid back

- Dull, Burning, Aching pain: 7/10
  Radiates to (posterior) right-thigh and left-knee. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL); increased by standing, sitting and torso motion; decreased by heat.

Second Complaint: Neck

- Dull, Aching pain: 6/10
  Radiates to (posterior) head. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL).

### OBJECTIVE

PALPATORY FINDINGS
  Spinal asymmetry/fixation: C1; C5; C7; **T1**; L2; L5; Right SI - PI.
  Tenderness

| Left Side | Right Side |
|---|---|
| Lower Back (Moderate) | Lower Back (Moderate) |
| Pelvis (Moderate) | Cervical Spine (Moderate) |
| Thoracic Spine (Moderate-Severe) | |
| Cervical Spine (Moderate) | |
| Posterior Knee (Moderate) | |

Spasm/Hypertonicity

| Left Side | Right Side |
|---|---|
| Multifidus (Moderate) | Multifidus (Moderate) |
| Erector Spinae (Moderate) | |
| Gluteus Medius (Moderate) | |
| Splenius Cervicis (Moderate) | |

Trigger Points

| Left Side | Right Side |
|---|---|
| Trapezius (Mild-Moderate) | --- |
| Lower Back (Mild-Moderate) | |

Edema

| Left Side | Right Side |
|---|---|
| Posterior Knee (Mild) | --- |

### ASSESSMENT

Stage of Care: Passive / acute

DIAGNOSES
  1. Cervicalgia (M54.2)
  2. Pain in thoracic spine (M54.6)

Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 1/13/2021

3. Low back pain (M54.5)
4. Pain in left knee (M25.562)
5. Sprain of ligaments of cervical spine, initial encounter (S13.4XXA)
6. Strain of muscle, fascia and tendon at neck level, initial encounter (S16.1XXA)
7. Segmental and somatic dysfunction of cervical region (M99.01)
8. Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA)
9. Strain of muscle and tendon of back wall of thorax, initial encounter (S29.012A)
10. Segmental and somatic dysfunction of thoracic region (M99.02)
11. Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA)
12. Strain of muscle, fascia and tendon of lower back, initial encounter (S39.012A)
13. Segmental and somatic dysfunction of lumbar region (M99.03)
14. Sprain of anterior cruciate ligament of left knee, sequela (S83.512S)
15. Segmental and somatic dysfunction of lower extremity (M99.06)
16. Contusion of left knee, initial encounter (S80.02XA)

**PLAN**

Follow up per care plan.

Based on subjective and objective data, today's treatment consists of:

- CMT 3-4 Regions consisting of diversified technique was provided specifically to C1; C5; C7; T1; L2; L5; Right SI - PI, to decrease pain, facilitate healing of inflamed and injured neurological and musculoskeletal tissues, increase mobility/range of motion, Reduce pain by 25%..

- Electrical Stimulation-2 consisting of high-volt pulsed current was provided specifically to neck, low back, left knee, to reduce muscle spasm, reduce edema, Reduce pain by 25%..

- Ultrasound consisting of pulsed was provided specifically to low back for 8 minutes (1 unit), to facilitate healing of inflamed and injured neurological and musculoskeletal tissues, reduce swelling/inflammation.

- Ice/Heat consisting of moist heat was provided specifically to neck, low back, upper back, mid back, to decrease pain, reduce swelling/inflammation.

- Mechanical Traction consisting of intersegmental traction was provided specifically to neck, upper back, mid back, low back, to stretch ligaments, facet distraction.

Patient received care without incident.

(Electronic Signature)
Provider Name: Michael Frady, DC
Date: 01/13/2021     06:30 PM

Piedmont Injury and Rehab-Stockbridge
1550 Rock Quarry Road Suite B
Stockbridge, GA 30281-6326
(678) 782-7246

*Changes since previous Note have been **formatted differently.***

**Daily Note**

Patient Name: Priscilla Williams — 12151
Date of Birth: 8/18/1972

Provider: Michael Frady-Lithonia, DC
Date of Service: 1/13/2021

**SUBJECTIVE**

Primary Complaint: Low back, Mid back

- Dull, Burning, Aching pain: 7/10
  Radiates to (posterior) right-thigh and left-knee. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL); increased by standing, sitting and torso motion; decreased by heat.

Second Complaint: Neck

- Dull, Aching pain: 6/10
  Radiates to (posterior) head. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL).

**OBJECTIVE**

**PALPATORY FINDINGS**
Spinal asymmetry/fixation: C1; C5; C7; T1; L2; L5; Right SI - PI.
Extremity/other: Left Knee.

Tenderness

| Left Side | Right Side |
|---|---|
| - Lower Back (Moderate) | - Lower Back (Moderate) |
| - Pelvis (Moderate) | - Cervical Spine (Moderate) |
| - Thoracic Spine (Moderate-Severe) | |
| - Cervical Spine (Moderate) | |
| - Posterior Knee (Moderate) | |

Spasm/Hypertonicity

| Left Side | Right Side |
|---|---|
| - Multifidus (Moderate) | - Multifidus (Moderate) |
| - Erector Spinae (Moderate) | |
| - Gluteus Medius (Moderate) | |
| - Splenius Cervicis (Moderate) | |

Trigger Points

| Left Side | Right Side |
|---|---|
| - Trapezius (Mild-Moderate) | --- |
| - Lower Back (Mild-Moderate) | |

Edema

| Left Side | Right Side |
|---|---|
| - Posterior Knee (Mild) | --- |

**ASSESSMENT**

Stage of Care: Passive / acute

**DIAGNOSES**
1. Cervicalgia (M54.2)

Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 1/13/2021

2. Pain in thoracic spine (M54.6)
3. Low back pain (M54.5)
4. Pain in left knee (M25.562)
5. Sprain of ligaments of cervical spine, initial encounter (S13.4XXA)
6. Strain of muscle, fascia and tendon at neck level, initial encounter (S16.1XXA)
7. Segmental and somatic dysfunction of cervical region (M99.01)
8. Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA)
9. Strain of muscle and tendon of back wall of thorax, initial encounter (S29.012A)
10. Segmental and somatic dysfunction of thoracic region (M99.02)
11. Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA)
12. Strain of muscle, fascia and tendon of lower back, initial encounter (S39.012A)
13. Segmental and somatic dysfunction of lumbar region (M99.03)
14. Sprain of anterior cruciate ligament of left knee, sequela (S83.512S)
15. Segmental and somatic dysfunction of lower extremity (M99.06)
16. Contusion of left knee, initial encounter (S80.02XA)

**PLAN**

Follow up per care plan.

Based on subjective and objective data, today's treatment consists of:

- **CMT 3-4 Regions consisting of diversified technique was provided specifically to C1; C5; C7; T1; L2; L5; Right SI - PI, to decrease pain, facilitate healing of inflamed and injured neurological and musculoskeletal tissues, increase mobility/range of motion, Reduce pain by 25%..**

- Electrical Stimulation-2 consisting of high-volt pulsed current was provided specifically to neck, low back, left knee, to reduce muscle spasm, reduce edema, Reduce pain by 25%..

- Ultrasound consisting of pulsed was provided specifically to low back for 8 minutes (1 unit), to facilitate healing of inflamed and injured neurological and musculoskeletal tissues, reduce swelling/inflammation.

- Ice/Heat consisting of **moist heat** was provided specifically to neck, low back, upper back, mid back, to decrease pain, reduce swelling/inflammation.

- Mechanical Traction consisting of intersegmental traction was provided specifically to neck, upper back, mid back, low back, to stretch ligaments, facet distraction.

Patient received care without incident.

(Electronic Signature)
Provider Name: Michael Frady-Lithonia, DC
Date: 01/13/2021      03:46 PM

EXHIBIT A

Piedmont Injury and Rehab-Stockbridge
1550 Rock Quarry Road Suite B
Stockbridge, GA 30281-6326
(678) 782-7246

*Changes since previous Note have been **formatted differently.***

---

### Daily Note

Patient Name: Priscilla Williams — 12151               Provider: Michael Frady-Lithonia, DC
Date of Birth: 8/18/1972                               Date of Service: 1/8/2021

## SUBJECTIVE

Primary Complaint: Low back, Mid back

- Dull, Burning, Aching pain: 7/10
  Radiates to (posterior) left-knee and **right-thigh**. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL); increased by standing, sitting and torso motion; decreased by heat.

Second Complaint: Neck

- Dull, Aching pain: **From 8 to 6/10 (20% decrease)**
  Radiates to (posterior) head. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL).

## OBJECTIVE

### PALPATORY FINDINGS

Spinal asymmetry/fixation: C1; C5; C7; T1; L2; L5; Right SI - PI.
Extremity/other: Left Knee.

Tenderness

| Left Side | Right Side |
|---|---|
| - Lower Back (Moderate) | - Lower Back (Moderate) |
| - Pelvis (Moderate) | - Cervical Spine (Moderate) |
| - Thoracic Spine (Moderate-Severe) | |
| - Cervical Spine (Moderate) | |
| - Posterior Knee (Moderate) | |

Spasm/Hypertonicity

| Left Side | Right Side |
|---|---|
| - Gluteus Medius **(increased 5-10% to moderate)** | - Multifidus (Moderate) |
| - Multifidus (Moderate) | |
| - Erector Spinae (Moderate) | |
| - Splenius Cervicis (Moderate) | |

Trigger Points

| Left Side | Right Side |
|---|---|
| - Trapezius (Mild-Moderate) | --- |
| - Lower Back (Mild-Moderate) | |

Edema

| Left Side | Right Side |
|---|---|
| - Posterior Knee (Mild) | --- |

## ASSESSMENT

Stage of Care: Passive / acute

EXHIBIT A

Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 1/8/2021

DIAGNOSES
1. Cervicalgia (M54.2)
2. Pain in thoracic spine (M54.6)
3. Low back pain (M54.5)
4. Pain in left knee (M25.562)
5. Sprain of ligaments of cervical spine, initial encounter (S13.4XXA)
6. Strain of muscle, fascia and tendon at neck level, initial encounter (S16.1XXA)
7. Segmental and somatic dysfunction of cervical region (M99.01)
8. Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA)
9. Strain of muscle and tendon of back wall of thorax, initial encounter (S29.012A)
10. Segmental and somatic dysfunction of thoracic region (M99.02)
11. Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA)
12. Strain of muscle, fascia and tendon of lower back, initial encounter (S39.012A)
13. Segmental and somatic dysfunction of lumbar region (M99.03)
14. Sprain of anterior cruciate ligament of left knee, sequela (S83.512S)
15. Segmental and somatic dysfunction of lower extremity (M99.06)
16. Contusion of left knee, initial encounter (S80.02XA)

Intensity is **slightly-increased** since the prior visit.

**PLAN**
Follow up per care plan.

Based on subjective and objective data, today's treatment consists of:

- Electrical Stimulation-2 consisting of high-volt pulsed current was provided specifically to neck, low back, left knee, to reduce muscle spasm, reduce edema, Reduce pain by 25%..
- Ultrasound consisting of pulsed was provided specifically to low back for 8 minutes (1 unit), to facilitate healing of inflamed and injured neurological and musculoskeletal tissues, reduce swelling/inflammation.
- Ice/Heat consisting of cryotherapy was provided specifically to neck, low back, upper back, mid back, to decrease pain, reduce swelling/inflammation.
- Mechanical Traction consisting of intersegmental traction was provided specifically to neck, upper back, mid back, low back, to stretch ligaments, facet distraction.
- CMT 1-2 Regions consisting of diversified technique was provided specifically to C1; C5; C7; T1; **L2; L5; Right SI - PI**, to decrease pain, **improve function, restore normal joint function.**

Patient received care without incident.

(Electronic Signature)
Provider Name: Michael Frady-Lithonia, DC
Date: 01/08/2021     04:25 PM

Piedmont Injury and Rehab-Stockbridge
1550 Rock Quarry Road Suite B
Stockbridge, GA 30281-6326
(678) 782-7246

*Changes since previous Note have been **formatted differently.***

**Daily Note**

Patient Name: Priscilla Williams — 12151                Provider: Michael Frady-Lithonia, DC
Date of Birth: 8/18/1972                                Date of Service: 1/6/2021

**SUBJECTIVE**

Primary Complaint: Low back, Mid back

- Dull, Burning, Aching pain: **From 9 to 7/10 (20% decrease)**
  Radiates to (posterior) left-knee. Described as frequent to constant (up to between 75% and 100% of day) of
  moderate intensity (requires significant or complete modification to ADL); increased by standing, sitting and torso
  motion; decreased by heat.

Second Complaint: Neck

- Dull, Aching pain: 8/10
  Radiates to (posterior) head. Described as frequent to constant (up to between 75% and 100% of day) of moderate
  intensity (requires significant or complete modification to ADL).

**OBJECTIVE**

PALPATORY FINDINGS
   Spinal asymmetry/fixation: C1; C5; C7; T1; L2; L5; Right SI - PI.
   Extremity/other: Left Knee.
   Tenderness

| Left Side | Right Side |
|-----------|------------|
| - Lower Back **(decreased 5-10% to moderate)** | - Lower Back (Moderate) |
| - Pelvis (Moderate) | - Cervical Spine (Moderate) |
| - Thoracic Spine (Moderate-Severe) | |
| - Cervical Spine (Moderate) | |
| - Posterior Knee (Moderate) | |

Spasm/Hypertonicity

| Left Side | Right Side |
|-----------|------------|
| - Multifidus (Moderate) | - Multifidus (Moderate) |
| - Erector Spinae (Moderate) | |
| - Gluteus Medius (Mild-Moderate) | |
| - Splenius Cervicis (Moderate) | |

Trigger Points

| Left Side | Right Side |
|-----------|------------|
| - Trapezius (Mild-Moderate) | --- |
| - Lower Back (Mild-Moderate) | |

Edema

| Left Side | Right Side |
|-----------|------------|
| - Posterior Knee (Mild) | --- |

**ASSESSMENT**

Stage of Care: Passive / acute

DIAGNOSES
   1. Cervicalgia (M54.2)

Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 1/6/2021

2. Pain in thoracic spine (M54.6)
3. Low back pain (M54.5)
4. Pain in left knee (M25.562)
5. Sprain of ligaments of cervical spine, initial encounter (S13.4XXA)
6. Strain of muscle, fascia and tendon at neck level, initial encounter (S16.1XXA)
7. Segmental and somatic dysfunction of cervical region (M99.01)
8. Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA)
9. Strain of muscle and tendon of back wall of thorax, initial encounter (S29.012A)
10. Segmental and somatic dysfunction of thoracic region (M99.02)
11. Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA)
12. Strain of muscle, fascia and tendon of lower back, initial encounter (S39.012A)
13. Segmental and somatic dysfunction of lumbar region (M99.03)
14. Sprain of anterior cruciate ligament of left knee, sequela (S83.512S)
15. Segmental and somatic dysfunction of lower extremity (M99.06)
16. Contusion of left knee, initial encounter (S80.02XA)

**PLAN**

Follow up per care plan.

Based on subjective and objective data, today's treatment consists of:

- **CMT 1-2 Regions consisting of diversified technique was provided specifically to C1; C5; C7; T1, to decrease pain, facilitate healing of inflamed and injured neurological and musculoskeletal tissues, increase mobility/range of motion, Reduce pain by 25%..**
- Electrical Stimulation-2 consisting of high-volt pulsed current was provided specifically to neck, low back, left knee, to reduce muscle spasm, reduce edema, Reduce pain by 25%..
- Ultrasound consisting of pulsed was provided specifically to low back for 8 minutes (1 unit), to facilitate healing of inflamed and injured neurological and musculoskeletal tissues, reduce swelling/inflammation.
- Ice/Heat consisting of cryotherapy was provided specifically to neck, low back, upper back, mid back, to decrease pain, reduce swelling/inflammation.
- Mechanical Traction consisting of intersegmental traction was provided specifically to neck, upper back, mid back, low back, to stretch ligaments, facet distraction.

Patient received care without incident.

(Electronic Signature)
Provider Name: Michael Frady-Lithonia, DC
Date: 01/06/2021      06:29 PM

Page 14 of 21

Piedmont Injury and Rehab-Stockbridge
1550 Rock Quarry Road Suite B
Stockbridge, GA 30281-6326
(678) 782-7246

*Changes since previous Note have been **formatted differently.***

### Daily Note

Patient Name: Priscilla Williams — 12151
Date of Birth: 8/18/1972

Provider: Michael Frady-Lithonia, DC
Date of Service: 1/4/2021

## SUBJECTIVE

Primary Complaint: Low back, Mid back

- Dull, Burning, Aching pain: 9/10
  Radiates to (posterior) left-knee. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL); increased by standing, sitting and torso motion; decreased by heat.

Second Complaint: Neck

- Dull, Aching pain: 8/10
  Radiates to (posterior) head. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL).

## OBJECTIVE

PALPATORY FINDINGS
  Spinal asymmetry/fixation: C1; C5; C7; T1; L2; L5; Right SI - PI.
  Extremity/other: **Resolved: Right Knee**.
  Tenderness

| Left Side | Right Side |
|---|---|
| Lower Back (Moderate-Severe) | Lower Back (Moderate) |
| Pelvis (Moderate) | Cervical Spine (Moderate) |
| Thoracic Spine (Moderate-Severe) | |
| Cervical Spine (Moderate) | |
| Posterior Knee (Moderate) | |

Spasm/Hypertonicity

| Left Side | Right Side |
|---|---|
| Multifidus (Moderate) | Multifidus (Moderate) |
| Erector Spinae (Moderate) | |
| Gluteus Medius (Mild-Moderate) | |
| Splenius Cervicis (Moderate) | |

Trigger Points

| Left Side | Right Side |
|---|---|
| Trapezius (Mild-Moderate) | --- |
| Lower Back (Mild-Moderate) | |

Edema

| Left Side | Right Side |
|---|---|
| Posterior Knee (Mild) | --- |

## ASSESSMENT

Stage of Care: Passive / acute

DIAGNOSES
  1. Cervicalgia (M54.2)

EXHIBIT A

Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 1/4/2021

2. Pain in thoracic spine (M54.6)
3. Low back pain (M54.5)
4. Pain in left knee (M25.562)
5. Sprain of ligaments of cervical spine, initial encounter (S13.4XXA)
6. Strain of muscle, fascia and tendon at neck level, initial encounter (S16.1XXA)
7. Segmental and somatic dysfunction of cervical region (M99.01)
8. Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA)
9. Strain of muscle and tendon of back wall of thorax, initial encounter (S29.012A)
10. Segmental and somatic dysfunction of thoracic region (M99.02)
11. Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA)
12. Strain of muscle, fascia and tendon of lower back, initial encounter (S39.012A)
13. Segmental and somatic dysfunction of lumbar region (M99.03)
14. Sprain of anterior cruciate ligament of left knee, sequela (S83.512S)
15. Segmental and somatic dysfunction of lower extremity (M99.06)
16. Contusion of left knee, initial encounter (S80.02XA)

**PLAN**

Follow up per care plan.

Based on subjective and objective data, today's treatment consists of:

- Electrical Stimulation-2 consisting of high-volt pulsed current was provided specifically to neck, low back, left knee, to reduce muscle spasm, reduce edema, Reduce pain by 25%..
- Ultrasound consisting of pulsed was provided specifically to low back for 8 minutes (1 unit), to facilitate healing of inflamed and injured neurological and musculoskeletal tissues, reduce swelling/inflammation.
- Ice/Heat consisting of cryotherapy was provided specifically to neck, low back, upper back, mid back, to decrease pain, reduce swelling/inflammation.
- Mechanical Traction consisting of intersegmental traction was provided specifically to neck, upper back, mid back, low back, to stretch ligaments, facet distraction.

Patient received care without incident.

(Electronic Signature)
Provider Name: Michael Frady-Lithonia, DC
Date: 01/04/2021      05:01 PM

Piedmont Injury and Rehab-Stockbridge
1550 Rock Quarry Road Suite B
Stockbridge, GA 30281-6326
(678) 782-7246

**Initial Exam**

Patient Name: Priscilla Williams — 12151             Provider: Michael Frady-Lithonia, DC
Date of Birth: 8/18/1972                              Date of Service: 12/28/2020

## SUBJECTIVE

HISTORY OF PRESENT ILLNESS

 She has never experienced this condition before.
 Accident occurred on 10/26/2020 at approximately 7:30 PM.
 I was in walmrt at the checkout counter, I walked over to the cooler to get a soda and I slipped and fell when I stepped on smushed grapes on the floor.
 Symptoms reported: I fell on my left knee, my neck jolted and my body twisted when I fell. It was a very painful and embarrassing accident.
 During consultation the patient complained of neck pain and headache, middle back pain, lower back pain and left knee pain.   All of these complaints began following a slip and fall on 10/26/20.
Primary Complaint: Low back, Mid back

- Dull, Burning, Aching pain: 9/10
  Radiates to (posterior) left-knee. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL); increased by standing, sitting and torso motion; decreased by heat.

Second Complaint: Neck

- Dull, Aching pain: 8/10
  Radiates to (posterior) head. Described as frequent to constant (up to between 75% and 100% of day) of moderate intensity (requires significant or complete modification to ADL).

PAST, FAMILY, SOCIAL HISTORY

 Surgeries/Hospitalizations:  None reported
 Allergies: None reported
 Medications: None reported
 Prior conditions: High blood pressure and fibroid tumors

## OBJECTIVE

Height: 63 in     Weight: 185 lbs     BMI: 32.8
Pulse rate: 55 BPM (relaxed)     Respiratory Rate: 12 bpm
Blood Pressure (seated): right -N/A     left-155/108 mmHg

Demeanor: coherent and relaxed.

PALPATORY FINDINGS

 Spinal asymmetry/fixation: C1; C5; C7; T1; L2; L5; Right SI - PI.
 Extremity/other: Right Knee.

 Tenderness

| Left Side | Right Side |
|---|---|
| • Lower Back (moderate-severe) | • Lower Back (moderate) |
| • Pelvis (moderate) | • Cervical Spine (moderate) |
| • Thoracic Spine (moderate-severe) | |
| • Cervical Spine (moderate) | |
| • Posterior Knee (moderate) | |

Spasm/Hypertonicity

| Left Side | Right Side |
|---|---|
| • Multifidus (moderate) | • Multifidus (moderate) |
| • Erector Spinae (moderate) | |
| • Gluteus Medius (mild-moderate) | |
| • Splenius Cervicis (moderate) | |

Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 12/28/2020          EXHIBIT A

Trigger Points

Left Side                                          Right Side
- Trapezius (mild-moderate)                        ---
- Lower Back (mild-moderate)

Edema

Left Side                                          Right Side
- Posterior Knee (mild)                            ---

## GAIT
Ambulation: Pain.
Gait: Visual Limp.  left knee pain.

## ORTHOPEDIC AND NEUROLOGICAL TESTS

| Test | Left | Right | Comment |
|------|------|-------|---------|
| Anterior Drawers Test | WNL | WNL | Exacerbation of pain but no indication of ligament or other instability on testing. |
| MCL Stability Test | WNL | WNL | Exacerbation of pain but no indication of ligament or other instability on testing. |

Foramina Compression, Cervical Distraction, Shoulder Depressor, Lumbar Facet Loading, Bilateral Straight Leg Raiser, Soto Hall, Posterior Drawers Test and LCL Stability Test are within normal limits.

## RANGE OF MOTION
Cervical ROM

| Test | Measurement | Limited By | Comment |
|------|-------------|------------|---------|
| Flexion | 45° (90% of normal) | Pain | |
| Left Lateral Flexion | 35° (77% of normal) | Pain, Guarding | |
| Right Rotation | 65° (81% of normal) | Pain, Spasm, Guarding | |

Extension, Right Lateral Flexion and Left Rotation are within normal limits.

Lumbar ROM

| Test | Measurement | Limited By | Comment |
|------|-------------|------------|---------|
| Flexion | 45° (75% of normal) | Pain, Spasm, Guarding | |
| Extension | 20° (80% of normal) | Pain, Guarding | |

Knee ROM

| Test | Measurement | Limited By | Comment |
|------|-------------|------------|---------|
| Flexion | L: 90° (69% of normal) R: | Pain | |

## MUSCLE STRENGTH
Upper Muscle Strength

| Location | Left | Right | Comment |
|----------|------|-------|---------|
| Cervical Flexors/Extensors | 4/5 | 4/5 | |
| Cervical Rotators | 4/5 | WNL | |
| Shoulder Abductors | 4/5 | WNL | |
| Shoulder Lateral Rotators | 4/5 | WNL | |

*0-No-muscle-activity; 1-Flicker-of-movement; 2-Movement-with-gravity-eliminated; 3-Movement-against-gravity-only; 4-Movement-against-gravity-with-some-resistance; 5-Movement-against-gravity-with-full-resistance.*

Lower Muscle Strength

| Location | Left | Right | Comment |
|----------|------|-------|---------|
| Hip Flexors | 4/5 | WNL | |
| Hip Extensors | 4/5 | 4/5 | |
| Knee Flexors | 4/5 | WNL | |
| Knee Extensors | 4/5 | WNL | |

EXHIBIT A
Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 12/28/2020

*0-No-muscle-activity; 1-Flicker-of-movement; 2-Movement-with-gravity-eliminated; 3-Movement-against-gravity-only; 4-Movement-against-gravity-with-some-resistance; 5-Movement-against-gravity-with-full-resistance.*

## ASSESSMENT
Stage of Care: Passive / acute

## DIAGNOSES
1. Cervicalgia (M54.2)
2. Pain in thoracic spine (M54.6)
3. Low back pain (M54.5)
4. Pain in left knee (M25.562)
5. Sprain of ligaments of cervical spine, initial encounter (S13.4XXA)
6. Strain of muscle, fascia and tendon at neck level, initial encounter (S16.1XXA)
7. Segmental and somatic dysfunction of cervical region (M99.01)
8. Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA)
9. Strain of muscle and tendon of back wall of thorax, initial encounter (S29.012A)
10. Segmental and somatic dysfunction of thoracic region (M99.02)
11. Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA)
12. Strain of muscle, fascia and tendon of lower back, initial encounter (S39.012A)
13. Segmental and somatic dysfunction of lumbar region (M99.03)
14. Sprain of anterior cruciate ligament of left knee, sequela (S83.512S)
15. Segmental and somatic dysfunction of lower extremity (M99.06)
16. Contusion of left knee, initial encounter (S80.02XA)

## LONG-TERM GOALS
- Restore function and tolerance to activity to pre-injury state.
- Reduce pain in the areas of injury.
- Restoring tolerance to normal activities of daily living.
- Restore normal segmental and global spinal ROM.

## AGGRAVATING CONDITIONS
- Job requires repetitive motion with hands/wrist
- Job requires sitting for long periods

## PLAN
Follow up per care plan.

## CARE PLAN DETAILS
Based on the findings, there will be 3 stages of care; Passive / acute, Subacute / Corrective, and Strengthening / Corrective.

Based on the patient's condition, re-evaluations are planned, for each stage of care, to assess the benefits of care and ensure functional improvement.

During the Passive / acute stage, the following services will be provided:
- 98941 - CMT 3-4 Regions consisting of diversified technique will be performed to the Neck, Low Back, Mid Back, Upper Back, specifically to the Cervical Vertebrae, Thoracic Vertebrae, Lumbar Vertebrae, to increase mobility/range of motion, facilitate healing of inflamed and injured neurological and musculoskeletal tissues, decrease pain, and Reduce pain by 25%.. This will be provided 3 times per week for 4 weeks.
- 98943 - Extraspinal CMT will be performed to the Knee (left), to decrease pain, improve function, and reduce soft tissue and joint stress. This will be provided 3 times per week for 4 weeks.
- 97014 - Electrical Stimulation-2 consisting of high-volt pulsed current will be performed to the Neck, Low Back, and Knee (left), to reduce muscle spasm, reduce edema, and Reduce pain by 25%.. This will be provided 3 times per week for 4 weeks.
- 97012 - Mechanical Traction consisting of intersegmental traction will be performed to the Neck, Upper Back, Mid Back, and Low Back, to stretch ligaments and facet distraction. This will be provided 3 times per week for 4 weeks.
- 97035 - Ultrasound consisting of pulsed will be performed to the Neck, Low Back, and Knee (left), to facilitate healing of inflamed and injured neurological and musculoskeletal tissues and reduce swelling/inflammation. 1 unit will be provided 3 times per week for 4 weeks.

Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 12/28/2020

- 97010 - Ice/Heat consisting of cryotherapy will be performed to the Neck, Low Back, Upper Back, and Mid Back, to decrease pain and reduce swelling/inflammation.  This will be provided 3 times per week for 4 weeks.
- 99213 Re-evaluations will be performed once every 4 weeks.

During the Subacute / Corrective stage, the following services will be provided:

- 98941 - CMT 3-4 Regions consisting of diversified technique will be performed to the Neck, Upper Back, Mid Back, Low Back, specifically to the Cervical Vertebrae, Thoracic Vertebrae, Lumbar Vertebrae, to restore spinal movement, improve function, and Reduce pain by 50%..  This will be provided 3 times per week for 4 weeks.
- 98943 - Extraspinal CMT will be performed to the Knee (left), to decrease pain, improve function, and reduce soft tissue and joint stress.  This will be provided 3 times per week for 4 weeks.
- 97012 - Mechanical Traction consisting of intersegmental traction will be performed to the Neck, Upper Back, Mid Back, and Low Back, to stretch ligaments and facet distraction.  This will be provided 3 times per week for 2 weeks.
- 97032 - Electric Stim - Attended will be performed to the Neck and Low Back, to decrease pain, reduce muscle spasm, decrease edema, and Reduce pain by 50%..  1 unit will be provided 3 times per week for 2 weeks.
- 97035 - Ultrasound consisting of pulsed will be performed to the Neck and Low Back, to facilitate healing of inflamed and injured neurological and musculoskeletal tissues and reduce swelling/inflammation.  1 unit will be provided 3 times per week for 2 weeks.
- 97110 - Therapeutic Exercise (Ea. 15 Min) consisting of lower body cycle will be performed to the Neck, Low Back, Upper Back, Mid Back, and Shoulder (both), to increase mobility/range of motion, restore muscle balance, increase strength, increase core muscle strength, and increase blood flow to affected tissues.  1 unit will be provided 3 times per week for 4 weeks.
- 97010 - Ice/Heat, with the hydrocollator - moist heat device, consisting of moist heat will be performed to the Neck and Low Back, to decrease pain, reduce swelling/inflammation, and increase blood flow to tissues.  This will be provided 3 times per week for 2 weeks.
- 99213 Re-evaluations will be performed once every 4 weeks.

During the Strengthening / Corrective stage, the following services will be provided:

- 98941 - CMT 3-4 Regions consisting of diversified technique will be performed to the Neck, Upper Back, Mid Back, Low Back, specifically to the Cervical Vertebrae, Thoracic Vertebrae, Lumbar Vertebrae, to restore pain-free spinal movements, break-up adhesions, and Reduce pain by 100%..  This will be provided 2 times per week for 2 weeks.
- 97012 - Mechanical Traction consisting of intersegmental traction will be performed to the Neck, Upper Back, Mid Back, and Low Back, to stretch ligaments and facet distraction.  This will be provided 2 times per week for 2 weeks.
- 97110 - Therapeutic Exercise (Ea. 15 Min) consisting of lower body cycle will be performed to the Neck, Low Back, Upper Back, Mid Back, and Shoulder (both), to increase mobility/range of motion, restore muscle balance, increase strength, increase core muscle strength, and increase blood flow to affected tissues.  1 unit will be provided 2 times per week for 2 weeks.
- 97124 - Massage (Ea 15 Min) consisting of Vibratory massager will be performed to the Neck, Upper Back, Mid Back, and Low Back, to break-up adhesions and increase blood flow to affected tissues.  1 unit will be provided 2 times per week for 2 weeks.
- 99213 Re-evaluations will be performed once every 4 weeks.

The patient will be re-evaluated at the end of care, with Level 3 (99213), at which time the next phase of care will be discussed.

Care Plan and treatment are subject to change dependent on patient's compliance and response to care.

TODAY'S TREATMENT
Based on subjective and objective data, today's treatment consists of:

- Electrical Stimulation-2 consisting of high-volt pulsed current was provided specifically to neck, low back, left knee, to reduce muscle spasm, reduce edema, Reduce pain by 25%..
- Ultrasound consisting of pulsed was provided specifically to low back for 8 minutes (1 unit), to facilitate healing of inflamed and injured neurological and musculoskeletal tissues, reduce swelling/inflammation.
- Ice/Heat consisting of cryotherapy was provided specifically to neck, low back, upper back, mid back, to decrease pain, reduce swelling/inflammation.
- Stim Pads was provided specifically to low back, neck, to decrease pain.
- Mechanical Traction consisting of intersegmental traction was provided specifically to neck, upper back, mid back, low back, to stretch ligaments, facet distraction.
- New Patient evaluation and management service, 99203, was provided today.

EXHIBIT A

Williams, Priscilla — DOB: 8/18/1972 — Date of Service: 12/28/2020

Patient received care without incident.

(Electronic Signature)
Provider Name: Michael Frady-Lithonia, DC
Date: 01/04/2021       11:04 AM

EXHIBIT A

Piedmont Injury and Rehabilitation Center, LLC
7525 Covington Hwy, Suite D, Lithonia, GA 30058

## PATIENT INFORMATION

Patient Name: Priscilla Williams

Today's Date: 12/28/20 (14)

Social Security Number: 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  Birth Date: 8/18/72  Age: 48  Gender: (F) M

Driver's License number: _____  State: Ga

Patient's E-mail address: tamcamiui @ yahoo.com

If you are under 18 years of age, who are your legal parents or guardian?

Father: _____ Date of Birth: __/__/__ Phone: (___) _____
Mother: _____ Date of Birth: __/__/__ Phone: (___) _____
Guardian: _____ Date of Birth: __/__/__ Phone: (___) _____

Who do you normally live with? ☐ Mother and Father  ☐ Father  ☐ Mother  ☐ Legal Guardian  ☐ None of these

Marital Status: ☐ Married  ☑ Separated  ☐ Widowed  ☐ Single  How many children? 2

CURRENT ADDRESS
4862  Street 4862 Ozment Trail
City Lithonia  State Ga  Zip ~~30030~~ 30038
Phone (478) 538-2251

OTHER ADDRESSES WHERE YOU RESIDE (e.g., parents' home, any other address where you regularly reside)
Street _____
City _____ State _____ Zip _____
Phone (___)

Your Occupation Gift Basket Designer  Employer Self Employed
Work Address 4862 Ozment Trail  Work Phone (478) 538-2251
Student at _____  ☐ FULL-TIME  ☐ PART-TIME

Name of Spouse _____  Spouse's Date of Birth __/__/__
Spouse's Occupation _____  Spouse's Employer _____
Spouse's Work Address _____  Work Phone (___) _____
Spouse is a student at _____  ☐ FULL-TIME  ☐ PART-TIME

Who should we contact in the event of an emergency? Shantavius Serrano  Relationship of emergency
contact to patient: Daughter  Phone (470) 306-9371
Address of contact person 2711 Ratcheff Loop Dr. Apt. A Clovis New Mexico
How did you learn about us? Referred by Doctor

# Patient Questionnaire—Auto-Accident

Patient Name: _Priscilla Williams_     Today's Date: __/__/__

Date of Exam: __/__/__     Provider: _____     New Patient ☐ Yes ☐ No

## Basic Information about the Accident:

Date Accident Occurred or Started: _10/26/80_     Time of Day when Accident Occurred or Started: _7:30_ AM / ⓅM

Describe how the Accident took place: _I was in WalMart at the check out counter. When I walked over to the cooler to get a soda and I slipped and fell when I stepped on a smushed grapes on the floor._

Describe the condition or symptoms caused by the Accident: _I fell on my left knee my neck jolted and my body twisted when I fell. It was a very painful + embarrassing accident._

## Auto-Accident Specific Information:

_Slip + Fall_

_Neck & LBP_
_Left knee - Radicular_
_(R) in to left leg_
_HA_

Were you the: ☐ Driver  ☐ Passenger  ☐ Pedestrian

Automobile you were in: Year _____ Make _____ Model _____

Damage to your car: ☐ Front  ☐ Rear  ☐ Pedestrian  ☐ Driver Side  ☐ Passenger Side  ☐ Bumper  ☐ Fender

Damage Amount Estimate: $_____ : ☐ Minor  ☐ Major  ☐ Totaled

Other Automobile: Year _____ Make _____ Model _____

Damage to other car: ☐ Front  ☐ Rear  ☐ Pedestrian  ☐ Driver Side  ☐ Passenger Side  ☐ Bumper  ☐ Fender

☐ Minor  ☐ Major  ☐ Totaled

Where did the accident happen? Street Names: _WalMart in McDonough Ga_   City/State: _McDonough Ga_

Was it? ☐ Controlled Intersection  ☐ Uncontrolled  ☐ Not Intersection

Was there a traffic light? ☐ None  ☐ Green  ☐ Red  ☐ Turn Arrow  ☐ Stop Sign

Were you: ☐ Slowly Moving  ☐ Moving  ☐ Stopped

Weather Conditions: ☐ Sunny  ☐ Rainy  ☐ Cloudy

Street Surface: ☐ Dry  ☐ Wet  ☐ Slick  ☐ Icy  ☐ Pavement  ☐ Other _____

Type of Impact: ☐ Rear end  ☐ Front  ☐ Side Impact  ☐ Roll Over

Brakes on Impact: ☐ Locked Tight  ☐ Loosely Applied  ☐ Foot not on brake

How far did your car move? ☐ Did not move  ☐ Moved 1-5 ft  ☐ Moved 6-10 ft  ☐ Moved over 10 ft

Where were you seated in the vehicle: _____     Wearing Seat belt? ☐ Yes  ☐ No

Shoulder harness: ☐ Yes  ☐ No     Headrest: ☐ Yes  ☐ No     Headrest Position: ☐ Up  ☐ Down

Is the car equipped with airbags? ☐ Yes  ☐ No     Did they deploy? ☐ Yes  ☐ No

Did you see the impact coming? ☐ Yes  ☐ No     Did you brace yourself for impact? ☐ Yes  ☐ No

On impact, your head was looking: ☐ Ahead  ☐ Behind  ☐ Up  ☐ Down  ☐ To the Right  ☐ To the Left

On impact were you: ☐ Thrown forward  ☐ Thrown backwards  ☐ Thrown sideways  ☐ Other _____

Did your body hit anything inside the car? ☐ Yes  ☐ No  Body Part: _____

What did it hit? _____

EXHIBIT A

Head trauma? ☐ Yes ☑ No   Loss of Consciousness? ☐ Yes ☑ No   For how long? _____

Do you remember the accident happening? ☑ Yes ☐ No

Hospital? ☑ Yes ☐ No   Name of hospital: _Hillandale_   How long there? _2 hrs_

Taken by ambulance? ☐ Yes ☑ No

X-rays taken? ☑ Yes ☐ No   X-ray areas: ☐ Neck ☐ Mid-back ☐ Low-back ☐ Other X-rays ①knee

Medication Given? ☐ Yes ☐ No   RX: _____

Other instruction: _____   Follow-up: _____

## Additional Information Related to the Condition:

Describe your pain: ☑ Burning ☐ Sharp ☐ Dull ☑ Ache

What caused it? _the fall couse aggravated My Neck + lower back_

What aggravates it? _Sitting or standing too long + just doing everyday activities_

What relieves it? _heating pad, + Massager_

Has the Patient ever had the same or similar condition or symptoms previous to this most recent occurrence? ☐ Yes ☐ No

When? ___/___/___

Describe: _____

_____

_____

_____

Please indicated any other healthcare providers who the Patient has seen for the condition or symptoms:

| Name | Type of Licensure | Date of Last Visit |
|------|-------------------|--------------------|
| _____ | _____ | ___/___/___ |
| _____ | _____ | ___/___/___ |

Please check any of the following symptoms you are now experiencing:

☑ Headache      ☐ Dizziness          ☐ Light Bothers Eyes      ☐ Diarrhea          ☑ Head seems too heavy      ☑ Neck Pain
☐ Loss of Memory ☐ Clumsiness        ☐ Feet Cold               ☑ Neck Stiff        ☐ Tingling in arms/hands    ☐ Ears Ring
☐ Hands Cold     ☑ Sleeping Problems ☐ Tingling in legs/feet   ☐ Face Flushed      ☐ Nausea                    ☑ Back Pain
☐ Numbness in arms/hands ☐ Buzzing in Ears ☐ Constipation       ☐ Nervousness       ☐ Numbness in legs/feet     ☑ Loss of Balance
☐ Cold Sweats    ☐ Tension           ☐ Shortness of Breath     ☐ Fainting          ☐ Fever                     ☐ Fatigue
☑ Irritability   ☐ Loss of Smell     ☐ Chest pain/rib pain     ☐ Pain in arms/hands ☐ Pain in legs/feet        ☐ Jaw pain
☐ Loss of strength – arms ☑ Burning muscle pain ☐ Loss of strength – legs ☐ Difficulty swallowing ☑ Sharp/shooting pain

Other _____

Have you experienced changes to:

☐ Eyes (sight)   ☐ Ears (hearing)   ☐ Nose (smell)   ☐ Mouth (taste)   ☐ Bladder

☐ Bowels   ☐ Sleep   ☑ Emotion   ☐ Appetite

Please Explain: _probably, can't lay back to sleep_

Have you missed work or school due to your injuries? ☐ Yes ☑ No

Do you smoke? ☐ Yes ☑ No  Number of packs: _____

Do you drink alcohol? ☐ Yes ☑ No  Number of Drinks _Special Occassions_

Notes: _____
_____
_____
_____

## Medical History:

Have you ever been in our office before? ☐ Yes ☑ No

List any previous accidents (automobile, on the job injuries, slips, falls, sports, etc.) and provide the accident date:

1) _I was hit from behind at Traffic_  03.02.20
2) _light. I was at Red Light &_  _/ /_
3) _Car hit me from behind._  _/ /_

Surgeries/Hospitalizations: _back & neck injections_

Allergies (please list all): _____

Medications: _____
_____

Do you now or have you ever had:

☐ Heart Disease      ☐ Diabetes           ☐ Cancer          ☐ Stroke         ☑ High Blood Pressure      ☐ Thyroid Problems
☐ Tuberculosis       ☐ Prostate Disorder  ☐ Kidney Problems ☐ Asthma         ☐ Ulcer                    ☐ Seizure Disorder
Other: _Fibroid Tumors_

WOMEN ONLY: Are you pregnant or is there any possibility you may be pregnant? ☐ YES ☑ NO ☐ UNCERTAIN

I understand and agree that health and accident insurance policies are an arrangement between my insurance company and myself – not between my insurance company and this office.  I agree to pay my estimated patient responsibility and further understand that the estimated responsibility is neither a guarantee of payment by my insurance company, nor necessarily an accurate reflection of my actual responsibility as determined by my insurance company upon processing of my claims. In the event that my insurance company does not pay on my charges at the estimated rate or within a reasonable period of time, upon request of this office I will immediately pay the balance owing on my account unless otherwise agreed to in writing. I understand that an interest charge may appear on all accounts over 90 days. I further understand and agree, that if this office must take any action to collect an outstanding balance on my account, I will be responsible for payment and will reimburse this office for all costs of such collection efforts, including, but not limited to, all court costs and attorney fees.

I authorize this office to release any medical information relating to my treatment to any insurance companies which may be responsible for paying benefits to me, and to any attorney s who may be representing me due to my condition, and to complete any usual and customary reports and forms at no charge to assist in collecting from my insurance companies, attorneys, or other payers.

I have read, understood, and agree to the foregoing. The information which I have provided is true and complete to the best of my knowledge.

Patient's Signature: _____  Date: _12/28/20_

EXHIBIT A

# PIEDMONT INJURY AND REHABILITATION CENTER, LLC
### 7525 COVINGTON HWY SUITE D LITHONIA, GA 30058
### PH 678-782-7246

### LIEN AND AUTHORIZATION
### INSURANCE BENEFITS AND ATTORNEY

Claim/File #: _____    Insured: _____

Date of Loss: 10-26-20    Address: _____

Patient: PRiScilla Williams    Policy #: _____

DOB: 08-18-72

To Whom it May Concern,

I hereby authorize and direct you, my insurance company, liability insurance adjuster, and/or my attorney, to pay directly to PIEDMONT INJURY AND REHABILITATION CENTER LLC, 7525 Covington Hwy Suite D Lithonia, GA 30058, such sums as may be due and owing this office for services rendered me, both by reason of accident or illness, and by reason of any other bills that are due this Office and to withhold such sums from disability benefits, medical payments benefits, No Fault benefits, health and accident benefits, workmen's compensation benefits, or any insurance benefits obligated to reimburse me or from any settlement, judgment or verdict on my behalf as may be necessary to adequately protect said Office. I hereby further give a lien to said office against any and all insurance benefits named herein and any and all proceeds of any settlement, judgment or verdict which may be paid to me as a result of the injuries or illness for which I have been treated by said Office.

I understand that I remain personally responsible for the total amounts due the Office for their services. I further understand and agree that this Lien and Authorization does not constitute any consideration for the Office to await payments and they may demand payments from me immediately upon rendering services at their option, and I understand that such payment is not contingent on any settlement, judgment or verdict by which I may eventually recover said fee. This agreement is made solely for said provider's additional protection and in consideration of the Medical Service Provider awaiting payment on this matter.

I authorize the Office to release any information pertinent to my case to any insurance company, adjustor, or attorney to facilitate collection under this Lien and Authorization. I agree that the above-mentioned Office by given Power of Attorney to endorse/sign my name on any and all checks for payment of my doctor bill. I hereby instruct that in the event another attorney is substituted in this matter, the new attorney honor this lien as an inherent to the settlement and enforceable upon the case as if it were executed by him/her. A photocopy of this Agreement shall be considered as effective and valid as the original.

Date: 12/26/20    Signed: _____

Witness: _____

The undersigned being attorney of record for the above patient does hereby agree to observe all the terms of the above and agrees to withhold such sums from any settlement, judgment or verdict as may be necessary to adequately protect the above named Office.

Date: _____    Signed: _____

# PIEDMONT INJURY AND REHABILITATION CENTER, LLC
## 7525 COVINGTON HWY SUITE D LITHONIA, GA 30058
### PH 678-782-7246

### LIEN AND AUTHORIZATION
### INSURANCE BENEFITS AND ATTORNEY

Claim/File #: _____          Insured: _____

Date of Loss: **10-26-20**                      Address: _____

Patient: **Priscilla Williams**                 Policy #: _____

DOB: **08-18-72**

To Whom it May Concern,

I hereby authorize and direct you, my insurance company, liability insurance adjuster, and/or my attorney, to pay directly to PIEDMONT INJURY AND REHABILITATION CENTER LLC, 7525 Covington Hwy Suite D Lithonia, GA 30058, such sums as may be due and owing this office for services rendered me, both by reason of accident or illness, and by reason of any other bills that are due this Office and to withhold such sums from disability benefits, medical payments benefits, No Fault benefits, health and accident benefits, workmen's compensation benefits, or any insurance benefits obligated to reimburse me or from any settlement, judgment or verdict on my behalf as may be necessary to adequately protect said Office. I hereby further give a lien to said office against any and all insurance benefits named herein and any and all proceeds of any settlement, judgment or verdict which may be paid to me as a result of the injuries or illness for which I have been treated by said Office.

I understand that I remain personally responsible for the total amounts due the Office for their services. I further understand and agree that this Lien and Authorization does not constitute any consideration for the Office to await payments and they may demand payments from me immediately upon rendering services at their option, and I understand that such payment is not contingent on any settlement, judgment or verdict by which I may eventually recover said fee. This agreement is made solely for said provider's additional protection and in consideration of the Medical Service Provider awaiting payment on this matter.

I authorize the Office to release any information pertinent to my case to any insurance company, adjustor, or attorney to facilitate collection under this Lien and Authorization. I agree that the above-mentioned Office by given Power of Attorney to endorse/sign my name on any and all checks for payment of my doctor bill. I hereby instruct that in the event another attorney is substituted in this matter, the new attorney honor this lien as an inherent to the settlement and enforceable upon the case as if it were executed by him/her. A photocopy of this Agreement shall be considered as effective and valid as the original.

Date: **12/26/20**                               Signed: _____

                                                 Witness: _____

The undersigned being attorney of record for the above patient does hereby agree to observe all the terms of the above and agrees to withhold such sums from any settlement, judgment or verdict as may be necessary to adequately protect the above named Office.

Date: **12/30/20**                               Signed: _____



EXHIBIT A

# PIEDMONT INJURY & REHAB CENTER

389.00

## Oswestry-Type pain-Disability Questionnaire*

NAME: Priscilla Williams

Date: 12/28/20

*This questionnaire has been designed to give the examiner information about pain and how it affects your ability to manage in everyday life. Please circle, in each section, only ONE statement that most closely applies to you.*

**Section 1: Pain intensity**
1. I can tolerate the pain I have without using painkillers.
2. The pain is bad, but I manage without asking painkillers.
3. Painkillers give complete relief from pain.
4. Painkillers give moderate relief from pain.
5. Painkillers give very little relief from pain.
6. Painkillers have no affect on the pain, I don't use them.

**Section 2: Personal care (washing, dressing, etc.)**
1. I can look after myself normally, without causing extra pain.
2. I can look after myself normally, but it causes extra pain.
3. It is painful to look after myself, and I am slow and careful.
4. I need some help, but I manage most of my personal care.
5. I need help everyday in most aspects of self care.
6. I do not get dressed. I wash with difficulty and stay in bed.

**Section 3: Lifting**
1. I can lift heavy weights without increased pain.
2. I can lift heavy weights, but it gives me added pain.
3. Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned, such as on a table.
4. Pain prevents me from lifting heavy weights if they are conveniently positioned.
5. I can lift only very light weights.
6. I cannot lift or carry anything at all.

**Section 4: Walking**
1. Pain does not prevent me from walking any distance.
2. Pain prevents me from walking more than 1 mile.
3. Pain prevents me from walking more than 1/2 mile.
4. Pain prevents me from walking more than 1/4 mile.
5. I can only walk using a cane or crutches.
6. I am in bed most of the time and have to crawl to the toilet.

**Section 5: Sitting**
1. I can sit in any chair as long as I like.
2. I can only sit in my favorite chair as long as I like.
3. Pain prevents me from sitting more than 1 hour.
4. Pain prevents me from sitting more than 1/2 hour.
5. Pain prevents me from sitting more than 10 minutes.
6. Pain prevents me from sitting at all.

**Section 6: Standing**
1. I can stand as long as I want without added pain.
2. I can stand as long as I want, but it gives me added pain.
3. Pain prevents me from standing for more than 1 hour.
4. Pain prevents me from standing for more than 30 minutes.
5. Pain prevents me from standing for more than 10 minutes.
6. Pain prevents me from standing at all.

**Section 7: Sleeping**
1. Pain does not prevent me from sleeping well.
2. I can sleep well only by using sleeping tablets.
3. Even when I take sleeping tablets, I have less than 6 hours sleep.
4. Even when I take sleeping tablets, I have less than 4 hours sleep.
5. Even when I take sleeping tablets, I have less than 2 hours sleep.
6. Pain prevents me from sleeping at all.

**Section 8: Sexual Activity**
1. My sexual activity is normal and causes no extra pain.
2. My sexual activity is normal and causes some extra pain.
3. My sexual activity is nearly normal but is very painful.
4. My sexual activity is severely restricted by pain.
5. My sexual activity is nearly absent because of pain.
6. Pain prevents any sexual activity at all.

**Section 9: Social Life**
1. My social life is normal and give me no extra pain.
2. My social life is normal but increases the degree of pain.
3. Pain has no significant effect on my social life, other than limiting my more energetic interests, such as dancing.
4. Pain restricts my social life, and I do not go out often.
5. Pain has restricted my social life to my home.
6. I have no social life because of pain.

**Section 10: Traveling**
1. I can travel anywhere without added pain.
2. I can travel anywhere, but it gives me added pain.
3. Pain is bad, but I manage journeys of more than 2 hours.
4. Pain restricts me to journeys of less than 1 hour.
5. Pain restricts me to short, necessary journeys that take no longer than 30 minutes.
6. Pain prevents me from traveling, except to the doctor or to the hospital.

**Scoring:**
Each item is given a point value ranging from 0-5, from top to bottom, for a potential total score of 0-50.
The score is doubled for a total percentage score. If an item is not answered, (or an answer is made up by the patient) it is dropped from the total potential score and the total percentage is calculated using the remaining answers.
The percentages are interpreted as follows:
  0%-20% indicates minimal disability in the activities of daily living (ADL)
  20%-40% indicates moderate ADL disability
  40%-60% indicates severe ADL disability
  60%-80% indicates crippled ADL disability
  80%-100% symptom magnification or bed bound.

EXHIBIT A

## REGIONAL MEDICAL GROUP, LLC
Frank Rasler, M.D.

## INITIAL MEDICAL EVALUATION

Patient Name:        PRISCELA WILLIAMS
Date of Birth:        08/18/1972
Date of Accident:    10/23/2020
Date of Visit:        10/30/2020

**HISTORY OF PRESENT ILLNESS:** The patient was at a Walmart store and slipped, falling, landing on her left knee with a blunt anterior injury. She also injured her neck and back during the fall. She was seen in the emergency room where an x-ray of her knee was done apparently negative and given a prescription for Motrin, which she feels upsets her stomach. She is having no loss of function to the area, but is complaining of pain to all 3 areas. Her past history includes a MVA in March where she injured her back. She did receive some kind of injection therapy at a different clinic in Macon. Her work currently involves largely sitting, working at home, making baskets, not involved in any heavy lifting or bending.

**PHYSICAL EXAMINATION: GENERAL:** The patient is alert, calm, in no distress. **NEUROVASCULAR:** Motor to all extremities is normal. **MUSCULOSKELETAL:** There is nonlocalized tenderness to the cervical and lumbar spine. There is some slight tenderness to the upper thoracic spine, but the rest of the thoracic spine is nontender. She has mild-to-moderate restriction range of motion of both the neck and the back. In the left knee, she says there is no bruising. There is nonlocalized tenderness about the anterior and medial knee. The lateral and posterior aspects appear uninvolved. Range of motion is causing moderate pain and deep knee bending is difficult for her.

**ASSESSMENT:** Post fall injury to left knee, M25.567 neck, M54.2 and lower back. M54.5

**PLAN:** The patient will follow up next week after MRI scanning in view of her areas of pain. The lumbar appears less of a problem than the neck. However, since she had prior MRI findings, she may have caused recurrence of her disk disease in the lumbar aspect. Her knee could possibly be just a contusion type injury. However, her deep knee bending appears difficult. She was placed in a knee and soft cervical collar splint. She does have a back brace at home to wear.

_____
Frank Rasler, M.D.
Dictated but not read

FR/MODL

EXHIBIT A

Priscela WILLIAMS                                                                 Page2

This document has been electronically signed by Frank Rasler, M.D. on 06-Nov-2020 at
13:59:59.

EXHIBIT A

**REGIONAL MEDICAL GROUP, LLC**
Frank Rasler, M.D.

**FOLLOW-UP EVALUATION**

Patient Name:      PRISCELA WILLIAMS
Date of Birth:      08/18/1972
Date of Accident:      10/23/2020
Date of Visit:      11/13/2020

---

**HISTORY OF PRESENT ILLNESS:**  The patient feels moderate improvement of her knee, but continues to complain of pain in the neck and back.  She is known to have lower back problems from prior injury.  MRI scan findings were reviewed with her in the clinic today.  The MRI of the knee showing sprain, the C-spine showing multilevel disk disease, and the lumbar spine disk disease at L4-S1.  She has occasionally complained of some very brief feeling of numbness to her left arm and leg, lasting a few seconds with no other extremity complaint.  She is wearing her soft neck collar and back brace and having moderate difficulty with sleep.  Motrin is upsetting her stomach.

**PHYSICAL EXAMINATION:**  She is alert and in no distress.  Neurovascular, motor to the extremities is normal.  The knee has an adequate range of motion and she is ambulating well with her knee splint.  Both the neck and the lumbar region have moderate decrease in range of motion secondary to pain.  There is no point tenderness to palpation.

**ASSESSMENT:**  Post fall multilevel cervical, M50.20 and lumbar disk disease, M51.27 and sprain to left knee. S83.242

**PLAN:**  The patient will follow up with Pain Management for her disks issues including her chronic low back pain and follow up regarding her knee in about 3 weeks' time.  She was given a prescription for Ultram for pain.

_____
Frank Rasler, M.D.
Dictated but not read

FR/MODL

This document has been electronically signed by Frank Rasler, M.D. on 15-Nov-2020 at 10:30:39.

**REGIONAL MEDICAL GROUP, LLC**

EXHIBIT A

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| | |
|---|---|
| **Date:** | **11/18/2020 10:30** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **NEW PATIENT** |

## CHIEF COMPLAINT

The Chief Complaint is: Patient complains of neck lower back left knee pains.

## HISTORY OF PRESENT ILLNESS

The patient was at Walmart. The patient states that she was paying for items at the register. She decided to go over to the cooler to get a soda. The patient states that she slipped on some crushed grapes. The patient states that her right leg went out in front of her and the left knee hit the floor. The patient states that the area of pain is in her neck and lower back. She states that her neck pain is much worse than her lower back. The numerical pain score for the neck is a 9/10. She states that this pain is constant and is located in the neck and shoulder area. She states that the low back pain has numerical pain score of 7/10 and and the pain is located only in the mid back area. She has no pain in her legs. The patient denies weakness in the upper and lower extremity.

## CURRENT MEDICATION

Lisinopril and hormone medication

## PAST MEDICAL/SURGICAL HISTORY

High blood pressure
Hysterectomy

## ALLERGIES

No known drug allergy

## PHYSICAL FINDINGS

- Vitals taken 11/18/2020 10:49 am

| | |
|---|---|
| BP-Sitting R | 134/88 mmHg |
| Pulse Rate-Sitting | 56 bpm |
| Temp-Tympanic | 97.7 F |
| Height | 63 in |
| Weight | 185 lbs |
| Body Mass Index | 32.8 kg/m2 |
| Body Surface Area | 1.87 m2 |
| Pain Level | 8 |
| Oxygen Saturation | 98 % |

Pt was wearing a soft neck collar
HEENT-pupils equal and reactive to light with accommodation; head is normal cephalic and atraumatic
Chest-normal peripheral pulses

EXHIBIT A

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| | |
|---|---|
| **Date:** | **11/18/2020 10:30** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **NEW PATIENT** |

Lungs-normal respiratory efforti
Muscle skeletal-tenderness paraspinous muscles of her neck around C5-6 and C67 cervical
Flexion and extension was not tested due to the discomfort by the patient;  lumbar flexion is 60
degrees extension is 15 degrees with discomfort in the lower back

## ASSESSMENT
1.  Cervical herniated disc M50.2 0
2.  Cervical radiculitis  M54.1 2
3.  Lumbar herniated disc M51.26
4.  Lumbar radiculitis M54.16

## PLAN
The patient I discussed doing a transforaminal epidurals injection of the cervical spine at C5-6.
The patient I discussed the risk benefits of this procedure and all questions concerning this has
been answered this patient satisfaction.  The patient wants to proceed with the injection.

## PROCEDURE
Bilateral transforaminal epidural steroid injection at C5-6

## DESCRIPTION OF THE PROCEDURE
The patient has signed consent.
The patient was brought into the procedure room placed in prone position.  His neck was
prepared with Betadine from -C1 2 T1.  A fenestrated drape was placed over his neck.  I used a
27-gauge 3-1/2 inch spinal needle which I placed into the skin until I reached the area above the
neuroforamen at  C5-6 on the right.  Contrast was injected to ensure placement which was
confirmed with a follow-up fluoroscopy.  I then injected 20 mg of  triamcinolone with 0.1 cc of
0.5% ropivacaine.   1% lidocaine was used as anesthetic agent for the subcutaneous tissue and
fascia.  The needle was removed and was placed on the left side until I reached the area above the
neuroforamen at C5-6.  Contrast was injected to ensure placement.  This was confirmed with
fluoroscopy.  I injected 20 mg of Triamcinolone with 0.1 cc of 0.5% ropivacaine.  1% lidocaine
was used as anesthetic agent for the subcutaneous tissue and fascia.  The needle was removed and
no complication was noted

## POSTPROCEDURE DIAGNOSIS
1.  Cervical herniated disc M50.2 0
2.  Cervical radiculitis  M54.1

## ESTIMATED BLOOD LOSS
0 cc

EXHIBIT A

**Patient:**     **74503 - Priscela Williams**
**DOB:**         **08/18/1972**
**SSN:**         **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**

**Date:**        **11/18/2020 10:30**
**Provider:**    **Strother, Reginald**
**Encounter:**   **NEW PATIENT**

## PREPROCEDURE DIAGNOSIS
1. Cervical herniated disc M50.2 0
2. Cervical radiculitis  M54.1

**Reginald Strother**
**Electronically signed by: Reginald Strother, MD     Date: 11/18/2020 16:36**

**Electronically approved by: Reginald Strother, MD     Date: 11/18/20 16:36**

EXHIBIT A

**REGIONAL MEDICAL GROUP, LLC**

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| | |
|---|---|
| **Date:** | **12/02/2020 10:30** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **PAIN MANAGEMENT CONS.** |

## CHIEF COMPLAINT

The Chief Complaint is: Pt complains of lower back, neck and left knee painThe Chief Complaint is: Patient complains of neck lower back left knee pains.

## HISTORY OF PRESENT ILLNESS

 the patient is status post transforaminal epidural steroid injection of the neck.  The patient states that the relief was short-lived and has a pain of 7/10.  She still states that it feels better than before it is still there is discomfort there.  She said is not so much pain it stiffness that is causing her discomfort.  The patient states that her back also hurts but she is concentrate on her neck.  The numerical pain score for the neck is 7/10 and the low back is 8/10

## ALLERGIES

No known drug allergy

## PHYSICAL FINDINGS

- Vitals taken 12/02/2020 11:07 am

| | |
|---|---|
| BP-Sitting R | 129/81 mmHg |
| Pulse Rate-Sitting | 60 bpm |
| Temp-Temporal | 97.6 F |
| Height | 63 in |
| Weight | 191 lbs |
| Body Mass Index | 33.8 kg/m2 |
| Body Surface Area | 1.90 m2 |
| Pain Level | 8 |
| Oxygen Saturation | 97 % |

Pt was wearing a soft neck collar
HEENT-pupils equal and reactive to light with accommodation; head is normal cephalic and atraumatic
Chest-normal peripheral pulses
Lungs-normal respiratory efforti
Muscle skeletal-tenderness paraspinous muscles of her neck around C5-6 and C67 cervical
Flexion and extension was not tested due to the discomfort by the patient;  lumbar flexion is 60 degrees extension is 15 degrees with discomfort in the lower back

## ASSESSMENT

1. Cervical herniated disc M50.2 0
2. Cervical radiculitis  M54.1 2
3. Lumbar herniated disc M51.26
4. Lumbar radiculitis M54.16

Page 1

EXHIBIT A

**Patient:**      **74503 - Priscela Williams**
**DOB:**       **08/18/1972**
**SSN:**       **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**

**Date:**       **12/02/2020 10:30**
**Provider:**    **Strother, Reginald**
**Encounter:**   **PAIN MANAGEMENT CONS.**

**PLAN**
I gave a prescription naproxen 5 mg 1 p.o. twice daily #60 for the patient.  Hopefully this will reduce the stiffness in her neck.  This may also help with some of the discomfort in her left knee. The knee has an achy stiff sensation to it.  The patient I did discuss the possibly doing an injection for her lower back but she wants to wait and see what happens with her neck and with the naproxen. I will have her return in 1 week to reassess her pain level.

**Reginald Strother**
**Electronically signed by: Reginald Strother, MD     Date: 12/02/2020 13:55**

**Electronically approved by: Reginald Strother, MD     Date: 12/02/20 13:55**

EXHIBIT A

**REGIONAL MEDICAL GROUP, LLC**

| | |
|---|---|
| **Patient:** | 74503 - Priscela Williams |
| **DOB:** | 08/18/1972 |
| **SSN:** | 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 |

| | |
|---|---|
| **Date:** | 12/04/2020 11:15 |
| **Provider:** | Rasler, Frank |
| **Encounter:** | ESTABLISHED PATIENT |

## CHIEF COMPLAINT

Patient is here for reevaluation of her left knee pain. she has been seeing the spine/pain management physician for her neck and back receiving injection therapy in the neck and feeling moderate improvement in both areas.  She is going to follow-up with him next week.

Her knee is significantly improving she continues to wear the knee brace and feels some mild pain the prior MRI of her knee did suggest an MCL sprain

## PHYSICAL FINDINGS

- Vitals taken 12/04/2020 11:23 am

| | |
|---|---|
| BP-Sitting R | 124/85 mmHg |
| BP Cuff Size | Regular |
| Pulse Rate-Sitting | 69 bpm |
| Respiration Rate | 18 per min |
| Temp-Temporal | 97.6 F |
| Height | 63 in |
| Weight | 191 lbs |
| Body Mass Index | 33.8 kg/m2 |
| Body Surface Area | 1.90 m2 |
| Pain Level | 8 |
| Oxygen Saturation | 98 % |

Patient has good range of motion of her neck and back with some discomfort.
 the knee also has some mild discomfort anteriorly there is no obvious ligament laxity on the medial or lateral collateral ligaments patient ambulates with slight difficulty there is no swelling

## PLAN

Patient can recheck with me in about 5 weeks at which time I would expect near her recovery of her knee she is encouraged to continue wearing her splint for any walking to avoid any exertion of the knee and to of course follow-up with the pain/spine management physician

## ASSESSMENT

Cervical M54.2
Lumbar M54.5
Left Knee M25.562

**Frank Rasler**
**Electronically signed by: Frank Rasler MD     Date: 12/04/2020 13:44**

EXHIBIT A

| Patient: | **74503 - Priscela Williams** |
|---|---|
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| **Date:** | **12/04/2020 11:15** |
|---|---|
| **Provider:** | **Rasler, Frank** |
| **Encounter:** | **ESTABLISHED PATIENT** |

**Electronically approved by: Frank Rasler MD     Date: 12/04/20 13:44**

**REGIONAL MEDICAL GROUP, LLC** EXHIBIT A

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| | |
|---|---|
| **Date:** | **12/16/2020 11:30** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **PAIN MANAGEMENT CONS.** |

## CHIEF COMPLAINT
Neck and back pain and knee pain

## HISTORY OF PRESENT ILLNESS
The patient is here for follow-up visit.  The patient states that the naproxen made her nauseous and could not take the medication. Her back continues to hurt.  Her neck still feels okay except there is stiffness.  Her back pain has a pain score of 8/10.

## ALLERGIES
No known drug allergy

## PHYSICAL FINDINGS
- Vitals taken 12/16/2020 11:39 am

| | |
|---|---|
| BP-Sitting L | 139/86 mmHg |
| BP Cuff Size | Regular |
| Pulse Rate-Sitting | 64 bpm |
| Respiration Rate | 19 per min |
| Temp-Temporal | 97.2 F |
| Height | 63 in |
| Weight | 186 lbs |
| Body Mass Index | 32.9 kg/m2 |
| Body Surface Area | 1.88 m2 |
| Pain Level | 8 |
| Oxygen Saturation | 98 % |

Pt was wearing a soft neck collar
HEENT-pupils equal and reactive to light with accommodation; head is normal cephalic and atraumatic
Chest-normal peripheral pulses
Lungs-normal respiratory efforti
Muscle skeletal-tenderness paraspinous muscles of her neck;  lumbar flexion is 45 degrees extension is 15 degrees with discomfort in the lower back

## ASSESSMENT
1. Cervical herniated disc M50.2 0
2. Cervical radiculitis  M54.1 2
3. Lumbar herniated disc M51.26
4. Lumbar radiculitis M54.16

EXHIBIT A

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| | |
|---|---|
| **Date:** | **12/16/2020 11:30** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **PAIN MANAGEMENT CONS.** |

## PLAN

The patient will be referred to chiropractor therapy.  Patient states that she has not done this yet. We did discuss possibly trying prednisone but the patient does not want to do that.  She will be discharged in pain management after today

**Reginald Strother**
**Electronically signed by: Reginald Strother, MD     Date: 12/16/2020 12:22**

**Electronically approved by: Reginald Strother, MD     Date: 12/16/20 12:22**

**REGIONAL MEDICAL GROUP, LLC**

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| | |
|---|---|
| **Date:** | **12/30/2020 09:30** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **PAIN MANAGEMENT CONS.** |

## CHIEF COMPLAINT
Neck and back pain and knee pain

## HISTORY OF PRESENT ILLNESS
The patient is here for follow-up visit.  The patient states that the naproxen made her nauseous and could not take the medication. Her back continues to hurt.  Her neck still feels okay except there is stiffness.  Her back pain has a pain score of 8/10.

## ALLERGIES
No known drug allergy

## PHYSICAL FINDINGS
- Vitals taken 12/30/2020 10:03 am

| | |
|---|---|
| BP-Sitting L | 159/92 mmHg |
| BP Cuff Size | Regular |
| Pulse Rate-Sitting | 61 bpm |
| Respiration Rate | 19 per min |
| Temp-Temporal | 96.9 F |
| Height | 63 in |
| Weight | 186 lbs |
| Body Mass Index | 32.9 kg/m2 |
| Body Surface Area | 1.88 m2 |
| Pain Level | 8 |
| Oxygen Saturation | 97 % |

Pt was wearing a soft neck collar
HEENT-pupils equal and reactive to light with accommodation; head is normal cephalic and atraumatic
Chest-normal peripheral pulses
Lungs-normal respiratory efforti
Muscle skeletal-tenderness paraspinous muscles of her neck;  very tender right paraspinous muscle; lumbar flexion is 45 degrees extension is 15 degrees with discomfort in the lower back

## ASSESSMENT
1. Cervical herniated disc M50.2 0
2. Cervical radiculitis  M54.1 2
3. Lumbar herniated disc M51.26
4. Lumbar radiculitis M54.16
5. Lumbar facet syndrome M47.816

EXHIBIT A

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| | |
|---|---|
| **Date:** | **12/30/2020 09:30** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **PAIN MANAGEMENT CONS.** |

The patient's pain is likely due to mechanical irritation to her facet. The patient has had some the symptoms since the accident but it seems to be have escalated with chiropractic therapy. The patient stated that she had no pain until she tried to get off the table. She likely has some issues with her disc but I think the facet is the main source of problem at this moment.

**PLAN**
The patient I discussed doing a lumbar facet injection on the right at L3-4 L4-5 and L5-S1. Patient I discussed the risk and benefits of the procedure and all questions concerning this has been answered to the patient's satisfaction. She wishes to proceed with injection.

**PROCEDURE**
Right lumbar facet injection at L3-4 L4-5 and L5-S1

**DESCRIPTION OF THE PROCEDURE**
The patient has signed consent.
The patient was brought into the procedure room placed in prone position. Her back was prepared with Betadine from L1-S1. A fenestrated drape was placed over the back. The fluoroscope was rotated proximally 30 degrees to the right. I used a 5 inch 25-gauge spinal needle and placed into the skin until I reached the facet joints at L3-4 L4-5 and L5-S1 on the right. Contrast was injected to ensure placement. This was confirmed with fluoroscopy. I then injected 20 mg of triamcinolone with 0.5 cc of 1% lidocaine and 0.5% Ropivicaine 50-50 mixture At each level. The needle was removed and no complication was noted.

**POSTPROCEDURE DIAGNOSIS**
Lumbar facet syndrome M47.816

**ESTIMATED BLOOD LOSS**
0 cc

**PREPROCEDURE DIAGNOSIS**
Lumbar facet syndrome M47.816

**Reginald Strother**
**Electronically signed by: Reginald Strother, MD    Date: 12/30/2020 12:35**

EXHIBIT A

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| | |
|---|---|
| **Date:** | **12/30/2020 09:30** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **PAIN MANAGEMENT CONS.** |

**Electronically approved by: Reginald Strother, MD    Date: 12/30/20 12:35**

**REGIONAL MEDICAL GROUP, LLC** EXHIBIT A

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| | |
|---|---|
| **Date:** | **01/13/2021 09:30** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **PAIN MANAGEMENT CONS.** |

## CHIEF COMPLAINT
Neck and back pain and knee pain

## HISTORY OF PRESENT ILLNESS
The patient states that the right facet injection did give her relief.  The patient states that she did go back to the chiropractor and had some manipulations on her back and at first it felt good but she states that she cannot get off the table due to an intense discomfort.  The patient states that discomfort still continues.  The patient has stiffness as well as some aching in it.  The patient states that the pain score is 8/10.  The neck pain has tightness and with the pain score 6/10.

## ALLERGIES
No known drug allergy

## PHYSICAL FINDINGS
- Vitals taken 01/13/2021 10:11 am

| | |
|---|---|
| BP-Sitting L | 151/95 mmHg |
| BP Cuff Size | Regular |
| Pulse Rate-Sitting | 77 bpm |
| Respiration Rate | 18 per min |
| Temp-Temporal | 97.3 F |
| Height | 63 in |
| Weight | 186 lbs |
| Body Mass Index | 32.9 kg/m2 |
| Body Surface Area | 1.88 m2 |
| Pain Level | 7 |
| Oxygen Saturation | 97 % |

Pt was wearing a soft neck collar
HEENT-pupils equal and reactive to light with accommodation; head is normal cephalic and atraumatic
Chest-normal peripheral pulses
Lungs-normal respiratory efforti
Muscle skeletal-tenderness paraspinous muscles of her neck and lower back;   tender right paraspinous muscle; lumbar flexion is 45 degrees extension is 15 degrees with discomfort in the lower back

## ASSESSMENT
1. Cervical herniated disc M50.2 0
2. Cervical radiculitis  M54.1 2
3. Lumbar herniated disc M51.26

EXHIBIT A

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| | |
|---|---|
| **Date:** | **01/13/2021 09:30** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **PAIN MANAGEMENT CONS.** |

4.  Lumbar radiculitis M54.16
5.  Lumbar facet syndrome M47.816

## PLAN
- **Low back pain**
  Follow-up Appt: 1 week

The patient will have naproxen EC or enteric-coated 500 mg 1 p.o. twice daily #60 called into her pharmacy at Walmart on Farrington Road.  I will have her come back next week just to make sure that this works and then discharge her after that.

**Reginald Strother**
**Electronically signed by: Reginald Strother, MD    Date: 01/13/2021 14:04**

**Electronically approved by: Reginald Strother, MD    Date: 01/13/21 14:04**

EXHIBIT A

**REGIONAL MEDICAL GROUP, LLC**

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |

| | |
|---|---|
| **Date:** | **01/27/2021 15:00** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **PAIN MANAGEMENT CONS.** |

## CHIEF COMPLAINT
Neck and back pain and knee pain

## HISTORY OF PRESENT ILLNESS
The patient is here for follow-up visit.  The patient states that her left side of her back is very uncomfortable with a pain score of 10/10.  The patient states that the back still feels better although there is still some discomfort in it.  The patient had an injection on the right side.  The patient's finds it very difficult to function at home due to the pain.

## ALLERGIES
No known drug allergy

## PHYSICAL FINDINGS
- Vitals taken 01/27/2021 03:08 pm

| | |
|---|---|
| BP-Sitting R | 131/77 mmHg |
| BP Cuff Size | Regular |
| Pulse Rate-Sitting | 63 bpm |
| Respiration Rate | 19 per min |
| Temp-Temporal | 97.7 F |
| Height | 63 in |
| Weight | 186 lbs |
| Body Mass Index | 32.9 kg/m2 |
| Body Surface Area | 1.88 m2 |
| Pain Level | 10 |
| Oxygen Saturation | 93 % |

Pt was wearing a soft neck collar
HEENT-pupils equal and reactive to light with accommodation; head is normal cephalic and atraumatic
Chest-normal peripheral pulses
Lungs-normal respiratory efforti
Muscle skeletal- tenderness paraspinous muscles in the lower back;   lumbar flexion is 45 degrees extension is 15 degrees with discomfort in the lower back

## ASSESSMENT
1. Cervical herniated disc M50.2 0
2. Cervical radiculitis  M54.1 2
3. Lumbar herniated disc M51.26
4. Lumbar radiculitis M54.16
5. Lumbar facet syndrome M47.816

EXHIBIT A

| | |
|---|---|
| **Patient:** | **74503 - Priscela Williams** |
| **DOB:** | **08/18/1972** |
| **SSN:** | **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** |
| | |
| **Date:** | **01/27/2021 15:00** |
| **Provider:** | **Strother, Reginald** |
| **Encounter:** | **PAIN MANAGEMENT CONS.** |

**PLAN**
- **Spondylosis w/o myelopathy or radiculopathy, lumbar region**
  Follow-up Appt: PRN

The patient will be discharged from pain management to today.   The patient may have to consider chronic pain management if this does not improve.  The weather may also be playing a role in exacerbating her pain.  Hopefully this will improve when the weather warms up.

**Reginald Strother**
**Electronically signed by: Reginald Strother, MD    Date: 01/28/2021 15:35**

**Electronically approved by: Reginald Strother, MD    Date: 01/28/21 15:35**

EXHIBIT A

# TEAM REHABILITATION
## PHYSICAL THERAPY

## Daily Note

1 of 1

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/2/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

### Diagnoses

| Onset Date | Code | Description |
|---|---|---|
| 10/23/2020 | M54.2 | Cervicalgia (Excludes:cervicalgia due to intervertebral cervical disc disorder) |
| 10/23/2020 | M54.5 | Low back pain |
| 10/23/2020 | M79.18 | Myalgia, other site |

### Interventions

| Description | CPT Code | Modifiers | Minutes | Units |
|---|---|---|---|---|
| Pt re-evaluation | 97002 | | 0 | 0 |
| Therapeutic exercise | 97110 | GP | 40 | 3 |
| Neuromuscular Reeducation | 97112 | | 0 | 0 |
| Manual Therapy | 97140 | | 0 | 0 |
| PT Evaluation Low Complexity 20 Minutes | 97161 | GP | 20 | 1 |
| Therapeutic activities | 97530 | | 0 | 0 |

### Interventions Summary

| | | | | | |
|---|---|---|---|---|---|
| **Total Minutes** | 60 | **Timed Minutes** | 40 | **UnTimed Minutes** | 20 |
| **Total Units** | 4 | **Timed Units** | 3 | **UnTimed Units** | 1 |

### Treatment Notes

Date of Service 4/2/2021    Therex:  Instructions on prognosis, diagnosis, anatomy, and physiology

| |
|---|
| Electronically Signed By |
| *[signature]* PT, DPT          04/05/2021  10:46:49 AM |
| YOUNG, STEPHEN PT |
| NPI 1306285812 |
| State License #  PT010111 |

EXHIBIT A



# Plan Of Care - Initial Evaluation    1 of 4

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/2/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

## Diagnoses

| Onset Date | Code | Description |
|---|---|---|
| 10/23/2020 | M54.2 | Cervicalgia (Excludes:cervicalgia due to intervertebral cervical disc disorder) |
| 10/23/2020 | M54.5 | Low back pain |
| 10/23/2020 | M79.18 | Myalgia, other site |

## Joint Measurements

### Current Level

| Hip | Strength | | AROM | | PROM | |
|---|---|---|---|---|---|---|
| | L | R | L | R | L | R |
| Flexion | 2+/5 | 2+/5 | 55 ° | 35 ° | | |
| Extension | 3/5 | 3/5 | -10 | -10 | | |
| Abduction | 2+/5 | 2+/5 | | | | |
| Adduction | | | | | | |
| Int. Rotate | 3/5 | 3/5 | 26 ° | 24 ° | | |
| Ext. Rotate | 3/5 | 3/5 | 17 ° | 17 ° | | |
| Other | Straight Leg Raise:  L:  55  R:  55 | | | | | |

### Goal

| Hip | Strength | | AROM | | PROM | |
|---|---|---|---|---|---|---|
| | L | R | L | R | L | R |
| Flexion | | | | | | |
| Extension | | | | | | |
| Abduction | | | | | | |
| Adduction | | | | | | |
| Int. Rotate | | | | | | |
| Ext. Rotate | | | | | | |

------------------------------

### Current Level

| Cervical | Strength | ROM |
|---|---|---|
| Flexion | | 35 ° |
| Extension | | 46 ° |

### Goal

| Cervical | Strength | ROM |
|---|---|---|
| Flexion | | |
| Extension | | |

------------------------------

### Current Level

| Cervical | Strength | | ROM | |
|---|---|---|---|---|
| | L | R | L | R |
| Lat Flexion | | | 36 ° | 33 ° |
| Rotation | | | 50 ° | 55 ° |
| Other | | | | |

### Goal

| Cervical | Strength | | ROM | |
|---|---|---|---|---|
| | L | R | L | R |
| Lat Flexion | | | | |
| Rotation | | | | |

------------------------------

### Current Level

| Lumbar | Strength | ROM |
|---|---|---|
| Flexion | | 60% |
| Extension | | 30% |

### Goal

| Lumbar | Strength | ROM |
|---|---|---|
| Flexion | | |
| Extension | | |

------------------------------

### Current Level

| Lumbar | Strength | | ROM | |
|---|---|---|---|---|
| | L | R | L | R |
| Lat Flexion | | | | |
| Rotation | | | 30% | 20% |
| Other | | | | |

### Goal

| Lumbar | Strength | | ROM | |
|---|---|---|---|---|
| | L | R | L | R |
| Lat Flexion | | | | |
| Rotation | | | | |
| Other | | | | |

------------------------------



## Plan Of Care - Initial Evaluation

2 of 4

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/2/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

### Functional Analysis

Date of Service

History of Symptoms:  48 year-old female who reports a slip and fall at Wal-Mart in which she slipped on grapes on the floor landing on her knee.  Patient reports her head and neck "jolted backwards."  Patient reports her slip and fall was 10/23/2021.  Patient reports over the past 5 months she has received injections in her neck and back but unsure of what kind.  Patient reports receiving chiropractic care for the past two months and reports she is still receiving treatment. Patient describes her neck pain as pressure and stiffness across the shoulder and down through the interscapular area. Patient further reports headaches across the forehead. Patient reports her low back pain as sharpness and dull aching that is intermittent in nature.

Reason for Visit:  Direct Access

Referring Physician:

Tests-Imaging:  MRI--neck, back

Area of Symptoms:
C1:  across shoulders into interscapular area
C2:  Across low back just superior to pelvic crest
C3:

Alleviating Factors:  (N)  gentle stretching and range of motion, propping with pillow  (B)  heat, massage

Aggravating Factors:  (N)  unknown  (B)  bending, sudden movement, sitting, standing

Pain:

Worst:  (N)  8/10  (B)  10/10
Least: (N)  4/10  (B)  7/10
Current:  (N)  8/10  (B)  7/10

Comorbidities:  SEE FOTO

Home Duties-Responsibilities:  Cooking, cleaning, laundry

EXHIBIT A



# Plan Of Care - Initial Evaluation     3 of 4

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/2/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

Work Duties:  Self Employed--making gift baskets

Barriers Home & Work:  N/A

Prior Level of Function:
- Patient could bend over and perform lower body dressing without pain
- Patient can sit and perform computer work without pain
- Patient could stand and perform household cooking without pain
-
Current Deficits
- Patient can not currently bend due to pain and needs assistance with donning shoes
- Patient can not sit more than 10 minutes for driving and computer work tasks
- Patient can not stand more than 10 minutes for cooking tasks
-
FOTO:  Neck 50  Back  38

## Long Term Goals

Ambulation/Standing time increased to >60 minutes to permit meal preparation
Lifting, strength and ROM increased so patient can lift and carry objects for shopping and housework
Sitting time is unlimited permitting work and ADLs
Patient will be independent with advanced home exercise program to address physical impairments



## Plan Of Care - Initial Evaluation     4 of 4

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/2/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

### Interventions

**Frequency**    2    **Duration**        6 weeks

| Intervention | CPT Code |
|---|---|
| PT Evaluation Low Complexity 20 Minutes | 97161 |
| PT Evaluation Moderate Complexity 30 Minutes | 97162 |
| PT Evaluation High Complexity 45 Minutes | 97163 |
| PT Re-Evaluation | 97164 |
| Therapeutic exercise | 97110 |
| Neuromuscular Reeducation | 97112 |
| Manual Therapy | 97140 |
| Therapeutic activities | 97530 |

### Note Summary

Patient presents with sign and symptoms consistent with referring diagnosis of cervicalgia and low back pain

Current Limitations:  Limitations in range of motion, strength, flexibility, soft tissue and joint mobility, posture and pain.

Functional Limitations:  Deficits with standing, walking, bending, lifting and sitting for performance of household tasks

Patient is appropriate for Physical Therapy at this time and demonstrates good potential for full achievement of goals.

| | |
|---|---|
| Young, Stephen M PT          Date/Time<br>NPI 1306285812<br><small>I certify the need for these services furnished under  this plan of treatment  while under my care.</small> | **Electronically Signed By**<br>_signature_ PT, DPT          04/05/2021<br>10:46:03 AM<br>YOUNG, STEPHEN PT<br>NPI 1306285812<br>State License #  PT010111 |

Clinic Phone Number : 678-487-5920

 Clinic Fax Number : 678-487-5930

EXHIBIT A

# TEAM REHABILITATION
## PHYSICAL THERAPY

# Daily Note

1 of 2

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/5/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

## Diagnoses

| Onset Date | Code | Description |
|---|---|---|
| 10/23/2020 | M54.2 | Cervicalgia (Excludes:cervicalgia due to intervertebral cervical disc disorder) |
| 10/23/2020 | M54.5 | Low back pain |
| 10/23/2020 | M79.18 | Myalgia, other site |

## Interventions

| Description | CPT Code | Modifiers | Minutes | Units |
|---|---|---|---|---|
| Pt evaluation | 97001 | | 0 | 0 |
| Pt re-evaluation | 97002 | | 0 | 0 |
| Therapeutic exercise | 97110 | | 0 | 0 |
| Neuromuscular Reeducation | 97112 | GP | 60 | 4 |
| Manual Therapy | 97140 | | 0 | 0 |
| Therapeutic activities | 97530 | | 0 | 0 |

### Interventions Summary

| | | | | | |
|---|---|---|---|---|---|
| **Total Minutes** | 60 | **Timed Minutes** | 60 | **UnTimed Minutes** | 0 |
| **Total Units** | 4 | **Timed Units** | 4 | **UnTimed Units** | 0 |

## Progressive Exercises

| Exercise | Sets | Reps | Time | Wt/BaseColor/Level |
|---|---|---|---|---|
| hamstring stretch w/ strap 3 x 30s | | | | |
| Piriformis Stretch Supine ER 3 x 30s | | | | |
| PPT with diaphragmatic Breathing | | | | |
| PRI Glute Max ER | | | | |
| PRI Clams w/ Bolster b/ knees | | | | |
| Self STM tennis ball | | | | |

EXHIBIT A

# TEAM REHABILITATION
## PHYSICAL THERAPY

# Daily Note                                    2 of 2

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/5/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

## Treatment Notes

Date of Service 4/5/2021    Neuro-Reed:  Instructions via tactile, verbal, and visual cues for intended movement performance

---

| Electronically Signed By | |
|---|---|
| *[signature]* PT, DPT | 04/05/2021 02:28:41 PM |
| YOUNG, STEPHEN PT NPI 1306285812 State License #  PT010111 | |

# TEAM REHABILITATION
## PHYSICAL THERAPY

## Medical Necessity
1 of 3

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/7/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

### Diagnoses

| Onset Date | Code | Description |
|---|---|---|
| 10/23/2020 | M54.2 | Cervicalgia (Excludes:cervicalgia due to intervertebral cervical disc disorder) |
| 10/23/2020 | M54.5 | Low back pain |
| 10/23/2020 | M79.18 | Myalgia, other site |

### Interventions

| Description | CPT Code | Modifiers | Minutes | Units |
|---|---|---|---|---|
| Pt evaluation | 97001 | | 0 | 0 |
| Pt re-evaluation | 97002 | | 0 | 0 |
| Therapeutic exercise | 97110 | | 0 | 0 |
| Neuromuscular Reeducation | 97112 | GP | 60 | 4 |
| Manual Therapy | 97140 | | 0 | 0 |
| Therapeutic activities | 97530 | | 0 | 0 |

### Interventions Summary

| | | | | | |
|---|---|---|---|---|---|
| **Total Minutes** | 60 | **Timed Minutes** | 60 | **UnTimed Minutes** | 0 |
| **Total Units** | 4 | **Timed Units** | 4 | **UnTimed Units** | 0 |

### Progressive Exercises

| Exercise | Sets | Reps | Time | Wt/BaseColor/Level |
|---|---|---|---|---|
| hamstring stretch w/ strap 3 x 30s | | | | |
| Piriformis Stretch Supine ER 3 x 30s | | | | |
| PPT with diaphragmatic Breathing | | | | |
| PRI Glute Max ER | | | | |
| PRI Clams w/ Bolster b/ knees | | | | |
| Self STM tennis ball | | | | |
| bike:  aerobic exercise 10' | | | | |

EXHIBIT A

# TEAM REHABILITATION
## PHYSICAL THERAPY

## Medical Necessity

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/7/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

### Functional Analysis

Date of Service 4/7/2021

Prior Level of Function:
- Patient could bend over and perform lower body dressing without pain
- Patient can sit and perform computer work without pain
- Patient could stand and perform household cooking without pain
-

Current Deficits
- Patient can not currently bend due to pain and needs assistance with donning shoes
- Patient can not sit more than 10 minutes for driving and computer work tasks
- Patient can not stand more than 10 minutes for cooking tasks
-

FOTO:  Neck 50  Back  38

Subjective:  "I have been a little tight in my neck this morning.  My back is actually feeling pretty good today with no real problems.  I had some soreness after our last session but put a heat pad on which helped."

Assessment:  Patient presenting with deconditioning along with strength and mobility deficits limiting functional mobility tolerance.  Patient with slowly improving tolerance to mobility and conditioning tasks.

### Long Term Goals

| | Met | Partially Met | Not Met |
|---|---|---|---|
| Ambulation/Standing time increased to >60 minutes to permit meal preparation | ☐ | ☐ | ☑ |
| Lifting, strength and ROM increased so patient can lift and carry objects for shopping and housework | ☐ | ☐ | ☑ |
| Sitting time is unlimited permitting work and ADLs | ☐ | ☐ | ☑ |
| Patient will be independent with advanced home exercise program to address physical impairments | ☐ | ☐ | ☑ |

# TEAM REHABILITATION
## PHYSICAL THERAPY

## Medical Necessity

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/7/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

## Treatment Description

Date of Service 4/7/2021      Neuro-Reed:  Instructions via tactile, verbal, and visual cues for intended movement performance

---

| Electronically Signed By | |
|---|---|
| *[signature]* PT, DPT | 04/07/2021 01:14:31 PM |
| YOUNG, STEPHEN PT NPI 1306285812 State License #  PT010111 | |

EXHIBIT A

# TEAM REHABILITATION
## PHYSICAL THERAPY

## Daily Note

1 of 2

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/12/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

## Diagnoses

| Onset Date | Code | Description |
|---|---|---|
| 10/23/2020 | M54.2 | Cervicalgia (Excludes:cervicalgia due to intervertebral cervical disc disorder) |
| 10/23/2020 | M54.5 | Low back pain |
| 10/23/2020 | M79.18 | Myalgia, other site |

## Interventions

| Description | CPT Code | Modifiers | Minutes | Units |
|---|---|---|---|---|
| Pt evaluation | 97001 | | 0 | 0 |
| Pt re-evaluation | 97002 | | 0 | 0 |
| Therapeutic exercise | 97110 | | 0 | 0 |
| Neuromuscular Reeducation | 97112 | GP | 60 | 4 |
| Manual Therapy | 97140 | | 0 | 0 |
| Therapeutic activities | 97530 | | 0 | 0 |

### Interventions Summary

| | | | | | |
|---|---|---|---|---|---|
| **Total Minutes** | 60 | **Timed Minutes** | 60 | **UnTimed Minutes** | 0 |
| **Total Units** | 4 | **Timed Units** | 4 | **UnTimed Units** | 0 |

## Progressive Exercises

| Exercise | Sets | Reps | Time | Wt/BaseColor/Level |
|---|---|---|---|---|
| hamstring stretch w/ strap 3 x 30s | | | | |
| Piriformis Stretch Supine ER 3 x 30s | | | | |
| PPT with diaphragmatic Breathing | | | | |
| PRI Glute Max ER | | | | |
| PRI Clams w/ Bolster b/ knees | | | | |
| Self STM tennis ball | | | | |
| bike:  aerobic exercise 10' | | | | |

EXHIBIT A

# **TEAM**
# **REHABILITATION**
## *PHYSICAL THERAPY*

## **Daily Note**                                     2 of 2

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/12/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

### **Treatment Notes**

Date of Service 4/12/2021      Neuro-Reed:  Instructions via tactile, verbal, and visual cues for intended movement performance

| Electronically Signed By | |
|---|---|
| *[signature]* PT, DPT | 04/12/2021 01:19:37 PM |
| YOUNG, STEPHEN PT NPI 1306285812 State License #  PT010111 | |

EXHIBIT A

# TEAM REHABILITATION
## PHYSICAL THERAPY

# Daily Note

1 of 2

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/14/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

## Diagnoses

| Onset Date | Code | Description |
|---|---|---|
| 10/23/2020 | M54.2 | Cervicalgia (Excludes:cervicalgia due to intervertebral cervical disc disorder) |
| 10/23/2020 | M54.5 | Low back pain |
| 10/23/2020 | M79.18 | Myalgia, other site |

## Interventions

| Description | CPT Code | Modifiers | Minutes | Units |
|---|---|---|---|---|
| Pt evaluation | 97001 | | 0 | 0 |
| Pt re-evaluation | 97002 | | 0 | 0 |
| Therapeutic exercise | 97110 | | 0 | 0 |
| Neuromuscular Reeducation | 97112 | GP | 60 | 4 |
| Manual Therapy | 97140 | | 0 | 0 |
| Therapeutic activities | 97530 | | 0 | 0 |

### Interventions Summary

| | | | | | |
|---|---|---|---|---|---|
| **Total Minutes** | 60 | **Timed Minutes** | 60 | **UnTimed Minutes** | 0 |
| **Total Units** | 4 | **Timed Units** | 4 | **UnTimed Units** | 0 |

## Progressive Exercises

| Exercise | Sets | Reps | Time | Wt/BaseColor/Level |
|---|---|---|---|---|
| hamstring stretch w/ strap 3 x 30s | | | | |
| Piriformis Stretch Supine ER 3 x 30s | | | | |
| PPT with diaphragmatic Breathing | | | | |
| PRI Glute Max ER | | | | |
| PRI Clams w/ Bolster b/ knees | | | | |
| Self STM tennis ball | | | | |
| bike:  aerobic exercise 10' | | | | |

EXHIBIT A

# TEAM REHABILITATION
## PHYSICAL THERAPY

# Daily Note

2 of 2

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/14/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

## Treatment Notes

Date of Service 4/14/2021    Neuro-Reed:  Instructions via tactile, verbal, and visual cues for intended movement performance

| |
|---|
| Electronically Signed By |
| *[signature]* PT, DPT                    04/27/2021<br>10:43:56 AM |
| YOUNG, STEPHEN PT<br>NPI 1306285812<br>State License #  PT010111 |

EXHIBIT A

# TEAM REHABILITATION
## PHYSICAL THERAPY

## Medical Necessity

1 of 2

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/26/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

### Diagnoses

| Onset Date | Code | Description |
|---|---|---|
| 10/23/2020 | M54.2 | Cervicalgia (Excludes:cervicalgia due to intervertebral cervical disc disorder) |
| 10/23/2020 | M54.5 | Low back pain |
| 10/23/2020 | M79.18 | Myalgia, other site |

### Interventions

| Description | CPT Code | Modifiers | Minutes | Units |
|---|---|---|---|---|
| Pt re-evaluation | 97002 | | 0 | 0 |
| Therapeutic exercise | 97110 | | 0 | 0 |
| Neuromuscular Reeducation | 97112 | GP | 15 | 1 |
| Manual Therapy | 97140 | GP | 45 | 3 |
| PT Re-Evaluation | 97164 | GP59 | 10 | 1 |
| Therapeutic activities | 97530 | | 0 | 0 |

### Interventions Summary

| | | | | | |
|---|---|---|---|---|---|
| **Total Minutes** | 70 | **Timed Minutes** | 60 | **UnTimed Minutes** | 10 |
| **Total Units** | 5 | **Timed Units** | 4 | **UnTimed Units** | 1 |

### Functional Analysis

Date of Service 4/26/2021

See Reeval

EXHIBIT A

# TEAM REHABILITATION
## PHYSICAL THERAPY

## Medical Necessity
2 of 2

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/26/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

### Long Term Goals

| | Met | Partially Met | Not Met |
|---|---|---|---|
| Ambulation/Standing time increased to >60 minutes to permit meal preparation | ☐ | ☐ | ☑ |
| Lifting, strength and ROM increased so patient can lift and carry objects for shopping and housework | ☐ | ☐ | ☑ |
| Sitting time is unlimited permitting work and ADLs | ☐ | ☐ | ☑ |
| Patient will be independent with advanced home exercise program to address physical impairments | ☐ | ☐ | ☑ |

### Treatment Description

Date of Service 4/26/2021   Neuro-Reed:  Instructions via tactile, verbal, and visual cues for intended movement performance

| Electronically Signed By | |
|---|---|
| *Stanley* PT, DPT | 04/26/2021 01:40:02 PM |
| YOUNG, STEPHEN PT | |
| NPI 1306285812 | |
| State License #  PT010111 | |

EXHIBIT A

# TEAM REHABILITATION
## PHYSICAL THERAPY

Visits 4

## POC - Re-Evaluation

1 of 3

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/26/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

## Diagnoses

| Onset Date | Code | Description |
|---|---|---|
| 10/23/2020 | M54.2 | Cervicalgia (Excludes:cervicalgia due to intervertebral cervical disc disorder) |
| 10/23/2020 | M54.5 | Low back pain |
| 10/23/2020 | M79.18 | Myalgia, other site |

## Joint Measurements

### Current Level

| Cervical | Strength | | ROM | |
|---|---|---|---|---|
| Flexion | | | 40 ° | |
| Extension | | | 50 ° | |

| Cervical | Strength | | ROM | |
|---|---|---|---|---|
| | L | R | L | R |
| Lat Flexion | | | 36 ° | 33 ° |
| Rotation | | | 55 ° | 55 ° |
| Other | | | | |

| Lumbar | Strength | | ROM | |
|---|---|---|---|---|
| Flexion | | | 50% | |
| Extension | | | 50% | |

| Lumbar | Strength | | ROM | |
|---|---|---|---|---|
| | L | R | L | R |
| Lat Flexion | | | | |
| Rotation | | | 30% | 30% |
| Other | | | | |

### Goal

| Cervical | Strength | | ROM | |
|---|---|---|---|---|
| Flexion | | | | |
| Extension | | | | |

| Cervical | Strength | | ROM | |
|---|---|---|---|---|
| | L | R | L | R |
| Lat Flexion | | | | |
| Rotation | | | | |

| Lumbar | Strength | | ROM | |
|---|---|---|---|---|
| Flexion | | | | |
| Extension | | | | |

| Lumbar | Strength | | ROM | |
|---|---|---|---|---|
| | L | R | L | R |
| Lat Flexion | | | | |
| Rotation | | | | |
| Other | | | | |

# TEAM REHABILITATION
## PHYSICAL THERAPY

| Visits 4 | **POC - Re-Evaluation** | 2 of 3 |
|---|---|---|

| | | | |
|---|---|---|---|
| **Patient's Name** | WILLIAMS, PRISCILLA | **Date Of Service** | 4/26/2021 |
| **DOB** | 08/18/1972 | | |
| **Medical Record** | 293-321267 | **SOC Date** | 4/2/2021 |
| **Treating Therapist** | YOUNG, STEPHEN PT | **Clinic Phone** | 678-487-5920 |
| **Referring Physician** | Young, Stephen M PT | **Clinic Fax** | 678-487-5930 |
| **Treating Clinic** | Conyers | **Claim Number** | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

## Functional Analysis

Date of Service 4/26/2021

Prior Level of Function:
- Patient could bend over and perform lower body dressing without pain
- Patient can sit and perform computer work without pain
- Patient could stand and perform household cooking without pain
-
Current Deficits
- Patient can not currently bend due to pain and needs assistance with donning shoes
- Patient can not sit more than 10 minutes for driving and computer work tasks
- Patient can not stand more than 10 minutes for cooking tasks
-
FOTO:  Neck 45  Back  39

Subjective:  "I have been having a lot of pain on the left side of my back over the past two days.  I don't know why.  I woke up 2 days ago and it was very aggravated.  It currently is a 10/10.  I am going to go see my doctor to get him to write an order."

Assessment:  Patient presenting with deconditioning along with strength and mobility deficits limiting functional mobility tolerance.  Patient with muscle guarding through left QL and lumbar paraspinals increasing pain levels.  Patient improved to 6/10 by end of session.  Patient awaiting to see M.D before continue due to being direct access.

## Long Term Goals

| | Met | Partially Met | Not Met |
|---|:---:|:---:|:---:|
| Ambulation/Standing time increased to >60 minutes to permit meal preparation | ☐ | ☐ | ☑ |
| Lifting, strength and ROM increased so patient can lift and carry objects for shopping and housework | ☐ | ☐ | ☑ |
| Sitting time is unlimited permitting work and ADLs | ☐ | ☐ | ☑ |
| Patient will be independent with advanced home exercise program to address physical impairments | ☐ | ☐ | ☑ |

EXHIBIT A

# TEAM REHABILITATION
## PHYSICAL THERAPY

## POC - Re-Evaluation

Visits 4                                                              3 of 3

| | | | |
|---|---|---|---|
| Patient's Name | WILLIAMS, PRISCILLA | Date Of Service | 4/26/2021 |
| DOB | 08/18/1972 | | |
| Medical Record | 293-321267 | SOC Date | 4/2/2021 |
| Treating Therapist | YOUNG, STEPHEN PT | Clinic Phone | 678-487-5920 |
| Referring Physician | Young, Stephen M PT | Clinic Fax | 678-487-5930 |
| Treating Clinic | Conyers | Claim Number | 0000 |
| | 1288 Wellbrook Cir NE STE B, Conyers, GA, 30012-8032 | | |

### Interventions

**Frequency**    2    **Duration**        6 weeks

| Intervention | CPT Code |
|---|---|
| PT Re-Evaluation | 97164 |
| Therapeutic exercise | 97110 |
| Neuromuscular Reeducation | 97112 |
| Manual Therapy | 97140 |
| Therapeutic activities | 97530 |

### Note Summary

Please sign and return or get physician order.

Thanks

| | |
|---|---|
| Young, Stephen M PT        Date/Time<br>NPI 1306285812<br>I certify the need for these services furnished under this plan of treatment while under my care. | Electronically Signed By<br>_Stanley_ PT, DPT        04/26/2021<br>01:39:14 PM<br>YOUNG, STEPHEN PT<br>NPI 1306285812<br>State License # PT010111 |

Clinic Phone Number : 678-487-5920

Clinic Fax Number : 678-487-5930